No. 21-13135

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————

3M COMPANY, *et al.*

Defendants-Appellants,

v.

LUKE ESTES,

Plaintiff-Appellee.

———————

On Appeal from the United States District Court
for the Northern District of Florida
Nos. 3:19-md-2885, 7:20-cv-137

———————

## RECORD EXCERPTS FOR DEFENDANTS-APPELLANTS
## Volume I of XIV

———————

COLE CARTER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

PAUL D. CLEMENT
 *Counsel of Record*
KASDIN M. MITCHELL
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000
paul.clement@kirkland.com

*Counsel for Defendants-Appellants*

March 4, 2022

# INDEX TO EXCERPTS OF RECORD

Docket/Tab #

## VOLUME I

Docket Sheet, *In re 3M Combat Arms Earplug Prods.*,
No. 19-md-02885 (N.D. Fla.) (pgs.1-234)................................................................A

## VOLUME II

Docket Sheet, *In re 3M Combat Arms Earplug Prods.*,
No. 19-md-02885 (N.D. Fla.) (pgs.235-421)........................................................A(1)

Docket Sheet, *Estes v. 3M Co.*, No. 7:20-cv-137 (N.D. Fla.)...................................B

## VOLUME III

Master Long Form Complaint (Sept. 20, 2019)...........................................MDL.704

Answer to Master Long Form Complaint (Oct. 31, 2019) .........................MDL.800

## VOLUME IV

Amended Answer to Master Long Form Complaint (Feb. 3, 2020)............MDL.959

Master Short Form Complaint (Jan. 17, 2020) ...............................................Estes.1

Amended Short Form Complaint (June 22, 2020) ....................................Estes.12-1

Answer to Short Form Complaint (July 13, 2020) .......................................Estes.14

Transfer Order (Apr. 3, 2019) .......................................................................MDL.1

3M Motion for Summary Judgment on Government Contractor Defense
(Apr. 1, 2020)..........................................................................................MDL.1071

    Exhibit 1 - Department of Defense Hearing Conservation Working
    Group Meeting (Apr. 9, 1998) ..................................................... MDL.1071-2

    Exhibit 2 - Meeting at Aberdeen Proving Ground Notes
    (Dec. 16, 1997) ........................................................................... MDL.1071-3

    Exhibit 3 - Email Chain Between B. Myers and D. Ohlin re Letter
    for Combat Arms Earplugs (Apr. 9, 1999) ................................. MDL.1071-4

Exhibit 4 - Email Chain Between B. Myers and D. Ohlin re Letter
for Combat Arms Earplugs (Apr. 9, 1999) ................................. MDL.1071-5

Exhibit 5 - Email Chain Between B. Myers and D. Ohlin re Letter f
or Combat Arms Earplugs (April 12, 1999) ............................... MDL.1071-6

**VOLUME V**

Exhibit 7 - WHISPr Final Report (Oct. 2008)............................. MDL.1071-8

Exhibit 8 - Hearing Conservation Program (Dec. 10, 1998)....... MDL.1071-9

Exhibit 9 - Memorandum re Request for NSN and Bulk Purchase of
Combat Arms Earplug (1999).................................................... MDL.1071-10

Exhibit 10 - Daniel L. Johnson, Blast Overpressure Studies
(May 1998) ............................................................................... MDL.1071-11

Exhibit 11 - Combat Arms Earplug Design Drawings
(March 24, 1998) ...................................................................... MDL.1071-12

Exhibit 20 - ANSI Standard S3.19 (1974)................................. MDL.1071-21

Exhibit 21 - Aearo Test 213015 Data ....................................... MDL.1071-22

Exhibit 22 - Aearo Test 213016 Report
(Jan. 25, 2000) ......................................................................... MDL.1071-23

Exhibit 23 - Aearo Test 213017 Report
(May 9, 2000) ........................................................................... MDL.1071-24

Exhibit 24 - R.W. Kieper & E.H. Berger, *How Folding the Flanges
back Affects REAT Results of the UltraFit Earplub End of the
Combat Arms Plug* (July 2020) ................................................. MDL.1071-25

Exhibit 25 - Indoor/Outdoor Earplugs Package ........................ MDL.1071-26

**VOLUME VI**

Exhibit 26 - Department of Defense Instruction
(Apr. 22, 1996).......................................................................... MDL.1071-27

Exhibit 28 - Email From M. Little to E. Berger
(Aug. 20, 2001).......................................................................... MDL.1071-29

Exhibit 38 - Email From D. Ohlin to B. Meyers re Combat
Arms Earplugs (August 25, 2004)............................................... MDL.1071-39

Exhibit 39 - Email from D. Ohlin to B. Myers, T. McNarmara
re Combat Arms Earplug Wallet Card (Sept. 30, 2004)............ MDL.1071-40

Exhibit 41 - Military wallet card ................................................ MDL.1071-42

Exhibit 43 - Email from K. Spahn to M. Santoro re
Instruction sheet (Dec. 13, 2005).................................................. MDL.1071-44

Exhibit 45 - Email from W. Murphy to E. Berger, et al re
Impulse peak levels (Oct. 23, 2001).......................................... MDL.1071-46

Exhibit 46 - DPOAE After Small Arms Fire presentation ........ MDL.1071-47

Exhibit 47 - Hearing Protection Evaluation for the CAE at
Idaho National Laboratory (Mar. 2007) .................................... MDL.1071-48

Exhibit 48 - Modeling of Acoustic Pressure Waves in
Level-Dependent Earplugs (Sept. 2008) ................................... MDL.1071-49

Exhibit 49 - A Comparison of the Single-sided (Gen II) and
Double-sided (Gen I) CAE (Dec. 2012)................................... MDL.1071-50

Exhibit 50 - U.S. Marine Corps Level-Dependent Hearing
Protector Assessment (Jan. 2014) ............................................. MDL.1071-51

Exhibit 51 - Air Force REAT Data on Green End
(June 18, 2007) ......................................................................... MDL.1071-52

Exhibit 52- Air Force REAT Data on Yellow End
(June 18, 2007) ......................................................................... MDL.1071-53

**VOLUME VII**

Exhibit 55 - Email from A. Thomas to B. Myers re
Combat Arms (Aug. 7, 2006) .................................................... MDL.1071-56

Exhibit 58 - Transcript of J. Merkley Deposition
(Feb. 26, 2020)........................................................................... MDL.1071-59

# VOLUME VIII

Exhibit 59 - Transcript of E. Berger Deposition
(Nov. 13, 2019) ........................................................................ MDL.1071-60

Exhibit 60 - Transcript of Video Deposition of Ronald William
Kieper (Dec. 19, 2019) ............................................................ MDL.1071-61

Exhibit 62 - Transcript of M. Santoro Deposition
(Dec. 3, 2019) .......................................................................... MDL.1071-63

Exhibit 66 - Declaration of E. Fallon (March 30, 2020) ........... MDL.1071-67

Plaintiffs' Motion for Summary Judgment on Government Contractor
Defense (Apr. 1, 2020) ................................................................... MDL.1072

Memorandum ISO MSJ on Government Contractor Defense
by Plaintiffs (Apr. 1, 2020) ........................................................ MDL.1072-1

Memorandum in Opposition to 3M Motion for Summary Judgment on
Government Contractor Defense (Apr. 14, 2020) ..................................... MDL.1089

# VOLUME IX

Order re 3M's Motion for Summary Judgment on Government
Contractor Defense (July 24, 2020) ............................................... MDL.1280

Order re 3M's Motion for §1292(b) Certification (August 17, 2020) ....... MDL.1329

Order Granting Plaintiff's Motion to Consolidate Cases with respect to
Plaintiffs Estes, Keefer, Hacker. (Dec. 20, 2020) ....................... MDL.1583

Order Granting in Part and Denying in Part Motion for Summary
Judgment (Feb. 2, 2021) ................................................................... Estes.53

3M's Omnibus Motion in Limine (Feb. 19, 2021) .................................. MDL.1664

Order re Motions in Limine (March 7, 2021) ............................................ MDL.1693

Order re Motions in Limine (March 10, 2021) .......................................... MDL.1695

# VOLUME X

Deposition Designations Order No. 7 (March 24, 2021) ........................ Keefer.122-1

Order Denying Defendants' Third Motion for Mistrial
(April 28, 2021) .......................................................................Keefer.181

Jury Verdict (April 30, 2021) ................................................... Estes.184

Jury Verdict (April 30, 2021) ................................................. Hacker.202

Jury Verdict (April 30, 2021) ...................................................Keefer.186

Case Management/Wave Order No. 31 (Nov. 22, 2021) ..........................MDL.2304

## VOLUME XI

Trial Transcript Excerpts (March 15, 2021) (pg. 73-77) .............................. Estes.85

Trial Transcript Excerpts (March 17, 2021)
(pgs. 105-09, 134-38, 135-39, 139-43, 140-44) ...................................... Estes.92

Trial Transcript Excerpts (March 30, 2021)
(pgs. 43-48, 46-50, 82-86, 242-46)........................................................ Estes.136

Trial Transcript Excerpts (March 31, 2021) (pgs. 63-76)........................... Estes.137

Trial Transcript Excerpts (April 1, 2021) (pgs. 124-129, 206-217) ............ Estes.138

Trial Transcript Excerpts (April 2, 2021) (pgs. 47-54, 225-31, 235-36)..... Estes.141

Trial Transcript Excerpts (April 6, 2021) (pgs. 86-90, 147-158) ............... Estes.145

Trial Transcript Excerpts (April 8, 2021) (pgs. 201-15)............................. Estes.148

Trial Transcript Excerpts (April 12, 2021) (pgs. 299-06) .......................... Estes.151

Trial Transcript Excerpts (April 13, 2021) (pgs. 29-33, 267-72) ............... Estes.152

Trial Transcript Excerpts (April 15, 2021) (pgs. 227-73)........................... Estes.156

## VOLUME XII

Trial Transcript Excerpts (April 16, 2021)
(pgs. 10-14, 135-74, 190-95, 216-34, 233-38, 237-42, 283-91)............. Estes.161

Trial Transcript Excerpts (April 19, 2021) (pgs. 22-66)............................. Estes.165

Trial Transcript Excerpts (April 20, 2021) (pgs. 74-80, 234-38) ............... Estes.167

Trial Transcript Excerpts (April 21, 2021) (pgs. 69-74) .............................Estes.168

Trial Transcript Excerpts (April 22, 2021) (pgs. 108-12, 295-99) .............. Estes.169

Trial Transcript Excerpts (April 26, 2021)
    (pgs. 283-88, 296-304, 356-61) .............................................. Estes.174

Trial Transcript Excerpts (April 27, 2021)
    (pgs. 206-10, 361-65, 392-97) ................................................ Estes.176

Trial Transcript Excerpts (April 28, 2021) (pgs. 106-12)........................... Estes.180

## VOLUME XIII

Trial Transcript Excerpts (April 29, 2021) (pgs. 59-63, 82-86, 110-14,
    125-29, 130-34, 133-37, 139-43, 223-27, 231-35, 234-28) ................... Estes.181

## VOLUME XIV

D-Gen-107 (admitted April 27, 2021) ....................................................... D-Gen-107

D-Gen-272 (redacted, admitted April 13, 2021)....................................... D-Gen-272

D-Gen-272 (unredacted) ...................................................... D-Gen-272 (unredacted)

D-Gen-1095 ........................................................................................Estes.206-4

D-Gen-1663 ......................................................................................... D-Gen-1663

D-Gen-1663 (unredacted) ................................................. D-Gen-1663 (unredacted)

P-Gen-9 (admitted April 2, 2021) ....................................................................P-Gen-9

P-Gen-10 (excerpt Pages 1-54)
    (unredacted and complete version of P-Gen-9)..................................... P-Gen-10

P-Gen-2586 (admitted April 1, 2021) ..........................................................P-Gen-2586

# Tab A

**Query    Reports    Utilities    Help    Log Out**

3M,LEAD_CASE,MDL

# U.S. District Court
## Northern District of Florida (Pensacola)
## CIVIL DOCKET FOR CASE #: 3:19-md-02885-MCR-GRJ

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS
LIABILITY LITIGATION
Assigned to: JUDGE M CASEY RODGERS
Referred to: MAGISTRATE JUDGE GARY R JONES
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/03/2019
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Federal Question

**In Re**

**3M COMPANY**

**Plaintiff**

**LEAD COUNSEL FOR PLAINTIFFS**          represented by  **BRYAN FREDERICK AYLSTOCK**
AYLSTOCK WITKIN KREIS &
OVERHOLTZ - PENSACOLA FL
17 E MAIN STREET
SUITE 200
PENSACOLA, FL 32502
850-916-7450
Fax: 850-916-7449
Email: baylstock@awkolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CO-LEAD COUNSEL FOR
PLAINTIFFS**          represented by  **CHRISTOPHER A SEEGER**
SEEGER WEISS LLP
55 CHALLENGER ROAD
6TH FLOOR
RIDGEFIELD PARK, NJ 07660
212-584-0700
Email: cseeger@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**SHELLEY VAN NATTER HUTSON**
CLARK LOVE & HUTSON PLLC -
HOUSTON TX
440 LOUISIANA STREET
SUITE 1700
HOUSTON, TX 77002
713-757-1400
Fax: 713-759-1217
Email: bgreif@triallawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CO-LIAISON COUNSEL FOR PLAINTIFFS**

represented by **BRIAN HUGH BARR**
LEVIN PAPANTONIO RAFFERTY - PENSACOLA FL
316 S BAYLEN STREET
PENSACOLA, FL 32502
850-435-7045
Fax: 850-436-6187
Email: bbarr@levinlaw.com
*ATTORNEY TO BE NOTICED*

**MICHAEL ANDREW BURNS**
MOSTYN LAW - HOUSTON TX
3810 W ALABAMA STREET
HOUSTON, TX 77027
713-714-0000
Email: epefile@mostynlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CO-CHAIR PSC**

represented by **DAVID R BUCHANAN**
SEEGER WEISS LLP - RIDGEFIELD PARK NJ
55 CHALLENGER ROAD
6TH FLOOR
RIDGEFIELD PARK, NJ 07660
973-639-9100
Fax: 973-679-8656
Email: dbuchanan@seegerweiss.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M COMPANY**

represented by **KIMBERLY O BRANSCOME**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: kimberly.branscome@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
THOMAS COMBS & SPANN PLLC - CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1800
Fax: 304-414-1801

Email: aarthur@tcspllc.com
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
SEGAL MCCAMBRIDGE - FORT
LAUDERDALE FL
1776 E SUNRISE BOULEVARD
FORT LAUDERDALE, FL 33304
954-765-1001
Email: ammpleadings@smsm.com
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3726
Email: aleschia.hyde@kirkland.com
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
THOMPSON COE COUSINS & IRONS -
AUSTIN TX
701 BRAZOS
SUITE 1500
AUSTIN, TX 78701
512-703-5066
Fax: 512-708-8777
Email: angonzalez@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
DECHERT LLP - CHICAGO IL
35 W WACKER DRIVE
34TH FLOOR
CHICAGO, IL 60601
312-646-5857
Email: alison.cooney@dechert.com
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-5644
Email: alrutz@vorys.com
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900

LOS ANGELES, CA 90071
213-808-5715
Fax: 213-808-5760
Email: allie.ozurovich@dechert.com
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-641-5673
Email: alyssa.clark@dechert.com
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
GORDON & REES LLP - SAN
FRANCISCO CA
275 BATTERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111
415-986-5900
Fax: 415-986-8054
Email: acary@grsm.com
*ATTORNEY TO BE NOTICED*

**ANDREW B COOKE**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1800
Fax: 304-414-1801
Email: acooke@tcspllc.com
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
BUTLER SNOW LLP - NASHVILLE TN
150 THIRD AVENUE
SUITE 1600
NASHVILLE, TN 37201
615-651-6710
Fax: 615-651-6701
Email: andrew.tharp@butlersnow.com
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
BOWMAN & BROOKE LLP -
COLUMBIA SC
1441 MAIN STREET
SUITE 1200
COLUMBIA, SC 29201
803-726-7424

Email:
angela.strickland@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
BUTLER SNOW LLP - NASHVILLE TN
150 THIRD AVENUE
SUITE 1600
NASHVILLE, TN 37201
615-651-6710
Fax: 615-651-6701
Email: anita.modak-truran@butlersnow.com
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
GORDON & REES LLP - PHILADELPHIA
PA
THREE LOGAN SQUARE
1717 ARCH STREET
SUITE 610
PHILADELPHIA, PA 19103
215-717-4002
Fax: 215-693-6650
Email: afield@grsm.com
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
KIRKLAND & ELLIS LLP - SAN
FRANCISCO CA
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104
415-439-1864
Fax: 415-439-1500
Email: anna.terteryan@kirkland.com
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
MANNING GROSS & MASSENBURG -
SAN FRANCISCO CA
201 SPEAR STREET
18TH FLOOR
SAN FRANCISCO, CA 94105
415-512-4381
Fax: 415-512-6791
Email: amiller@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
VORYS SATER SEYMOUR ETC LLP -
CINCINNATI OH
301 EAST FOURTH STREET
SUITE 3500
CINCINNATI, OH 45202
513-723-4678

Fax: 513-723-4056
Email: alosterlund@vorys.com
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
213-680-8400
Email: ashley.neglia@kirkland.com
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: austin.delpriore@kirkland.com
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
KIRKLAND & ELLIS LLP - SAN
FRANCISCO CA
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104
415-439-4787
Email: austin.klar@kirkland.com
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
MANNING GROSS & MASSENBURG -
NEW YORK NY
14 WALL STREET
28TH FLOOR
NEW YORK, NY 10005
929-378-4800
Email: aomalley@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Fax: 312-862-2200
Email: barry.fields@kirkland.com
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
THOMPSON COE COUSINS & IRONS -

DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-880-2620
Email: bfreeman@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: ben.watson@butlersnow.com
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4104
Email: bwg@levinperconti.com
*TERMINATED: 11/05/2021*

**BRADLEY WILLIAM CROCKER**
QUARLES & BRADY LLP - TAMPA FL
101 E KENNEDY BLVD
STE 3400
TAMPA, FL 33602
813-387-0300
Email: bradley.crocker@quarles.com
*TERMINATED: 05/08/2019*

**BRADLEY DAVID MASTERS**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111
801-877-8143
Email: brad.masters@kirkland.com
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
BOWMAN & BROOKE LLP -
BLOOMFIELD HILLS MI
41000 WOODWARD AVENUE
SUITE 200 EAST
BLOOMFIELD HILLS, MI 48304
248-205-3300
Fax: 248-205-3399
Email:
brandon.pellegrino@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: brees@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-7119
Email: brogers@kirkland.com
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Email: bsieve@kirkland.com
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4260
Email: britany.kabakov@kirkland.com
*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4603
Email: caitlyn.cheleden@kirkland.com
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
SEGAL MCCAMBRIDGE - FORT
LAUDERDALE FL
1776 E SUNRISE BOULEVARD
FORT LAUDERDALE, FL 33304
954-765-1001
Fax: 945-765-1005
Email: cturner@smsm.com
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**

MANNING GROSS & MASSENBURG
LLP - O'FALLON IL
1405 N GREEN MOUNT ROAD
SUITE 400
O'FALLON, IL 62269
618-277-5500
Email: ckusmer@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: caroline.milner@kirkland.com
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
BRADLEY ARANT BOULT CUMMINGS
- NASHVILLE TN
1600 DIVISION STREET
SUITE 700
NASHVILLE, TN 37203
615-252-2348
Fax: 615-252-6348
Email: cmiller@bradley.com
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
GORDON & REES LLP - PHILADELPHIA
PA
THREE LOGAN SQUARE
1717 ARCH STREET
SUITE 610
PHILADELPHIA, PA 19103
215-717-4006
Email: cslavin@grsm.com
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
BUTLER SNOW LLP - AUSTIN TX
1400 LAVACA STREET
SUITE 1000
AUSTIN, TX 78701
737-802-1800
Email: cedric.evans@butlersnow.com
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
MOORE HILL & WESTMORELAND PA -
PENSACOLA FL
PO BOX 13290

PENSACOLA, FL 32591
850-434-3541
Fax: 850-435-7899
Email: cbeall@mhw-law.com
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
BRADLEY ARANT BOULT ETC LLP -
CHARLOTTE NC
214 NORTH TRYON STREET
SUITE 3700
CHARLOTTE, NC 28202
704-338-6000
Fax: 704-332-8858
Email: bking@bradley.com
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
BUTLER SNOW LLP - MEMPHIS TN
6075 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119
901-680-7309
Fax: 901-680-7201
Email: chip.morrow@butlersnow.com
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Fax: 312-862-2200
Email: ccottrell@kirkland.com
*ATTORNEY TO BE NOTICED*

**CHRISTINA MICHELLE SCHWING**
HOLLAND & KNIGHT LLP -
JACKSONVILLE FL
50 N LAURA ST STE 3900
JACKSONVILLE, FL 32202
904-353-2000
Fax: 904-358-1872
Email: christina.schwing@hklaw.com
*TERMINATED: 05/08/2019*

**CHRISTINA MARIA SEANOR**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-948-8000
Email: cseanor@bradley.com

*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Email: christina.sharkey@kirkland.com
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
BUTLER SNOW LLP - BIRMINGHAM
AL
1819 5TH AVENUE N
SUITE 1000
BIRMINGHAM, AL 35203
205-297-2200
Fax: 205-297-2201
Email: chris.berdy@butlersnow.com
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
DECHERT LLP - CHICAGO IL
35 W WACKER DRIVE
34TH FLOOR
CHICAGO, IL 60601
312-646-5857
Email: christopher.burrichter@dechert.com
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: chris.morris@butlersnow.com
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-1951
Email: cole.carter@kirkland.com
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-606-7530
Email: colin.rathe@kirkland.com
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3826
Email: colleen.cavanagh@kirkland.com
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: eturner@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8200
Email: creed@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2366
Email: craig.castiglia@dechert.com
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
847-814-4849
Email: ckuruvilla@smsm.com
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
MANNING GROSS & MASSENBURG -
LOS ANGELES CA
444 SOUTH FLOWER STREET
SUITE 4100
LOS ANGELES, CA 90071
213-694-4203

Fax: 213-622-7313
Email: dwschrader@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1811
Fax: 304-414-1801
Email: dhigginbotham@tcspllc.com
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4278
Email: daniel.murdock@kirkland.com
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: doneil@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
GORDON & REES LLP - PORTLAND OR
1300 SW 5TH AVENUE
SUITE 2000
PORTLAND, OR 97201
503-382-3855
Email: dcorneil@grsm.com
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
333 SOUTH HOPE STREET
LOS ANGELES, CA 94104
213-680-8400
Email: dhorowitz@kirkland.com
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
BUTLER SNOW LLP - DENVER CO
1801 CALIFORNIA STREET

SUITE 5100
DENVER, CO 80202
720-330-2394
Fax: 720-330-2301
Email: david.mayhan@butlersnow.com
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-871-8200
Fax: 214-871-8209
Email: dtaylor@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
KIRKLAND & ELLIS LLP - HOUSTON
TX
609 MAIN STREET
HOUSTON, TX 77002
713-836-3461
Fax: 713-836-3601
Email: diana.benton@kirkland.com
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
BRADLEY ARANT BOULT ETC LLP -
TAMPA FL
100 N TAMPA STREET
STE 2200
TAMPA, FL 33602
813-559-5522
Email: dnevans@bradley.com
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: beau.cole@butlersnow.com
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-7800
Fax: 312-645-7711

Email: emccambridge@smsm.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
THOMPSON COE COUSINS & IRONS -
AUSTIN TX
701 BRAZOS
SUITE 1500
AUSTIN, TX 78701
888-708-8200
Email: ebrabb@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
KIRKLAND & ELLIS LLP - NEW YORK
NY
277 PARK AVENUE
45TH FLOOR
NEW YORK, NY 10172
212-484-9866
Fax: 646-968-4125
Email: elizabeth.degori@kirkland.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
BUTLER SNOW LLP - ATLANTA GA
1170 PEACHTREE STREET NE
SUITE 1900
ATLANTA, GA 30309
678-515-5064
Email: righton.lewis@butlersnow.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**
6455 LANSDOWNE AVENUE
SAINT LOUIS, MO 63109
618-567-0098
Email: ekurowski@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-5443
Email: etsmith@vorys.com
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK

1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-641-5621
Email: emily.vantuyl@dechert.com
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
213-680-8400
Email: esefton@troygould.com
*TERMINATED: 02/23/2021*

**ERIKA J DOHERTY**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8621
Fax: 617-670-8801
Email: edoherty@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: emedina@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: ejohnston@kirkland.com
*ATTORNEY TO BE NOTICED*

**FRANK CHADWICK MORRISS**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-389-5996
Fax: 202-654-9577

Email: chad.morriss@kirkland.com
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2363
Email: garret.leach@kirkland.com
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84111
801-532-1500
Email: garrett.messerly@kirkland.com
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
BRADLEY ARANT BOULT ETC LLP -
BIRMINGHAM AL
1819 FIFTH AVE N
ONE FEDERAL PL
BIRMINGHAM, AL 35203
205-521-8000
Email: ghoward@bradley.com
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
655 15TH STREET NW
SUITE 1200
WASHINGTON, DC 20005
202-879-5255
Email: gavin.tisdale@kirkland.com
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
MOORE HILL & WESTMORELAND PA -
PENSACOLA FL
350 W CEDAR STREET
SUITE 100
PENSACOLA, FL 32502
850-434-3541
Fax: 850-435-7899
Email: hvanfleteren@mhw-law.com
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
KIRKLAND & ELLIS LLP - CHICAGO IL

300 N LASALLE
CHICAGO, IL 60654
312-862-2330
Fax: 312-862-2200
Email: hkaris@kirkland.com
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
BRADLEY ARANT BOULT ETC -
HUNTSVILLE AL
200 CLINTON AVE WEST
SUITE 900
HUNTSVILLE, AL 35801-4900
256-517-5119
Email: hmooty@bradley.com
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-3011
Email: hsnider@smsm.com
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-466-4166
Email: hageigel@vorys.com
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
MANNING GROSS & MASSENBURG
LLP - NEW YORK NY
14 WALL STREET
28TH FLOOR
NEW YORK, NY 10005
646-457-7166
Email: igolemi@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-880-2620
Email: jbolden@thompsoncoe.com

*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
BRADLEY ARANT BOULT ETC LLP -
BIRMINGHAM AL
1819 FIFTH AVE N
ONE FEDERAL PL
BIRMINGHAM, AL 35203
205-521-8550
Fax: 205-488-6550
Email: madams@bradley.com
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: jay.bolin@butlersnow.com
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
GORDON & REES LLP - SAN
FRANCISCO CA
275 BATTERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111
415-875-3118
Email: dcampodonico@grsm.com
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-948-8000
Fax: 601-948-3000
Email: sfritz@bradley.com
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: james.yates@kirkland.com
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**

KIRKLAND & ELLIS LLP - HOUSTON
TX
609 MAIN STREET
HOUSTON, TX 77002
713-836-3361
Fax: 713-836-3601
Email: jamie.aycock@kirkland.com
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
MANNING GROSS & MASSENBURG
LLP - WILMINGTON DE
1007 N ORANGE STREET
SUITE 711
WILMINGTON, DE 19801
302-657-2100
Email: jcincilla@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-329-6553
Fax: 312-645-7711
Email: jeckerly@smsm.com
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: jay.bhimani@dechert.com
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-948-8000
Fax: 601-592-1416
Email: jblackwood@bradley.com
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654

312-862-3237
Email: jzeiger@kirkland.com
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-329-6557
Email: jmiller@smsm.com
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-649-8723
Email: jenna.newmark@dechert.com
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111
801-877-8144
Email: jennifer.joslin@kirkland.com
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
BOWMAN AND BROOKE LLP - CORAL
GABLES FL
2 ALHAMBRA PLAZA
SUITE 800
CORAL GABLES, FL 33134
305-995-5617
Email:
jessica.garrity@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8800
Email: jhugo@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
GORDON & REES LLP - AUSTIN TX

901 S MOPAC EXPRESSWAY
BUILDING 1 SUITE 480
AUSTIN, TX 78746
512-582-6485
Fax: 512-391-0183
Email: ahutton@grsm.com
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
DECHERT LLP - BOSTON MA
100 OLIVER STREET
BOSTON, MA 02110
508-654-5414
Email: jon.olsson@dechert.com
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-592-9926
Email: jbarnes@bradley.com
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: jon.still@butlersnow.com
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
DECHERT LLP - SAN FRANCISCO CA
ONE BUSH STREET
SUITE 1600
SAN FRANCISCO, CA 94104
415-262-4500
Fax: 415-262-4555
Email: jonathan.tam@dechert.com
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8800
Fax: 617-670-8801
Email: jschwindt@mgmlaw.com

*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
BUTLER SNOW LLP - DALLAS TX
2911 TURTLE CREEK BOULEVARD
SUITE 1400
DALLAS, TX 75219
469-680-5503
Email: jose.luzarraga@butlersnow.com
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: judson.brown@kirkland.com
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
GORDON & REES LLP - PHILADELPHIA
PA
THREE LOGAN SQUARE
1717 ARCH STREET
SUITE 610
PHILADELPHIA, PA 19103
215-717-4009
Email: jrafferty@grsm.com
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8210
Email: jcarpenter@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
GORDON & REES LLP - PORTLAND OR
1300 SW 5TH AVENUE
SUITE 2000
PORTLAND, OR 97201
503-382-3855
Fax: 503-224-6468
Email: jhaddon@grsm.com
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
KIRKLAND & ELLIS LLP -

WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-389-3117
Email: julie.siegal@kirkland.com
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
BUTLER SNOW LLP - OXFORD MS
1200 JEFFERSON AVE
STE 205
OXFORD, MS 38655
662-513-8000
Email: kari.sutherland@butlersnow.com
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
MANNING GROSS & MASSENBURG -
NEW YOKR NY
14 WALL STREET
28TH FLOOR
NEW YORK, NY 10005
212-364-2304
Fax: 618-607-5299
Email: kmurski@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2379
Email: karl.gunderson@kirkland.com
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: kasdin.mitchell@kirkland.com
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
BOYD & JENERETTE PA -
JACKSONVILLE FL
201 N HOGAN ST
STE 400
JACKSONVILLE, FL 32202
904-353-6241
Email: kaguiar@boydjen.com
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8800
Fax: 617-670-8801
Email: kperry@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2015
Email: katherine.unger@dechert.com
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3727
Email: kate.walling@kirkland.com
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
BUTLER SNOW LLP - NASHVILLE TN
150 THIRD AVENUE
SUITE 1600
NASHVILLE, TN 37201
615-651-6710
Fax: 615-651-6701
Email: kat.carrington@butlersnow.com
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
BRADLEY ARANT BOULT ETC LLP -
BIRMINGHAM AL
1819 FIFTH AVE N
ONE FEDERAL PL
BIRMINGHAM, AL 35203
205-521-8000
Email: kanderson@bradley.com
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
BOWMAN & BROOKE LLP - AUSTIN TX
2901 VIA FORTUNA DRIVE
SUITE 500
AUSTIN, TX 78746

512-874-3800
Fax: 512-874-3801
Email:
kelly.kimbrough@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
401-443-2100
Email: kcosta@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KENNETH J FERGUSON**
GORDON & REES LLP - AUSTIN TX
901 S MOPAC EXPRESSWAY
BUILDING 1 SUITE 480
AUSTIN, TX 78746
512-582-6485
Fax: 512-391-0183
Email: kferguson@grsm.com
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-871-8286
Email: kbrown@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
MANNING GROSS & MASSENBURG
LLP - O'FALLON IL
1405 N GREEN MOUNT ROAD
O'FALLON, IL 62269
314-640-2259
Email: kstockmann@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4461
Email: kim.hill@kirkland.com
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**

MANNING GROSS & MASSENBURG
LLP - WALNUT CREEK CA
100 PRINGLE AVENUE
SUITE 750
WALNUT CREEK, CA 94596
925-305-9375
Email: ksmith@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
BRADLEY ARANT BOULT CUMMINGS
- NASHVILLE TN
1600 DIVISION STREET
SUITE 700
NASHVILLE, TN 37203
615-252-2348
Fax: 615-252-6348
Email: kreliford@bradley.com
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: kyle.decamp@dechert.com
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: la'verne.edney@butlersnow.com
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-7800
Fax: 312-645-7711
Email: lhenneman@smsm.com

**LEIGH ANNE HODGE**
BRADLEY ARANT BOULT ETC -
BIRMINGHAM AL
1819 5TH AVE N
BIRMINGHAM, AL 35203
205-521-8092

Fax: 205-488-6092
Email: lhodge@bradley.com
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
BRADLEY ARANT BOULT CUMMINGS
- NASHVILLE TN
1600 DIVISION STREET
SUITE 700
NASHVILLE, TN 37203
615-252-2348
Fax: 615-252-6348
Email: lhollabaugh@bradley.com
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-861-2141
Email: leslie.smith@kirkland.com
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**
THOMPSON COE COUSINS & IRONS -
AUSTIN TX
701 BRAZOS
SUITE 1500
AUSTIN, TX 78701
888-708-8200
Email: lsun@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-698-3867
Email: lindsay.zanello@dechert.com
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
DECHERT LLP - AUSTIN TX
515 CONGRESS AVENUE
SUITE 1400
AUSTIN, TX 78701
512-394-3000
Fax: 512-394-3001
Email: lindsey.cohan@dechert.com
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
MANNING GROSS & MASSENBURG

LLP - MIAMI FL
701 BRICKELL AVENUE
SUITE 2000
MIAMI, FL 33131
305-537-3410
Fax: 305-537-3411
Email: lpazos@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1810
Fax: 304-414-1801
Email: dgriffith@tcspllc.com
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-698-3500
Fax: 212-698-3599
Email: maracusker.gonzalez@dechert.com
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2740
Email: mrivera@kirkland.com
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: mark.dreher@butlersnow.com
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-861-2410
Email: mnomellini@kirkland.com
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2706
Fax: 312-862-2200
Email: mark.premohopkins@kirkland.com
*ATTORNEY TO BE NOTICED*

**MARY KATHLEEN GLASPY**
MANNING GROSS & MASSENBURG
LLP - WALNUT CREEK CA
100 PRINGLE AVENUE
SUITE 750
WALNUT CREEK, CA 94596
925-947-1300
Fax: 925-947-1594
Email: mglaspy@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
DECHERT LLP - SAN FRANCISCO CA
ONE BUSH STREET
SUITE 1600
SAN FRANCISCO, CA 94104
415-262-4500
Email: mary.kim@dechert.com
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 SOUTH WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-7800
Email: mkelly@smsm.com
*ATTORNEY TO BE NOTICED*

**MATTHEW PERRY STEINBERG**
DECHERT LLP - WASHINGTON DC
333 CONSTITUTION AVENUE NW
WASHINGTON, DC 20001
954-990-9083
Email: matthew.steinberg@dechert.com
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-4485
Email: megan.delurey@kirkland.com
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**
DECHERT LLP - CHICAGO IL
35 W WACKER DRIVE
34TH FLOOR
CHICAGO, IL 60601
312-646-5857
Email: meghan.agostinelli@dechert.com
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-944-2527
Email: micah.brown@dechert.com
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
BUTLER SNOW LLP - GULFPORT MS
1300 25TH AVENUE
SUITE 204
GULFPORT, MS 39501
228-864-1170
Fax: 228-868-1531
Email: michael.hewes@butlersnow.com
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
GORDON & REES LLP - AUSTIN TX
901 S MOPAC EXPRESSWAY
BUILDING 1 SUITE 480
AUSTIN, TX 78746
512-582-6485
Fax: 512-391-0183
Email: mklatt@grsm.com
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-948-8000
Fax: 601-948-3000
Email: mcwilliams@bradley.com
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET

SUITE 1380
CHARLESTON, WV 25301
304-414-1800
Fax: 304-414-1801
Email: mtuggle@tcspllc.com
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2484
Email: nadia.abramson@kirkland.com
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25338
304-346-1800
Email: natkinson@tcspllc.com
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
GORDON & REES LLP - DENVER CO
555 17TH STEET
SUITE 3400
DENVER, CO 80202
303-200-6842
Email: nhuey@grsm.com
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
BOWMAN & BROOKE LLP - SAN JOSE
CA
1741 TECHNOLOGY DRIVE
SUITE 200
SAN JOSE, CA 95110
408-279-5393
Fax: 408-279-5845
Email:
neil.kliebenstein@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Email: nick.wasdin@kirkland.com
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: nickolas.barber@kirkland.com
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: nikita.mcmillian@butlersnow.com
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-8389
Fax: 614-719-5082
Email: niwebb@vorys.com
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3937
Email: nolan.leuthauser@kirkland.com
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
213-680-8400
Email: olivia.poss@kirkland.com
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
KIRKLAND & ELLIS LLP - HOUSTON
TX
609 MAIN STREET
HOUSTON, TX 77002
713-836-3588

Email: orla.ocallaghan@kirkland.com
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
KIRKLAND & ELLIS LLP - NEW YORK
NY
601 LEXINGTON AVE
NEW YORK, NY 10022
212-909-3489
Email: patrick.sandman@kirkland.com
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-644-4940
Email: psullivan@smsm.com
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
SEGAL MCCAMBRIDGE - CHICAGO IL
233 S WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606
312-645-3010
Email: pmotz@smsm.com
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: paul.quincy@kirkland.com
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111
801-877-8140
Fax: 801-877-8101
Email: paul.sampson@kirkland.com
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]

PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-6305
Fax: 614-719-5185
Email: pdoran@vorys.com
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1805
Fax: 304-414-1801
Email: pcombs@tcspllc.com
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2932
Email: rachel.rosenberg@dechert.com
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
VORYS SATER SEYMOUR ETC LLP -
CLEVELAND OH
200 PUBLIC SQUARE
SUITE 1400
CLEVELAND, OH 44114
216-479-6175
Fax: 216-937-3408
Email: rkadlakha@vorys.com
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2310
Email: rdsmith@kirkland.com
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
KIRKLAND & ELLIS LLP - HOUSTON
TX
609 MAIN STREET
HOUSTON, TX 77002
713-836-3474
Email: rex.manning@kirkland.com
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: rick.dye@butlersnow.com
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-7092
Email: rhowell@kirkland.com
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
VORYS SATER SEYMOUR ETC LLP -
COLUMBUS OH
52 E GAY ST [43125]
PO BOX 1008
COLUMBUS, OH 43216-1008
614-464-5475
Fax: 614-719-4955
Email: rdschuster@vorys.com
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: mike.brock@kirkland.com
*ATTORNEY TO BE NOTICED*

**ROBERT B ELLIS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Email: robert.ellis@kirkland.com
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
VORYS SATER SEYMOUR ETC LLP -
AKRON OH
106 SOUTH MAIN STREET
SUITE 1100
AKRON, OH 44308
330-208-1109

Fax: 330-208-1087
Email: rezulandt@vorys.com
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
VORYS SATER SEYMOUR ETC LLP -
CINCINNATI OH
301 EAST FOURTH STREET
SUITE 3500
CINCINNATI, OH 45202
513-723-4678
Fax: 513-723-4056
Email: rdwelsh@vorys.com
*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
BOWMAN AND BROOKE LLP -
MINNEAPOLIS MN
150 S FIFTH ST
STE 3000
MINNEAPOLIS, MN 55402
612-672-3216
Fax: 612-672-3200
Email:
roshan.rajkumar@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8800
Email: rmurphy@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
310-552-4330
Email: saghar.esfandiarifard@kirkland.com
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
BUTLER SNOW LLP - MEMPHIS TN
6075 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119
901-680-7257
Fax: 901-680-7201

Email: keenan.carter@butlersnow.com
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
GORDON & REES LLP - PHILADELPHIA
PA
THREE LOGAN SQUARE
1717 ARCH STREET
SUITE 610
PHILADELPHIA, PA 19103
215-717-4009
Email: sfrey@gordonrees.com
*ATTORNEY TO BE NOTICED*

**SARA B ROITMAN**
DECHERT LLP - CHICAGO IL
35 W WACKER DRIVE
34TH FLOOR
CHICAGO, IL 60601
312-646-5857
Email: sara.roitman@dechert.com
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1812
Fax: 304-414-1801
Email: smeadows@tcspllc.com
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
BOWMAN & BROOKE LLP -
BLOOMFIELD HILLS MI
41000 WOODWARD AVENUE
SUITE 200 EAST
BLOOMFIELD HILLS, MI 48304
248-205-3343
Email:
shannon.phillips@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
DECHERT LLP - NEW YORK NY
THREE BRYANT PARK
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-698-3867
Email: sharon.turret@dechert.com
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
KIRKLAND & ELLIS LLP - SAN
FRANCISCO CA
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104
415-439-1358
Email: shayne.henry@kirkland.com
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
BUTLER SNOW LLP - WILMINGTON NC
6752 ROCK SPRING ROAD
SUITE 310
WILMINGTON, NC 28405
910-550-1330
Email: shelley.coleman@butlersnow.com
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1800
Fax: 304-414-1801
Email: sarmstrongdavis@tcspllc.com
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
BRADLEY ARANT BOULT CUMMINGS
- NASHVILLE TN
1600 DIVISION STREET
SUITE 700
NASHVILLE, TN 37203
615-252-3557
Email: scmanning@bradley.com
*ATTORNEY TO BE NOTICED*

**SIERRA ELIZABETH**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
213-680-8543
Email: sierra.elizabeth@kirkland.com
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3986

Email: simon.gottlieb@kirkland.com
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-3163
Email: stacey.pagonis@kirkland.com
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2987
Email: stefanie.tubbs@dechert.com
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
MANNING GROSS & MASSENBURG
LLP - BOSTON MA
125 HIGH STREET
6TH FLOOR
BOSTON, MA 02110
617-670-8506
Fax: 617-670-8801
Email: SChesney@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111
801-877-8119
Email: stephen.tensmeyer@kirkland.com
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-880-2620
Email: saugustine@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
2049 CENTURY PARK EAST

37TH FLOOR
LOS ANGELES, CA 90067
310-552-4346
Email: steven.czak@kirkland.com
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
VORYS SATER SEYMOUR ETC LLP -
HOUSTON TX
909 FANNIN STREET
SUITE 2700
HOUSTON, TX 77010
713-588-7000
Fax: 713-588-7050
Email: srech@vorys.com
*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
BOWMAN AND BROOKE LLP -
MINNEAPOLIS MN
150 S FIFTH ST
STE 3000
MINNEAPOLIS, MN 55402
612-672-3244
Email:
steven.reitenour@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
BRADLEY ARANT BOULT ETC LLP -
JACKSON MS
188 E CAPITOL STREET
SUITE 1000
JACKSON, MS 39201
601-592-9938
Fax: 601-948-3000
Email: srushing@bradley.com
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET
SUITE 1380
CHARLESTON, WV 25301
304-414-1808
Fax: 304-414-1801
Email: srobinson@tcspllc.com
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
THOMAS COMBS & SPANN PLLC -
CHARLESTON WV
300 SUMMERS STREET

SUITE 1380
CHARLESTON, WV 25301
304-414-1800
Fax: 304-414-1801
Email: swromaine@tcspllc.com
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
KIRKLAND & ELLIS LLP - HOUSTON
TX
609 MAIN STREET
HOUSTON, TX 77002
713-836-3361
Email: tabitha.depaulo@kirkland.com
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
BUTLER SNOW LLP - NASHVILLE TN
150 THIRD AVENUE
SUITE 1600
NASHVILLE, TN 37201
615-651-6710
Fax: 615-651-6701
Email: taylor.mayes@butlersnow.com
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
MOORE HILL & WESTMORELAND PA -
PENSACOLA
PO BOX 13290
PENSACOLA, FL 32591
850-434-3541
Fax: 850-435-7899
Email: lhill@mhw-law.com
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
THOMPSON COE COUSINS & IRONS -
DALLAS TX
700 NORTH PEARL STREET
SUITE 2500
DALLAS, TX 75201-4761
214-871-8241
Email: thoran@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
BOWMAN & BROOKE LLP -
BLOOMFIELD HILLS MI
41000 WOODWARD AVENUE
SUITE 200 EAST
BLOOMFIELD HILLS, MI 48304
248-205-3374
Email:

thomas.lurie@bowmanandbrooke.com
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
BRADLEY ARANT BOULT ETC LLP -
BIRMINGHAM AL
1819 FIFTH AVE N
ONE FEDERAL PL
BIRMINGHAM, AL 35203
205-521-8354
Fax: 205-488-6354
Email: tdegruy@bradley.com
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
MANNING GROSS & MASSENBURG
LLP - WILMINGTON DE
1007 N ORANGE STREET
SUITE 711
WILMINGTON, DE 19801
302-504-6787
Email: tbell@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2205
Email: vanessa.barsanti@kirkland.com
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
KIRKLAND & ELLIS LLP - SALT LAKE
CITY UT
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111
801-877-8122
Email: brad.barber@kirkland.com
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
BUTLER SNOW LLP - RIDGELAND MS
PO BOX 6010
RIDGELAND, MS 39158-6010
601-948-5711
Fax: 601-985-4500
Email: diane.wigley@butlersnow.com
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
MANNING GROSS & MASSENBURG
LLP - WILMINGTON DE
1007 N ORANGE STREET

SUITE 711
WILMINGTON, DE 19801
302-657-2100
Email: wlarson@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
GORDON & REES LLP - PORTLAND OR
1300 SW 5TH AVENUE
SUITE 2000
PORTLAND, OR 97201
503-382-3855
Email: wglockwood@grsm.com
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
KIRKLAND & ELLIS LLP - LOS
ANGELES CA
555 S FLOWER STREET
SUITE 3700
LOS ANGELES, CA 90071
213-680-8400
Email: william.smith@kirkland.com
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-7055
Email: yfrench@kirkland.com
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
THOMPSON COE COUSINS & IRONS -
HOUSTON TX
ONE RIVERWAY
SUITE 1400
HOUSTON, TX 77056
713-403-8200
Email: zfoley@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AEARO TECHNOLOGIES LLC**          represented by **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**

(See above for address)
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW B COOKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
(See above for address)
*TERMINATED: 11/05/2021*

**BRADLEY DAVID MASTERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**

(See above for address)
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA MARIA SEANOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**

(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
(See above for address)
*TERMINATED: 02/23/2021*

**ERIKA J DOHERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FRANK CHADWICK MORRISS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
(See above for address)

*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
(See above for address)

*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH J FERGUSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)

*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
(See above for address)
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
(See above for address)

*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT B ELLIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIERRA ELIZABETH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
(See above for address)

*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AEARO HOLDING LLC**                represented by **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW B COOKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
(See above for address)
*TERMINATED: 11/05/2021*

**BRADLEY DAVID MASTERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA MARIA SEANOR**
(See above for address)

*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**

(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
(See above for address)
*TERMINATED: 02/23/2021*

**ERIKA J DOHERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FRANK CHADWICK MORRISS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**

(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH J FERGUSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**

(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
(See above for address)
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**

(See above for address)
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT B ELLIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIERRA ELIZABETH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**

(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AEARO INTERMEDIATE LLC**          represented by   **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW B COOKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**

(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
(See above for address)
*TERMINATED: 11/05/2021*

**BRADLEY DAVID MASTERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA MARIA SEANOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**

(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
(See above for address)
*TERMINATED: 02/23/2021*

**ERIKA J DOHERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FRANK CHADWICK MORRISS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
(See above for address)

*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
(See above for address)

*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH J FERGUSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
(See above for address)

*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
(See above for address)
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
(See above for address)

*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT B ELLIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
(See above for address)

*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIERRA ELIZABETH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
(See above for address)

*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AEARO LLC**                      represented by  **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
(See above for address)

*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW B COOKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
(See above for address)
*TERMINATED: 11/05/2021*

**BRADLEY DAVID MASTERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
(See above for address)

*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA MARIA SEANOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
(See above for address)

*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
(See above for address)
*TERMINATED: 02/23/2021*

**ERIKA J DOHERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FRANK CHADWICK MORRISS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**

(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**

(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
(See above for address)
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**

(See above for address)
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT B ELLIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**

(See above for address)
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIERRA ELIZABETH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**

(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CO-LIAISON COUNSEL FOR DEFENDANTS**                represented by   **THOMAS LARRY HILL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**3M OCCUPATIONAL SAFETY LLC**           represented by   **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON NATHAN ARTHUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEIDA M MIELKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALESCHIA D HYDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALEXANDRIA NICOLE GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALISON SHANA COONEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLEN LEWIS RUTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ALYSSA CHRISTINE CLARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW WILLIAM CARY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW B COOKE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANDREW DAVID THARP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANGELA G STRICKLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANITA K MODAK-TRURAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANN THORNTON FIELD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANNA TERTERYAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY SINCLAIR MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ANTHONY L OSTERLUND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ASHLEY ELIZABETH NEGLIA**

(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DEL PRIORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN L KLAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**AUSTIN DAVID O'MALLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARTON JAMES FREEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BENJAMIN M WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BLAKE GIBNEY**
(See above for address)
*TERMINATED: 11/05/2021*

**BRADLEY DAVID MASTERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON M PELLEGRINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRANDON COREY REES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRENTON ADAM ROGERS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRIAN D SIEVE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BRITANY A KABAKOV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAITLYN ALEXIS CHELEDEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAMERON DAVID TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CANDICE C KUSMER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE H STEPHENS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CASEY LEIGH MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CATHERINE B SLAVIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CEDRIC EARL EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES BAILEY KING , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES F MORROW**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTA C COTTRELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA MARIA SEANOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTINA E SHARKEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BERDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER S BURRICHTER**

(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER DAVID MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLE THOMAS CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLIN B RATHE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**COLLEEN N CAVANAGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CONNER NEALE TURNER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CORY SHANE REED**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRYSTAL LIZ KURUVILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANE W SCHRADER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R HIGGINBOTHAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL R MURDOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL LEE O'NEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID WAYNE CORNEIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID IAN HOROWITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID G MAYHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAVID M TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA CLOUGH BENTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DIANA NICOLE EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDDEREK COLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD J MCCAMBRIDGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH BRABB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH CAROLYN DEGORI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH RIGHTON JOHNSON
LEWIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH GLORIA KUROWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH T SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY LAUREN VAN TUYL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIC MCKENNETT SEFTON**
(See above for address)
*TERMINATED: 02/23/2021*

**ERIKA J DOHERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIKA MEDINA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIN C JOHNSTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRET ALAN LEACH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARRETT W MESSERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY LANE HOWARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAVIN R TISDALE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HARIKLIA KARIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAROLD D MOOTY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HEATHER ANN LEVINSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRIQUE ALEJANDRO GEIGEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**INGRID GOLEMI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACQUELINE RENEE BOLDEN**
(See above for address)

*ATTORNEY TO BE NOTICED*

**JAMES MARK ADAMS , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES H BOLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DOMINIC CAMPODONICO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES STEPHEN FRITZ , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES DAVID YATES , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMIE A AYCOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON A CINCILLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON PATRICK ECKERLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY RALPH BLACKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY J ZEIGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA MARIE MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNA CHRISTINE NEWMARK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER JOSLIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JESSICA RACHEL GARRITY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN THOMAS HUGO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN ANDREW HUTTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JON OLSSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN MICHAEL BARNES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN HOYT STILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN LEIGH SCHWINDT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSE MANUEL LUZARRAGA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JUDSON D BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIA MARY RAFFERTY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE ANN CARPENTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE BARDACKE HADDON**
(See above for address)

*ATTORNEY TO BE NOTICED*

**JULIE M K SIEGAL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARI L SUTHERLAND**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARINA ELISABETH MURSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KARL B GUNDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KASDIN MILLER MITCHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATE WALLING AGUIAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHARINE S PERRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE ELIZABETH UNGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHERINE T WALLING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KATHLEEN INGRAM CARRINGTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH STEVEN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY R KIMBROUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH R COSTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH J FERGUSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN BARBER BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN MICHAEL STOCKMANN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIMBERLY D HILL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KIME H SMITH , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KRISTINA ALLEN RELIFORD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*TERMINATED: 02/16/2022*

**LA'VERNE EDNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAURA J HENNEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LELA HOLLABAUGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE MARIE SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LESLIE LEUNG SUN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSAY ZANELLO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY BETH COHAN**
(See above for address)

*ATTORNEY TO BE NOTICED*

**LUCIA VERONICA PAZOS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M DAVID GRIFFITH , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARA CUSKER GONZALEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARIA P RIVERA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK A DREHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK W PREMO-HOPKINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MATTHEW DOUGLAS KELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN DELUREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN ANN AGOSTINELLI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
(See above for address)
*TERMINATED: 02/16/2022*

**MICHAEL B HEWES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL R KLATT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C WILLIAMS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MITCHELL BENJAMIN TUGGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NADIA S ABRAMSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATALIE ROSE ATKINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN HUEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NEIL MATTHEW KLIEBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICKOLAS H BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NIKITA SHERRELL MCMILLIAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NINA I WEBB-LAWTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOLAN M LEUTHAUSER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OLIVIA JORDAN POSS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ORLA O'CALLAGHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK PHILIP SANDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK FRANCIS SULLIVAN , III**
(See above for address)

*ATTORNEY TO BE NOTICED*

**PAUL DONALD MOTZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL QUINCY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PAUL SAMPSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PERRY WALKER DORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHILIP JUDSON COMBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL MAURA ROSENBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAJEEV K ADLAKHA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RENEE D SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**REX WILLIAM MANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD M DYE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD HOWELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RICHARD D SCHUSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT EDWARD ZULANDT , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSEMARY D WELSH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSHAN RAJKUMAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RYAN MICHAEL MURPHY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAGHAR ESFANDIARIFARD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SAMUEL KEENAN CARTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA ANDERSON FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH ANN MEADOWS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON L H PHILLIPS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHARON TAMAR TURRET**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHAYNE HUNTER HENRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHELLEY W COLEMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHERRIE ARMSTRONG DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHUNDRA CRUMPTON MANNING**
(See above for address)

*ATTORNEY TO BE NOTICED*

**SIMON GOTTLIEB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY G PAGONIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEFANIE ANN TUBBS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHANIE MARIE CHESNEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEPHEN ALAN TENSMEYER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN MICHAEL AUGUSTINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN CRAIG CZAK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN RECH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVEN L REITENOUR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEVIE FARRAR RUSHING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN M ROBINSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SUSAN WONG ROMAINE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TABITHA JOY DE PAULO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TAYLOR BRADFORD MAYES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL HORAN , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS NATHAN LURIE , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TIFFANY JOHNSON DEGRUY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**TYE CURTIS BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VANESSA ANNE BARSANTI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM BRADFORD BARBER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM M GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM B LARSON , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM GREG LOCKWOOD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM LOUIS SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**YATES M FRENCH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ZANDRA E FOLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Material Witness**

**ELLIOTT BERGER**                    represented by  **PHILIP A BATES**

PHILIP A BATES PA -PENSACOLA, FL
25 W CEDAR ST STE 550
PENSACOLA, FL 32502
850/470-0091
Fax: 470-0441
Email: pbates@philipbates.net
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2019 | 1 | TRANSFER ORDER FROM THE MDL PANEL transferring 8 actions to the Northern District of Florida. It is therefore ordered that the actions listed on Schedule A and pending outside of the Northern District of Florida are transferred to the Northern District of Florida, and, with the consent of that court, assigned to the Honorable M. Casey Rodgers for coordinated or consolidated pretrial proceedings. Signed by PANEL ON MULTIDISTRICT LITIGATION on 4/3/2019. (erl) (Entered: 04/05/2019) |
| 04/05/2019 | 2 | PRETRIAL ORDER NO. 1 - The Clerk is hereby directed to assign all actions pertaining to the above litigation to United States Magistrate Judge Gary R. Jones. Signed by JUDGE M CASEY RODGERS on 4/5/2019. (erl) (Entered: 04/05/2019) |
| 04/05/2019 | 3 | PRETRIAL ORDER NO. 2 - An initial case management conference will be held in this matter on **4/17/2019 09:00 AM CST** in Courtroom 2 of the Winston E. Arnow Federal Building before JUDGE M CASEY RODGERS. The Court hereby appoints Bryan F. Aylstock to serve as interim lead and liaison counsel for plaintiffs. Notice will be sent to defense counsel identified in Schedule B. The Court will establish docketing and filing procedures by separate order. Signed by JUDGE M CASEY RODGERS on 4/5/2019. (erl) (Entered: 04/05/2019) |
| 04/09/2019 | 4 | PRETRIAL ORDER NO. 3. This Order governs docketing and filing procedures in all actions that have been or will be filed in, removed to, or transferred to this Court as part of the 3M Combat Arms Earplug Products Liability Litigation. Signed by JUDGE M CASEY RODGERS on 4/9/2019. (djb) (Entered: 04/09/2019) |
| 04/09/2019 | 5 | NOTICE/MEMO from Clerk to Counsel w/Conference Call Instructions pursuant to 3 Order re: Initial Case Management Conference set for 4/17/2019 at 9:00 am (Central). (sps) (Entered: 04/09/2019) |
| 04/10/2019 | 6 | NOTICE of Appearance by KIMBERLY O BRANSCOME on behalf of 3M COMPANY (BRANSCOME, KIMBERLY) (Entered: 04/10/2019) |
| 04/10/2019 | 7 | Corporate Disclosure Statement/Certificate of Interested Persons by 3M COMPANY identifying Corporate Parent 3M COMPANY for 3M COMPANY.. (BRANSCOME, KIMBERLY) (Entered: 04/10/2019) |
| 04/10/2019 | 8 | MOTION to Appear Pro Hac Vice by Lesley Paniszczyn.( Filing fee $ 201 receipt number AFLNDC-4453616.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PANISZCZYN, LESLEY) (Entered: 04/10/2019) |
| 04/10/2019 | 9 | MOTION to Appear Pro Hac Vice by Thomas J. Henry.( Filing fee $ 201 receipt number AFLNDC-4453617.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PANISZCZYN, LESLEY) (Entered: 04/10/2019) |
| 04/10/2019 | 10 | MOTION to Appear Pro Hac Vice by Laurie Dobson.( Filing fee $ 201 receipt number AFLNDC-4453618.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PANISZCZYN, LESLEY) (Entered: 04/10/2019) |

| | | |
|---|---|---|
| 04/11/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 9 MOTION to Appear Pro Hac Vice by Thomas J. Henry. 8 MOTION to Appear Pro Hac Vice by Lesley Paniszczyn. 10 MOTION to Appear Pro Hac Vice by Laurie Dobson. (djb) (Entered: 04/11/2019) |
| 04/11/2019 | 11 | **VACATED per 86 Order** ORDER granting 8 Motion to Appear Pro Hac Vice by Notice Only as to Lesley C. Paniszczyn. Signed by JUDGE M CASEY RODGERS on 4/11/2019. (djb) Modified on 4/23/2019 (djb). (Entered: 04/11/2019) |
| 04/11/2019 | 12 | **VACATED per 86 Order** ORDER granting 9 Motion to Appear Pro Hac Vice (Appointed THOMAS J HENRY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/11/2019. (djb) Modified on 4/23/2019 (djb). (Entered: 04/11/2019) |
| 04/11/2019 | 13 | **VACATED per 86 Order** ORDER granting 10 Motion to Appear Pro Hac Vice (Appointed LAURIE RUTH DOBSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/11/2019. (djb) Modified on 4/23/2019 (djb). (Entered: 04/11/2019) |
| 04/11/2019 | 14 | NOTICE of Appearance by ADAM MATTHEW MOSKOWITZ on behalf of NOTICE ONLY (MOSKOWITZ, ADAM) (Entered: 04/11/2019) |
| 04/11/2019 | 15 | NOTICE of Appearance by HOWARD MITCHELL BUSHMAN on behalf of NOTICE ONLY (BUSHMAN, HOWARD) (Entered: 04/11/2019) |
| 04/11/2019 | 16 | NOTICE of Appearance by JOSEPH M KAYE on behalf of NOTICE ONLY (KAYE, JOSEPH) (Entered: 04/11/2019) |
| 04/12/2019 | 17 | NOTICE of Appearance by VIRGINIA E ANELLO on behalf of NOTICE ONLY (ANELLO, VIRGINIA) (Entered: 04/12/2019) |
| 04/12/2019 | 18 | NOTICE of Appearance by RICHARD M PAUL, III on behalf of NOTICE ONLY (PAUL, RICHARD) (Entered: 04/12/2019) |
| 04/12/2019 | 19 | NOTICE of Appearance by ASHLEA SCHWARZ on behalf of NOTICE ONLY (SCHWARZ, ASHLEA) (Entered: 04/12/2019) |
| 04/12/2019 | 20 | MOTION to Appear Pro Hac Vice by Muhammad S. Aziz.( Filing fee $ 201 receipt number AFLNDC-4456355.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (AZIZ, MUHAMMAD) (Entered: 04/12/2019) |
| 04/12/2019 | 21 | NOTICE of Appearance by KIMBERLY O BRANSCOME on behalf of AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 04/12/2019) |
| 04/12/2019 | 22 | NOTICE of Appearance by MARK J NOMELLINI on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (NOMELLINI, MARK) (Entered: 04/12/2019) |
| 04/12/2019 | 23 | NOTICE of Appearance by ROBERTO MARTINEZ on behalf of NOTICE ONLY (MARTINEZ, ROBERTO) (Entered: 04/12/2019) |
| 04/12/2019 | 24 | NOTICE of Appearance by FRANCISCO RAUL MADERAL on behalf of NOTICE ONLY (MADERAL, FRANCISCO) (Entered: 04/12/2019) |
| 04/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 20 MOTION to Appear Pro Hac Vice by Muhammad S. Aziz. (djb) (Entered: 04/12/2019) |
| 04/12/2019 | 25 | MOTION to Appear Pro Hac Vice by Robert C. Brock.( Filing fee $ 201 receipt number BFLNDC-4456646.) by 3M COMPANY, AEARO HOLDING LLC, AEARO |

| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BROCK, ROBERT) (Entered: 04/12/2019) |
|---|---|---|
| 04/12/2019 | 26 | MOTION to Appear Pro Hac Vice by F. Chadwick Morriss.( Filing fee $ 201 receipt number AFLNDC-4456687.) by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (MORRISS, FRANK) (Entered: 04/12/2019) |
| 04/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 25 MOTION to Appear Pro Hac Vice by Robert C. Brock. (djb) (Entered: 04/12/2019) |
| 04/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 26 MOTION to Appear Pro Hac Vice by F. Chadwick Morriss. (djb) (Entered: 04/12/2019) |
| 04/12/2019 | 27 | MOTION to Appear Pro Hac Vice by Clayton A. Clark.( Filing fee $ 201 receipt number AFLNDC-4456810.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CLARK, CLAYTON) (Entered: 04/12/2019) |
| 04/12/2019 | 28 | MOTION to Appear Pro Hac Vice by W. Michael Moreland.( Filing fee $ 201 receipt number AFLNDC-4456854.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MORELAND, WILLIAM) (Entered: 04/12/2019) |
| 04/12/2019 | 29 | MOTION to Appear Pro Hac Vice by Scott A. Love.( Filing fee $ 201 receipt number AFLNDC-4456865.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (LOVE, SCOTT) (Entered: 04/12/2019) |
| 04/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 27 MOTION to Appear Pro Hac Vice by Clayton A. Clark. 28 MOTION to Appear Pro Hac Vice by W. Michael Moreland. 29 MOTION to Appear Pro Hac Vice by Scott A. Love. (djb) (Entered: 04/12/2019) |
| 04/15/2019 | 30 | NOTICE of MINUTE ORDER - TO INVOLVED CLERKS Re: MDL No. 2885. Conditional Transfer Order (CTO-1) Finalized on 4/15/19. (djb) (Entered: 04/15/2019) |
| 04/15/2019 | 31 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) IN RE: 3M Combat Arms Earplug Products Liability Litigation Case Number: MDL No. 2885 - 128 actions. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/15/2019. (Attachments: # 1 CTO-1) (djb) (Entered: 04/15/2019) |
| 04/15/2019 | 32 | NOTICE of Appearance by ROBERT B ELLIS on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ELLIS, ROBERT) (Entered: 04/15/2019) |
| 04/15/2019 | 33 | ORDER granting 25 Motion to Appear Pro Hac Vice (Appointed ROBERT C BROCK for 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC). Signed by JUDGE M CASEY RODGERS on 4/15/2019. (djb) Modified on 4/15/2019 (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 34 | ORDER granting 26 Motion to Appear Pro Hac Vice (Appointed FRANK CHADWICK MORRISS for 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 4/15/2019. (djb) (Entered: 04/15/2019) |
| 04/15/2019 | 35 | NOTICE of Appearance by MARYBETH V GIBSON on behalf of NOTICE ONLY (GIBSON, MARYBETH) (Entered: 04/15/2019) |

| 04/15/2019 | 36 | NOTICE of Appearance by JEFFREY PAUL BERNIARD on behalf of NOTICE ONLY (BERNIARD, JEFFREY) (Entered: 04/15/2019) |
| 04/15/2019 | 37 | NOTICE of Appearance by CHRISTOPHER R BAGLEY on behalf of NOTICE ONLY (BAGLEY, CHRISTOPHER) (Entered: 04/15/2019) |
| 04/15/2019 | 38 | NOTICE of Appearance by GARY W JACKSON on behalf of NOTICE ONLY (JACKSON, GARY) (Entered: 04/15/2019) |
| 04/15/2019 | 39 | NOTICE of Appearance by CHRISTOPHER R BAGLEY on behalf of NOTICE ONLY (BAGLEY, CHRISTOPHER) (Entered: 04/15/2019) |
| 04/15/2019 | 40 | NOTICE of Appearance by MICHAEL A AKSELRUD on behalf of NOTICE ONLY (AKSELRUD, MICHAEL) Modified on 5/2/2019 to note party changed to NOTICE ONLY (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 41 | NOTICE of Appearance by GARY W JACKSON on behalf of NOTICE ONLY (JACKSON, GARY) (Entered: 04/15/2019) |
| 04/15/2019 | 42 | NOTICE of Appearance by W MARK LANIER on behalf of NOTICE ONLY (LANIER, W) Modified on 5/2/2019 party corrected to NOTICE ONLY (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 43 | NOTICE of Appearance by KATHRYN RACHEL LANIER on behalf of NOTICE ONLY (LANIER, W) Modified on 4/16/2019 to correct attorney name and NOTICE ONLY party. (djb) (Entered: 04/15/2019) |
| 04/15/2019 | 44 | NOTICE of Appearance by KATHRYN RACHEL LANIER on behalf of NOTICE ONLY party. (LANIER, KATHRYN) Modified on 5/2/2019 (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 45 | NOTICE of Appearance by DARA GRISBEE HEGAR on behalf of NOTICE ONLY (HEGAR, DARA) Modified on 5/2/2019 (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 46 | NOTICE of Appearance by RICHARD D MEADOW on behalf of NOTICE ONLY. (MEADOW, RICHARD) Modified on 5/2/2019 (djb). (Entered: 04/15/2019) |
| 04/15/2019 | 47 | MOTION to Appear Pro Hac Vice by Mikal C. Watts.( Filing fee $ 201 receipt number AFLNDC-4458875.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificat of Good Standing) (WATTS, MIKAL) (Entered: 04/15/2019) |
| 04/16/2019 | 48 | DOCKET ANNOTATION BY COURT: NOTICE TO COUNSEL of The Lanier Law Firm, P.C. - ROBIN KENNEDY has been removed from the docket. Appearances for any plaintiff regarding transfer in cases or direct filed cases should be filed as to NOTICE ONLY party. Re 44 Notice of Appearance, 45 Notice of Appearance, 42 Notice of Appearance, 46 Notice of Appearance, 43 Notice of Appearance. Please review 4 Pretrial Order No. 3. Clerk will add each attorney to the NOTICE ONLY party. If you have questions please call 850-470-8188. (djb) (Entered: 04/16/2019) |
| 04/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 47 MOTION to Appear Pro Hac Vice by Mikal C. Watts. (djb) (Entered: 04/16/2019) |
| 04/16/2019 | 49 | NOTICE of Appearance by CLAYTON A CLARK on behalf of NOTICE ONLY (CLARK, CLAYTON) (Entered: 04/16/2019) |
| 04/16/2019 | 50 | NOTICE of Appearance by WILLIAM MICHAEL MORELAND on behalf of NOTICE ONLY (MORELAND, WILLIAM) (Entered: 04/16/2019) |

| | | |
|---|---|---|
| 04/16/2019 | 51 | **DISREGARD see 52** Notice of Appearance NOTICE of Appearance by SCOTT A LOVE on behalf of NOTICE ONLY (LOVE, SCOTT) Modified on 4/16/2019 (djb). (Entered: 04/16/2019) |
| 04/16/2019 | 52 | NOTICE of Appearance by SCOTT A LOVE on behalf of NOTICE ONLY (LOVE, SCOTT) (Entered: 04/16/2019) |
| 04/16/2019 | 53 | NOTICE of Appearance by DIANA YASTROVSKAYA on behalf of NOTICE ONLY (YASTROVSKAYA, DIANA) (Entered: 04/16/2019) |
| 04/16/2019 | 54 | MOTION to Appear Pro Hac Vice by Shelley V. Hutson.( Filing fee $ 201 receipt number AFLNDC-4460052.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (HUTSON, SHELLEY) (Entered: 04/16/2019) |
| 04/16/2019 | 55 | MOTION to Appear Pro Hac Vice by Erin Rogiers.( Filing fee $ 201 receipt number AFLNDC-4460088.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ROGIERS, ERIN) (Entered: 04/16/2019) |
| 04/16/2019 | 56 | NOTICE of Appearance by MARK ADAM GRIFFIN on behalf of NOTICE ONLY (GRIFFIN, MARK) (Entered: 04/16/2019) |
| 04/16/2019 | 57 | NOTICE of Appearance by MARK D SAMSON on behalf of NOTICE ONLY (SAMSON, MARK) (Entered: 04/16/2019) |
| 04/16/2019 | 58 | NOTICE of Appearance by PATRICK HOWARD on behalf of NOTICE ONLY (HOWARD, PATRICK) (Entered: 04/16/2019) |
| 04/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 55 MOTION to Appear Pro Hac Vice by Erin Rogiers. 54 MOTION to Appear Pro Hac Vice by Shelley V. Hutson. (djb) (Entered: 04/16/2019) |
| 04/16/2019 | 59 | NOTICE of Appearance by ASHLEY CONRAD KELLER on behalf of NOTICE ONLY (KELLER, ASHLEY) (Entered: 04/16/2019) |
| 04/16/2019 | 60 | NOTICE of Appearance by NICOLE CORRINE BERG on behalf of NOTICE ONLY (BERG, NICOLE) (Entered: 04/16/2019) |
| 04/16/2019 | 61 | NOTICE of Appearance by MARK HAYDEN TROUTMAN on behalf of NOTICE ONLY (TROUTMAN, MARK) (Entered: 04/16/2019) |
| 04/16/2019 | 62 | NOTICE of Appearance by TRAVIS D LENKNER on behalf of NOTICE ONLY (LENKNER, TRAVIS) (Entered: 04/16/2019) |
| 04/16/2019 | 63 | NOTICE of Appearance by SHAWN KINCADE JUDGE on behalf of NOTICE ONLY (JUDGE, SHAWN) (Entered: 04/16/2019) |
| 04/16/2019 | 64 | NOTICE of Appearance by GREGORY MICHAEL TRAVALIO on behalf of NOTICE ONLY (TRAVALIO, GREGORY) (Entered: 04/16/2019) |
| 04/16/2019 | 65 | NOTICE of Appearance by OSCAR MONFORT PRICE, IV on behalf of NOTICE ONLY (PRICE, OSCAR) (Entered: 04/16/2019) |
| 04/16/2019 | 66 | NOTICE of Appearance by NICHOLAS WILLIAM ARMSTRONG on behalf of NOTICE ONLY (ARMSTRONG, NICHOLAS) (Entered: 04/16/2019) |
| 04/17/2019 | 67 | MOTION to Appear Pro Hac Vice by Brandon H. Steffey.( Filing fee $ 201 receipt number AFLNDC-4461678.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (STEFFEY, BRANDON) (Entered: 04/17/2019) |
| 04/17/2019 | 68 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) IN RE: 3M Combat |

| | | |
|---|---|---|
| | | Arms Earplug Products Liability Litigation Case Number: MDL No. 2885 - 98 actions. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/16/2019. (Attachments: # 1 CTO-2) (djb) (Entered: 04/17/2019) |
| 04/17/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 67 MOTION to Appear Pro Hac Vice by Brandon H. Steffey. (djb) (Entered: 04/17/2019) |
| 04/17/2019 | 69 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Initial Case Management Conference held on 4/17/2019. Magistrate Judge Jones present. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 04/18/2019) |
| 04/18/2019 | 70 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s). Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/17/2019. (Attachments: # 1 CTO-3) (djb) (Entered: 04/18/2019) |
| 04/18/2019 | 71 | ORDER granting 67 Motion to Appear Pro Hac Vice (Appointed BRANDON HURK STEFFEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/18/2019. (djb) (Entered: 04/19/2019) |
| 04/19/2019 | 72 | NOTICE of Appearance by HENRY G GARRARD, III on behalf of NOTICE ONLY (GARRARD, HENRY) (Entered: 04/19/2019) |
| 04/19/2019 | 73 | NOTICE of Appearance by JAMES B MATTHEWS, III on behalf of NOTICE ONLY (MATTHEWS, JAMES) (Entered: 04/19/2019) |
| 04/19/2019 | 74 | NOTICE of Appearance by JOSH B WAGES on behalf of NOTICE ONLY (WAGES, JOSH) (Entered: 04/19/2019) |
| 04/19/2019 | 75 | NOTICE of Appearance by PATRICK H GARRARD on behalf of NOTICE ONLY (GARRARD, PATRICK) (Entered: 04/19/2019) |
| 04/19/2019 | 76 | PRETRIAL ORDER NO. 4 Plaintiff Leadership Structure. Signed by JUDGE M CASEY RODGERS on 4/19/2019. (djb) (Entered: 04/19/2019) |
| 04/19/2019 | 77 | NOTICE of Appearance by MICHELLE PERKOVIC on behalf of NOTICE ONLY (PERKOVIC, MICHELLE) (Entered: 04/19/2019) |
| 04/19/2019 | 78 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/18/2019. (Attachments: # 1 CTO-4) (djb) (Entered: 04/19/2019) |
| 04/19/2019 | 79 | NOTICE of Appearance by RAYMOND C SILVERMAN on behalf of NOTICE ONLY (SILVERMAN, RAYMOND) (Entered: 04/19/2019) |
| 04/20/2019 | 80 | NOTICE of Appearance by ERIC D HOLLAND on behalf of NOTICE ONLY (HOLLAND, ERIC) (Entered: 04/20/2019) |
| 04/22/2019 | 81 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 actions Re: 3:19md2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/19/2019. (Attachments: # 1 CT0-5) (djb) (Entered: 04/22/2019) |
| 04/22/2019 | 82 | MOTION to Appear Pro Hac Vice by RICHARD LEE ROOT.( Filing fee $ 201 receipt number AFLNDC-4466305.) by RICHARD LEE ROOT. (Attachments: # 1 Exhibit) (ROOT, RICHARD) (Entered: 04/22/2019) |

| 04/23/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 82 MOTION to Appear Pro Hac Vice by RICHARD LEE ROOT. (djb) (Entered: 04/23/2019) |
|---|---|---|
| 04/23/2019 | 83 | NOTICE of Appearance by BRANDON BOULWARE on behalf of NOTICE ONLY (BOULWARE, BRANDON) (Entered: 04/23/2019) |
| 04/23/2019 | 84 | NOTICE of Appearance by JEREMY M SUHR on behalf of NOTICE ONLY (SUHR, JEREMY) (Entered: 04/23/2019) |
| 04/23/2019 | 85 | NOTICE of Appearance by ERIN D LAWRENCE on behalf of NOTICE ONLY (LAWRENCE, ERIN) (Entered: 04/23/2019) |
| 04/23/2019 | 86 | CASE MANAGEMENT ORDER NO. 1. There are seven motions to appear pro hac vice currently pending in which the movants failed to identify any individual case, in which they are attorney of record, that was or will be filed in, removed to, or transferred to this MDL. See ECF Nos. 20 , 27 , 28 , 29 , 47 , 54 - 55 . Those motions are hereby DENIED WITHOUT PREJUDICE to refiling with the proper case-identifying information. Three additional pro hac vice motions were inadvertently granted, although they too failed to identify any individual cases in which the movant is attorney of record, see ECF Nos. 8 , 9 and 10 . Accordingly, the Orders granting those three pro hac vice admissions, ECF Nos. 11 , 12 and 13 , are hereby VACATED. Counsel are directed to refile their motions to appear pro hac vice with the proper case-identifying information. Pursuant to Local Rule 23.1, the Court hereby TOLLS the 90-day deadline for filing a motion to certify a class. All discovery in this matter is currently stayed, pursuant to Pretrial Order No. 2, ECF No. 3 at 5. The parties must hold a multi-day Rule 26(f) conference by Friday, June 7, 2019. The parties' Joint Rule 26(f) Report must be filed by Friday, **6/14/2019**. On Monday, **6/17/2019 at 9:00 a.m. (CST)**, the Court will conduct a Rule 16/case management conference in Pensacola, at which the parties should be prepared to meaningfully discuss their joint report and proposed discovery plan. Signed by JUDGE M CASEY RODGERS on 4/23/2019. (djb) (Entered: 04/23/2019) |
| 04/23/2019 | 87 | NOTICE of Appearance by MARTIN DANIEL CRUMP on behalf of NOTICE ONLY (CRUMP, MARTIN) (Entered: 04/23/2019) |
| 04/23/2019 | 88 | Amended MOTION Amended Motion to Appear Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit A - Letter of Good Standing, # 2 Exhibit B - Direct Filed Cases) (CLARK, CLAYTON) (Entered: 04/23/2019) |
| 04/23/2019 | 89 | NOTICE of Appearance by B KRISTIAN W RASMUSSEN on behalf of NOTICE ONLY (RASMUSSEN, B KRISTIAN) (Entered: 04/23/2019) |
| 04/23/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 88 Amended MOTION Amended Motion to Appear Pro Hac Vice (djb) (Entered: 04/23/2019) |
| 04/23/2019 | 90 | MOTION to Appear Pro Hac Vice by Gregory D. Brown.( Filing fee $ 201 receipt number AFLNDC-4467951.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BROWN, GREGORY) (Entered: 04/23/2019) |
| 04/23/2019 | 91 | Amended MOTION Amended Motion to Appear Pro Hac Vice *SCOTT A. LOVE* by NOTICE ONLY. (Attachments: # 1 Exhibit A - LOGS, # 2 Exhibit B - Filed Cases) (LOVE, SCOTT) (Entered: 04/23/2019) |
| 04/23/2019 | 92 | Amended MOTION Amended Motion to Appear Pro Hac Vice *W. MICHAEL MORELAND* by NOTICE ONLY. (Attachments: # 1 Exhibit A - LOGS, # 2 Exhibit B - Filed Cases) (MORELAND, WILLIAM) (Entered: 04/23/2019) |

| 04/23/2019 | 93 | Amended MOTION Amended Motion to Appear Pro Hac Vice *SHELLEY V. HUTSON* by NOTICE ONLY. (Attachments: # 1 Exhibit A - LOGS, # 2 Exhibit B - Filed Cases) (HUTSON, SHELLEY) (Entered: 04/23/2019) |
|---|---|---|
| 04/23/2019 | 94 | Amended MOTION to Appear Pro Hac Vice by Muhammad S. Aziz.( Filing fee $ 201 receipt number AFLNDC-4467961.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (AZIZ, MUHAMMAD) (Entered: 04/23/2019) |
| 04/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 90 MOTION to Appear Pro Hac Vice by Gregory D. Brown; 91 Amended MOTION Amended Motion to Appear Pro Hac Vice SCOTT A. LOVE; 92 Amended MOTION Amended Motion to Appear Pro Hac Vice W. MICHAEL MORELAND; 94 Amended MOTION to Appear Pro Hac Vice by Muhammad S. Aziz; 93 Amended MOTION Amended Motion to Appear Pro Hac Vice SHELLEY V. HUTSON (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 95 | MOTION to Appear Pro Hac Vice by Virginia E. Anello.( Filing fee $ 201 receipt number AFLNDC-4468140.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (ANELLO, VIRGINIA) (Entered: 04/24/2019) |
| 04/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 95 MOTION to Appear Pro Hac Vice by Virginia E. Anello. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 96 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - 1ST CASE MANAGEMENT CONFERENCE - held on April 17, 2019, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. **Email:Donna_Boland@flnd.uscourts.gov. for transcript copies<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **5/1/2019**. Release of Transcript Restriction set for **7/30/2019**. (dlb) (Entered: 04/24/2019) |
| 04/24/2019 | 97 | ORDER granting 82 Motion to Appear Pro Hac Vice (Appointed RICHARD L ROOT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 98 | ORDER denying without prejudice 90 Motion to Appear Pro Hac Vice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 . Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 99 | NOTICE of Appearance by DAVID TODD MATHEWS on behalf of NOTICE ONLY (MATHEWS, DAVID) (Entered: 04/24/2019) |
| 04/24/2019 | 100 | NOTICE of Appearance by MEGAN TOMLINSON ARVOLA on behalf of NOTICE ONLY (ARVOLA, MEGAN) (Entered: 04/24/2019) |
| 04/24/2019 | 101 | NOTICE of Appearance by THOMAS ROE FRAZER, II on behalf of NOTICE ONLY (FRAZER, THOMAS) (Entered: 04/24/2019) |
| 04/24/2019 | 102 | MOTION to Appear Pro Hac Vice by Michael J. O'Neill.( Filing fee $ 201 receipt number AFLNDC-4469208.) by NOTICE ONLY. (O'NEILL, MICHAEL) Modified to correct party on 4/24/2019 (djb). (Entered: 04/24/2019) |
| 04/24/2019 | 103 | ORDER granting 91 Motion Amended Motion to Appear Pro Hac Vice by Scott A. |

| | | |
|---|---|---|
| | | Love, Esq. Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 104 | ORDER granting 92 Amended Motion to Appear Pro Hac Vice by W. MICHAEL MORELAND on behalf of NOTICE ONLY. Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 105 | ORDER granting 93 Amended Motion to Appear Pro Hac Vice by SHELLEY V. HUTSON on behalf of NOTICE ONLY. Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 106 | ORDER granting 88 Amended MOTION Amended Motion to Appear Pro Hac Vice by Clayton A. Clark, Esq. on behalf of NOTICE ONLY. Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 107 | ORDER granting 94 Amended MOTION to Appear Pro Hac Vice by Muhammad S. Aziz on behalf of NOTICE ONLY. Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 108 | ORDER granting 95 Motion to Appear Pro Hac Vice (Appointed VIRGINIA E ANELLO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 102 MOTION to Appear Pro Hac Vice by Michael J. O'Neill on behalf of NOTICE ONLY. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 109 | ORDER granting 102 Motion to Appear Pro Hac Vice (Appointed MICHAEL J O'NEILL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/24/2019. (djb) (Entered: 04/24/2019) |
| 04/24/2019 | 110 | NOTICE of Appearance by THOMAS P CARTMELL on behalf of NOTICE ONLY (CARTMELL, THOMAS) (Entered: 04/24/2019) |
| 04/24/2019 | 111 | NOTICE of Appearance by RICHARD L ROOT on behalf of NOTICE ONLY (ROOT, RICHARD) (Entered: 04/24/2019) |
| 04/24/2019 | 112 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 actions. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/24/2019. (Attachments: # 1 CTO-6 Finalized) (djb) (Entered: 04/25/2019) |
| 04/25/2019 | 113 | NOTICE of Appearance by ROBERT D CAIN, JR on behalf of NOTICE ONLY (CAIN, ROBERT) (Entered: 04/25/2019) |
| 04/25/2019 | 114 | NOTICE of Appearance by STACY KATHRYN HAUER on behalf of NOTICE ONLY (HAUER, STACY) (Entered: 04/25/2019) |
| 04/25/2019 | 115 | NOTICE of Appearance by PATRICK HOWARD on behalf of NOTICE ONLY (HOWARD, PATRICK) (Entered: 04/25/2019) |
| 04/25/2019 | 116 | NOTICE of Appearance by JAMES NIXON DANIEL on behalf of NOTICE ONLY (DANIEL, JAMES) (Entered: 04/25/2019) |
| 04/25/2019 | 117 | NOTICE of Appearance by CRISTINA DELISE on behalf of NOTICE ONLY (DELISE, CRISTINA) (Entered: 04/25/2019) |
| 04/25/2019 | 118 | Amended MOTION Amended Motion for Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Filed Cases) (WATTS, MIKAL) (Entered: 04/25/2019) |

| | | |
|---|---|---|
| 04/25/2019 | 119 | Amended MOTION Amended Motion for Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Filed Cases) (ROGIERS, ERIN) (Entered: 04/25/2019) |
| 04/25/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 119 Amended MOTION Amended Motion for Pro Hac Vice by Erin Rogiers , 118 Amended MOTION Amended Motion for Pro Hac Vice by Mikal C. Watts (djb) (Entered: 04/25/2019) |
| 04/25/2019 | 120 | ORDER - The deadlines in Case Management Order No. 1, ECF No. 86 , regarding multi-plaintiff actions are hereby VACATED. The parties must add this issue to the agenda for their Rule 26(f) conference and be prepared to discuss it during the Rule 16/case management conference on June 17, 2019. Signed by JUDGE M CASEY RODGERS on 04/25/2019. (TVJ) (Entered: 04/25/2019) |
| 04/26/2019 | 121 | NOTICE of Appearance by MERRIDA P COXWELL on behalf of NOTICE ONLY (COXWELL, MERRIDA) Modified on 6/17/2019 to note correct civil case #3:19cv1404 (djb). (Entered: 04/26/2019) |
| 04/26/2019 | 122 | ORDER granting 118 Amended Motion for Pro Hac Vice. Attorney MIKAL WATTS for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/26/2019. (djb) (Entered: 04/26/2019) |
| 04/26/2019 | 123 | ORDER granting 119 Amended Motion for Pro Hac Vice. Attorney ERIN J ROGIERS for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/26/2019. (djb) (Entered: 04/26/2019) |
| 04/26/2019 | 124 | MOTION Amended Motion for Admission Pro Hac Vice *Gregory D. Brown* by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Related Case) (BROWN, GREGORY) (Entered: 04/26/2019) |
| 04/26/2019 | 125 | MOTION to Appear Pro Hac Vice by David L. Selby, II.( Filing fee $ 201 receipt number AFLNDC-4472279.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (SELBY, DAVID) (Entered: 04/26/2019) |
| 04/26/2019 | 126 | MOTION to Appear Pro Hac Vice by Katherine E. Charonko.( Filing fee $ 201 receipt number AFLNDC-4472351.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (CHARONKO, KATHERINE) (Entered: 04/26/2019) |
| 04/26/2019 | 127 | NOTICE of Appearance by GABRIEL A ASSAAD on behalf of NOTICE ONLY (ASSAAD, GABRIEL) (Entered: 04/26/2019) |
| 04/26/2019 | 128 | ORDER granting 124 Amended Motion for Admission Pro Hac Vice. Attorney GREGORY DONALD BROWN for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/26/2019. (djb) Modified on 4/30/2019 to correct file date(djb). (Entered: 04/29/2019) |
| 04/26/2019 | 129 | ORDER granting 125 MOTION to Appear Pro Hac Vice by David L. Selby, II. Attorney DAVID L SELBY, II for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/26/2019. (djb) Modified on 4/30/2019 to correct file date(djb). (Entered: 04/29/2019) |
| 04/26/2019 | 130 | ORDER granting 126 MOTION to Appear Pro Hac Vice by Katherine E. Charonko. Attorney KATHERINE E CHARONKO for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/26/2019. (djb) Modified on 4/30/2019 to correct file date (djb). (Entered: 04/29/2019) |
| 04/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 125 MOTION to Appear Pro Hac Vice by |

| | | David L. Selby, II, 126 MOTION to Appear Pro Hac Vice by Katherine E. Charonko, 124 MOTION Amended Motion for Admission Pro Hac Vice Gregory D. Brown (djb) (Entered: 04/29/2019) |
|---|---|---|
| 04/29/2019 | 131 | NOTICE of Appearance by SHELLEY VAN NATTER HUTSON on behalf of NOTICE ONLY (HUTSON, SHELLEY) (Entered: 04/29/2019) |
| 04/29/2019 | 132 | NOTICE of Appearance by BRIAN AUGUSTUS BECKCOM on behalf of All Plaintiffs (BECKCOM, BRIAN) Modified on 5/1/2019 to correct Filer on behalf of NOTICE ONLY party not All Plaintiffs (djb). (Entered: 04/29/2019) |
| 04/29/2019 | 133 | MOTION to Appear Pro Hac Vice by Joseph L. Messa, Jr..( Filing fee $ 201 receipt number AFLNDC-4473762.) by NOTICE ONLY. (Attachments: # 1 Motion to Appear Pro Hac Vice - Exhibit A, # 2 Motion to Appear Pro Hac Vice - Exhibit B) (MESSA, JOSEPH) (Entered: 04/29/2019) |
| 04/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 133 MOTION to Appear Pro Hac Vice by Joseph L. Messa, Jr. (djb) (Entered: 04/29/2019) |
| 04/29/2019 | 134 | NOTICE of Appearance by VUK S VUJASINOVIC on behalf of All Plaintiffs (VUJASINOVIC, VUK) Modified on 5/1/2019 to note Filer corrected to NOTICE ONLY party not All Plaintiffs (djb). (Entered: 04/29/2019) |
| 04/29/2019 | 135 | NOTICE of Appearance by JESSICA HAMMAN MEEDER on behalf of NOTICE ONLY (MEEDER, JESSICA) (Entered: 04/29/2019) |
| 04/29/2019 | 136 | NOTICE of Appearance by MIKAL WATTS on behalf of NOTICE ONLY (WATTS, MIKAL) (Entered: 04/29/2019) |
| 04/29/2019 | 137 | ORDER denying without prejudice 133 MOTION to Appear Pro Hac Vice by Joseph L. Messa, Jr., for failure to identify any individual case in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 4/29/2019. (djb) (Entered: 04/29/2019) |
| 04/29/2019 | 138 | MOTION to Appear Pro Hac Vice by Joseph L. Messa, Jr..( Filing fee $ 201 receipt number AFLNDC-4474123.) by NOTICE ONLY. (Attachments: # 1 Exhibit Supreme Court of Pennsylvania Certificate of Good Standing, # 2 Exhibit Supreme Court of New Jersey Certificate of Good Standing) (MESSA, JOSEPH) Modified to note phv fee will be refunded motion filed incorrectly on 4/30/2019 (djb). (Entered: 04/29/2019) |
| 04/29/2019 | 139 | NOTICE of Appearance by GREGORY DONALD BROWN on behalf of NOTICE ONLY (BROWN, GREGORY) (Entered: 04/29/2019) |
| 04/29/2019 | 140 | NOTICE of Appearance by TRICIA R HERZFELD on behalf of NOTICE ONLY (HERZFELD, TRICIA) (Entered: 04/29/2019) |
| 04/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 138 MOTION to Appear Pro Hac Vice by Joseph L. Messa, Jr. (djb) (Entered: 04/29/2019) |
| 04/29/2019 | 141 | ORDER granting 138 MOTION to Appear Pro Hac Vice. JOSEPH L MESSA for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 4/29/2019. (djb) (Entered: 04/29/2019) |
| 04/29/2019 | 142 | MOTION to Appear Pro Hac Vice by William H. Murphy III.( Filing fee $ 201 receipt number AFLNDC-4474434.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MURPHY, WILLIAMS) (Entered: 04/29/2019) |
| 04/29/2019 | 143 | NOTICE of Appearance by SHAWN FOX on behalf of NOTICE ONLY (FOX, |

| | | |
|---|---|---|
| | | SHAWN) (Entered: 04/29/2019) |
| 04/29/2019 | 144 | First MOTION to Appear Pro Hac Vice by Shawn P. Fox.( Filing fee $ 201 receipt number AFLNDC-4474453.) by NOTICE ONLY. (Attachments: # 1 Exhibit A. Texas Certificate of Good Standing, # 2 Exhibit B. Related Cases) (FOX, SHAWN) (Entered: 04/29/2019) |
| 04/29/2019 | 145 | ORDER granting 142 Motion to Appear Pro Hac Vice (Appointed WILLIAMS HUGHES MURPHY, III for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/29/2019. (djb) Modified on 5/1/2019 (djb). (Entered: 04/30/2019) |
| 04/30/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 144 First MOTION to Appear Pro Hac Vice by Shawn P. Fox; 142 MOTION to Appear Pro Hac Vice by William H. Murphy III. (djb) (Entered: 04/30/2019) |
| 04/30/2019 | 146 | ORDER granting 144 Motion to Appear Pro Hac Vice (Appointed SHAWN FOX for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/30/2019. (djb) (Entered: 04/30/2019) |
| 04/30/2019 | 147 | NOTICE of Appearance by ERIN J ROGIERS on behalf of NOTICE ONLY (ROGIERS, ERIN) (Entered: 04/30/2019) |
| 04/30/2019 | 148 | NOTICE of Appearance by BENJAMIN L BAILEY on behalf of NOTICE ONLY (BAILEY, BENJAMIN) (Entered: 04/30/2019) |
| 04/30/2019 | 149 | NOTICE of Appearance by YVONNE FLAHERTY on behalf of NOTICE ONLY (FLAHERTY, YVONNE) (Entered: 04/30/2019) |
| 04/30/2019 | 150 | NOTICE of Appearance by DANIEL E GUSTAFSON on behalf of NOTICE ONLY (GUSTAFSON, DANIEL) (Entered: 04/30/2019) |
| 04/30/2019 | 151 | NOTICE of Appearance by KARLA M GLUEK on behalf of NOTICE ONLY (GLUEK, KARLA) (Entered: 04/30/2019) |
| 04/30/2019 | 152 | NOTICE of Appearance by AMANDA MARIE WILLIAMS on behalf of NOTICE ONLY (WILLIAMS, AMANDA) (Entered: 04/30/2019) |
| 04/30/2019 | 153 | NOTICE of Appearance by ERIC S TAUBEL on behalf of NOTICE ONLY (TAUBEL, ERIC) (Entered: 04/30/2019) |
| 04/30/2019 | 154 | NOTICE of Appearance by BRYAN FREDERICK AYLSTOCK on behalf of NOTICE ONLY (AYLSTOCK, BRYAN) (Entered: 04/30/2019) |
| 04/30/2019 | 155 | NOTICE of Appearance by CAITLYN CORRINE PRICHARD on behalf of NOTICE ONLY (PRICHARD, CAITLYN) (Entered: 04/30/2019) |
| 04/30/2019 | 156 | NOTICE of Appearance by DOUGLASS ALAN KREIS on behalf of NOTICE ONLY (KREIS, DOUGLASS) (Entered: 04/30/2019) |
| 04/30/2019 | 157 | NOTICE of Appearance by NEIL DUANE OVERHOLTZ on behalf of NOTICE ONLY (OVERHOLTZ, NEIL) (Entered: 04/30/2019) |
| 05/01/2019 | 158 | MOTION to Appear Pro Hac Vice by David McLendon.( Filing fee $ 201 receipt number AFLNDC-4476847.) by NOTICE ONLY. (Attachments: # 1 Exhibit A-Certificate of Good Standing) (MCLENDON, DAVID) (Entered: 05/01/2019) |
| 05/01/2019 | 159 | Amended MOTION Amended Motion to Appear Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit A-Certificate of Good Standing) (MCLENDON, DAVID) (Entered: 05/01/2019) |

| 05/01/2019 | 160 | NOTICE of Appearance by GEORGE A HANSON on behalf of NOTICE ONLY (HANSON, GEORGE) (Entered: 05/01/2019) |
|---|---|---|
| 05/01/2019 | 161 | **DISREGARD wrong pdf attached see 162** NOTICE of Appearance by ABBY ELIZABETH MCCLELLAN on behalf of NOTICE ONLY (MCCLELLAN, ABBY) Modified on 5/1/2019 (djb). (Entered: 05/01/2019) |
| 05/01/2019 | 162 | NOTICE of Appearance by ABBY ELIZABETH MCCLELLAN on behalf of NOTICE ONLY (MCCLELLAN, ABBY) (Entered: 05/01/2019) |
| 05/01/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 158 MOTION to Appear Pro Hac Vice by David McLendon.( Filing fee $ 201 receipt number AFLNDC-4476847.). See also 159 Amended MOTION Amended Motion to Appear Pro Hac Vice. (djb) (Entered: 05/01/2019) |
| 05/01/2019 | 163 | NOTICE of Appearance by GENEVIEVE MARY ZIMMERMAN on behalf of NOTICE ONLY (ZIMMERMAN, GENEVIEVE) (Entered: 05/01/2019) |
| 05/01/2019 | 164 | NOTICE of Appearance by AARON RUSSELL DIAS on behalf of NOTICE ONLY (DIAS, AARON) (Entered: 05/01/2019) |
| 05/01/2019 | 165 | NOTICE of Appearance by ELIZABETH MIDDLETON BURKE on behalf of NOTICE ONLY (BURKE, ELIZABETH) (Entered: 05/01/2019) |
| 05/01/2019 | 166 | ORDER granting 159 Amended Motion to Appear Pro Hac Vice by David McLendon, Esq. Signed by JUDGE M CASEY RODGERS on 5/1/2019. (djb) (Entered: 05/01/2019) |
| 05/02/2019 | 167 | MOTION to Appear Pro Hac Vice by Thomas F. Hollingsworth III.( Filing fee $ 201 receipt number AFLNDC-4478124.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Exhibit) (HOLLINGSWORTH, THOMAS) (Entered: 05/02/2019) |
| 05/02/2019 | 168 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 4 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/1/2019. (Attachments: # 1 CTO-7 Finalized) (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 169 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-8) - 5 actions, in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/2/2019. (Attachments: # 1 CTO-8 Finalized) (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 170 | NOTICE of Appearance by ROBERT WILLIAM ZIMMERMAN on behalf of NOTICE ONLY (ZIMMERMAN, ROBERT) (Entered: 05/02/2019) |
| 05/02/2019 | 171 | MOTION to Appear Pro Hac Vice by Trent B Miracle.( Filing fee $ 201 receipt number AFLNDC-4478410.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MIRACLE, TRENT) (Entered: 05/02/2019) |
| 05/02/2019 | 172 | NOTICE of Appearance by ROBERT ALLEN SCHWARTZ on behalf of NOTICE ONLY (SCHWARTZ, ROBERT) (Entered: 05/02/2019) |
| 05/02/2019 | 173 | NOTICE of Appearance by BRANDON HURK STEFFEY on behalf of NOTICE ONLY (STEFFEY, BRANDON) (Entered: 05/02/2019) |
| 05/02/2019 | 174 | NOTICE of Appearance by KEVIN SCOTT HANNON on behalf of NOTICE ONLY (HANNON, KEVIN) (Entered: 05/02/2019) |
| 05/02/2019 | 175 | NOTICE of Appearance by SEAN PATRICK TRACEY on behalf of NOTICE ONLY |

| | | |
|---|---|---|
| | | (TRACEY, SEAN) (Entered: 05/02/2019) |
| 05/02/2019 | 176 | First MOTION to Appear Pro Hac Vice by Sean Patrick Tracey.( Filing fee $ 201 receipt number AFLNDC-4478862.) by NOTICE ONLY. (Attachments: # 1 Exhibit A. Texas Certificate of Good Standing for SPT, # 2 Exhibit B. List of MDL Cases) (TRACEY, SEAN) (Entered: 05/02/2019) |
| 05/02/2019 | 177 | MOTION to Appear Pro Hac Vice by Emily Jeffcott.( Filing fee $ 201 receipt number AFLNDC-4478763.) by NOTICE ONLY. (Attachments: # 1 Exhibit "A" - Certificate of Good Standing - Texas) (JEFFCOTT, EMILY) (Entered: 05/02/2019) |
| 05/02/2019 | 178 | MOTION to Appear Pro Hac Vice by Tim Goss.( Filing fee $ 201 receipt number AFLNDC-4478884.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (GOSS, TIM) Modified on 7/8/2019 to correct filer (djb). (Entered: 05/02/2019) |
| 05/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 171 MOTION to Appear Pro Hac Vice by Trent B Miracle; 177 MOTION to Appear Pro Hac Vice by Emily Jeffcott; 176 First MOTION to Appear Pro Hac Vice by Sean Patrick Tracey; 178 MOTION to Appear Pro Hac Vice by Tim Goss. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 179 | NOTICE of Appearance by JEFFREY MICHAEL BLANK on behalf of NOTICE ONLY party. (BLANK, JEFFREY) Modified on 5/2/2019 (djb). (Entered: 05/02/2019) |
| 05/02/2019 | 180 | NOTICE of Appearance by ALFRED A OLINDE, JR on behalf of NOTICE ONLY (OLINDE, ALFRED) (Entered: 05/02/2019) |
| 05/02/2019 | 181 | MOTION to Appear Pro Hac Vice by Alyson Oliver.( Filing fee $ 201 receipt number AFLNDC-4479266.) by NOTICE ONLY. (OLIVER, ALYSON) Modified on 7/8/2019 to correct filer (djb). (Entered: 05/02/2019) |
| 05/02/2019 | 182 | ORDER granting 171 Motion to Appear Pro Hac Vice (Appointed TRENT B MIRACLE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/2/2019. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 183 | ORDER granting 176 Motion to Appear Pro Hac Vice (Appointed SEAN PATRICK TRACEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/2/2019. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 184 | ORDER - The 177 MOTION to Appear Pro Hac Vice by Emily Jeffcott is DENIED without prejudice for failure to identify any individual case which counsel appears as attorney of record. SeeECF No. 86, II. Signed by JUDGE M CASEY RODGERS on 5/2/2019. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 181 MOTION to Appear Pro Hac Vice by Alyson Oliver. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 185 | ORDER granting 178 Motion to Appear Pro Hac Vice (Appointed TIM K GOSS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/2/2019. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 186 | MOTION to Appear Pro Hac Vice by Jennifer M. Hoekstra.( Filing fee $ 201 receipt number AFLNDC-4479364.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing, # 2 Exhibit Exhibit B - List of Cases) (HOEKSTRA, JENNIFER) (Entered: 05/02/2019) |
| 05/02/2019 | 187 | MOTION to Appear Pro Hac Vice by Justin Presnal.( Filing fee $ 201 receipt number |

| | | |
|---|---|---|
| | | AFLNDC-4479431.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex 1 - Cert of Good Standing) (PRESNAL, JUSTIN) (Entered: 05/02/2019) |
| 05/02/2019 | 188 | NOTICE of Appearance by JOHN R ZOESCH, III on behalf of NOTICE ONLY (ZOESCH, JOHN) (Entered: 05/02/2019) |
| 05/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 187 MOTION to Appear Pro Hac Vice by Justin Presnal; 186 MOTION to Appear Pro Hac Vice by Jennifer M. Hoekstra. (djb) (Entered: 05/02/2019) |
| 05/02/2019 | 189 | NOTICE of Appearance by THOMAS LARRY HILL on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (HILL, THOMAS) (Entered: 05/02/2019) |
| 05/02/2019 | 190 | MOTION to Appear Pro Hac Vice by Katherine Cornell.( Filing fee $ 201 receipt number AFLNDC-4479451.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CORNELL, KATHERINE) Modified on 5/23/2019 to correct filer (djb). (Entered: 05/02/2019) |
| 05/02/2019 | 191 | MOTION to Appear Pro Hac Vice by Kathryn Rachel Lanier.( Filing fee $ 201 receipt number AFLNDC-4479529.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (LANIER, KATHRYN) (Entered: 05/02/2019) |
| 05/02/2019 | 192 | NOTICE of Appearance by WILLIAMS HUGHES MURPHY, III on behalf of NOTICE ONLY (MURPHY, WILLIAMS) (Entered: 05/02/2019) |
| 05/02/2019 | 193 | MOTION to Appear Pro Hac Vice by Michael A. Akselrud.( Filing fee $ 201 receipt number AFLNDC-4479556.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (AKSELRUD, MICHAEL) (Entered: 05/02/2019) |
| 05/02/2019 | 194 | Amended MOTION Amended Motion to Appear Pro Hac Vice by NOTICE ONLY. (Attachments: # 1 Exhibit A-Certificate of Good Standing) (JEFFCOTT, EMILY) (Entered: 05/02/2019) |
| 05/02/2019 | 195 | MOTION to Appear Pro Hac Vice by Cristina R. Delise.( Filing fee $ 201 receipt number AFLNDC-4479562.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (DELISE, CRISTINA) (Entered: 05/02/2019) |
| 05/02/2019 | 196 | NOTICE of Appearance by AMY MARIE ZEMAN on behalf of NOTICE ONLY (ZEMAN, AMY) (Entered: 05/02/2019) |
| 05/02/2019 | 197 | MOTION to Appear Pro Hac Vice by Steve Kherkher.( Filing fee $ 201 receipt number AFLNDC-4479573.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Case List) (KHERKHER, STEVEN) (Entered: 05/02/2019) |
| 05/02/2019 | 198 | NOTICE of Appearance by TODD C WERTS on behalf of NOTICE ONLY (WERTS, TODD) (Entered: 05/02/2019) |
| 05/02/2019 | 199 | MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder.( Filing fee $ 201 receipt number AFLNDC-4479623.) by LIAISON COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit Certificate of Good Standing) (BEYEA-SCHROEDER, KAREN) (Entered: 05/02/2019) |
| 05/03/2019 | 200 | NOTICE of Appearance by CHRISTOPHER CARL OXX on behalf of NOTICE ONLY (OXX, CHRISTOPHER) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 195 MOTION to Appear Pro Hac Vice by Cristina R. Delise; 190 MOTION to Appear Pro Hac Vice by Katherine Cornell; 197 |

|            |     | MOTION to Appear Pro Hac Vice by Steve Kherkher; 194 Amended MOTION to Appear Pro Hac Vice; 191 MOTION to Appear Pro Hac Vice by Kathryn Rachel Lanier; 199 MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder; 193 MOTION to Appear Pro Hac Vice by Michael A. Akselrud. (djb) (Entered: 05/03/2019) |
|------------|-----|-----|
| 05/03/2019 | 201 | MOTION to Appear Pro Hac Vice by Sara E. Schramm.( Filing fee $ 201 receipt number AFLNDC-4479778.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Exhibit) (SCHRAMM, SARA) (Entered: 05/03/2019) |
| 05/03/2019 |     | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 201 MOTION to Appear Pro Hac Vice by Sara E. Schramm. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 202 | ORDER re: 181 MOTION to Appear Pro Hac Vice by Alyson Oliver. Temporary admission is GRANTED for a period of 30 days. Attorney ALYSON OLIVER for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 5/3/2019. (30 day Deadline 6/3/2019.) (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 203 | ORDER granting 187 Motion to Appear Pro Hac Vice (Appointed JUSTIN JOSEPH PRESNAL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 204 | ORDER granting 190 Motion to Appear Pro Hac Vice. (Appointed KATHERINE LINDSEY CORNELL for NOTICE ONLY).. Signed by JUDGE M CASEY RODGERS on 5/3/2019. (KATHERINE LINDSEY CORNELL terminated LIAISON COUNSEL FOR PLAINTIFFS) (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 205 | ORDER granting 191 Motion to Appear Pro Hac Vice by Kathryn Rachel Lanier for NOTICE ONLY. Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 206 | ORDER granting 193 Motion to Appear Pro Hac Vice (Appointed MICHAEL A AKSELRUD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 207 | **VACATED per 315 Order** ORDER granting 194 Motion Amended Motion to Appear Pro Hac Vice (Appointed EMILY JEFFCOTT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) Modified on 5/14/2019 (djb). (Entered: 05/03/2019) |
| 05/03/2019 | 208 | ORDER granting 195 Motion to Appear Pro Hac Vice (Appointed CRISTINA DELISE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 209 | ORDER granting 197 Motion to Appear Pro Hac Vice (Appointed STEVEN J KHERKHER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 210 | ORDER granting 199 Motion to Appear Pro Hac Vice (Appointed KAREN BEYEA-SCHROEDER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (Attorney KAREN BEYEA-SCHROEDER terminated LIAISON COUNSEL FOR PLAINTIFFS) (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 211 | ORDER granting 201 Motion to Appear Pro Hac Vice (Appointed SARA SPEAS SCHRAMM for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/3019. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 212 | MOTION to Appear Pro Hac Vice by Harrison M. Biggs.( Filing fee $ 201 receipt number AFLNDC-4480173.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate |

| | | |
|---|---|---|
| | | of Good Standing) (BIGGS, HARRISON) (Entered: 05/03/2019) |
| 05/03/2019 | 213 | MOTION *to Establish Separate Class Action Track and for Selecting Interim Class Counsel* by NOTICE ONLY. (MEEDER, JESSICA) (Entered: 05/03/2019) |
| 05/03/2019 | 214 | NOTICE of Appearance by JUSTIN JOSEPH PRESNAL on behalf of NOTICE ONLY (PRESNAL, JUSTIN) (Entered: 05/03/2019) |
| 05/03/2019 | | Set Deadlines as to 213 MOTION to Establish Separate Class Action Track and for Selecting Interim Class Counsel. (Internal deadline for referral to judge if response not filed earlier: **5/17/2019**). (djb) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 212 MOTION to Appear Pro Hac Vice by Harrison M. Biggs; 213 MOTION to Establish Separate Class Action Track and for Selecting Interim Class Counsel. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 215 | NOTICE of Appearance by REBECCA KATHLEEN TIMMONS on behalf of NOTICE ONLY (TIMMONS, REBECCA) (Entered: 05/03/2019) |
| 05/03/2019 | 216 | NOTICE of Appearance by DAVID VINCENT MCLENDON on behalf of NOTICE ONLY (MCLENDON, DAVID) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 167 MOTION to Appear Pro Hac Vice by Thomas F. Hollingsworth III. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 217 | NOTICE of Appearance by MICHAEL A SACCHET on behalf of NOTICE ONLY (SACCHET, MICHAEL) (Entered: 05/03/2019) |
| 05/03/2019 | 218 | NOTICE of Appearance by CHRISTOPHER A SEEGER on behalf of NOTICE ONLY (SEEGER, CHRISTOPHER) (Entered: 05/03/2019) |
| 05/03/2019 | 219 | NOTICE of Appearance by JENNIFER REBECCA SCULLION on behalf of NOTICE ONLY (SCULLION, JENNIFER) (Entered: 05/03/2019) |
| 05/03/2019 | 220 | MOTION to Appear Pro Hac Vice by Michael P. McGartland.( Filing fee $ 201 receipt number AFLNDC-4480707.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (MCGARTLAND, MICHAEL) (Entered: 05/03/2019) |
| 05/03/2019 | 221 | MOTION to Appear Pro Hac Vice by Andre M. Mura.( Filing fee $ 201 receipt number AFLNDC-4480702.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (MURA, ANDRE) (Entered: 05/03/2019) |
| 05/03/2019 | 222 | NOTICE of Appearance by ROBERT J MONGELUZZI on behalf of NOTICE ONLY (MONGELUZZI, ROBERT) (Entered: 05/03/2019) |
| 05/03/2019 | 223 | NOTICE of Appearance by MICHAEL P MCGARTLAND on behalf of NOTICE ONLY (MCGARTLAND, MICHAEL) (Entered: 05/03/2019) |
| 05/03/2019 | 224 | MOTION to Appear Pro Hac Vice by W. Mark Lanier.( Filing fee $ 201 receipt number AFLNDC-4480706.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (LANIER, W) (Entered: 05/03/2019) |
| 05/03/2019 | 225 | NOTICE of Appearance by PARVIN KRISTY AMINOLROAYA on behalf of NOTICE ONLY (AMINOLROAYA, PARVIN) (Entered: 05/03/2019) |
| 05/03/2019 | 226 | MOTION to Appear Pro Hac Vice by Michael A. London.( Filing fee $ 201 receipt number AFLNDC-4480743.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (LONDON, MICHAEL) (Entered: 05/03/2019) |

| 05/03/2019 | 227 | MOTION to Appear Pro Hac Vice by Mildred S. Conroy.( Filing fee $ 201 receipt number AFLNDC-4480741.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (CONROY, MILDRED) (Entered: 05/03/2019) |
|---|---|---|
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 220 MOTION to Appear Pro Hac Vice by Michael P. McGartland; 224 MOTION to Appear Pro Hac Vice by W. Mark Lanier; 221 MOTION to Appear Pro Hac Vice by Andre M. Mura; 226 MOTION to Appear Pro Hac Vice by Michael A. London. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 228 | NOTICE of Appearance by MAXWELL H KELLY on behalf of NOTICE ONLY (KELLY, MAXWELL) (Entered: 05/03/2019) |
| 05/03/2019 | 229 | MOTION to Appear Pro Hac Vice by Diana Yastrovskaya.( Filing fee $ 201 receipt number AFLNDC-4480829.) by NOTICE ONLY. (Attachments: # 1 Affidavit Exhibit A - Certificate of Good Standing) (YASTROVSKAYA, DIANA) (Entered: 05/03/2019) |
| 05/03/2019 | 230 | NOTICE of Appearance by JAMES L WARD, JR on behalf of NOTICE ONLY (WARD, JAMES) (Entered: 05/03/2019) |
| 05/03/2019 | 231 | AMENDED DOCUMENT by NOTICE ONLY. Amendment to 40 Notice of Appearance (Attachments: # 1 Exhibit A) (AKSELRUD, MICHAEL) (Entered: 05/03/2019) |
| 05/03/2019 | 232 | NOTICE *[AGREED PROPOSED] ORDER ON PROCEDURES FOR DIRECT FILING* by NOTICE ONLY (HILL, THOMAS) (Entered: 05/03/2019) |
| 05/03/2019 | 233 | NOTICE of Appearance by MILDRED S CONROY on behalf of NOTICE ONLY (Attachments: # 1 Exhibit A) (CONROY, MILDRED) (Entered: 05/03/2019) |
| 05/03/2019 | 234 | MOTION to Appear Pro Hac Vice by Melanie H. Muhlstock.( Filing fee $ 201 receipt number AFLNDC-4480951.) by NOTICE ONLY. (Attachments: # 1 Exhibit A Certificate of Good Standing) (MUHLSTOCK, MELANIE) (Entered: 05/03/2019) |
| 05/03/2019 | 235 | MOTION to Appear Pro Hac Vice by Dana Lizik.( Filing fee $ 201 receipt number AFLNDC-4480997.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (LIZIK, DANA) (Entered: 05/03/2019) |
| 05/03/2019 | 236 | NOTICE of Appearance by STEPHEN M HUBER on behalf of KEITH CHANDLER (HUBER, STEPHEN) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 229 MOTION to Appear Pro Hac Vice by Diana Yastrovskaya; 235 MOTION to Appear Pro Hac Vice by Dana Lizik; 234 MOTION to Appear Pro Hac Vice by Melanie H. Muhlstock. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 232 NOTICE [AGREED PROPOSED] ORDER ON PROCEDURES FOR DIRECT FILING (djb) (Entered: 05/03/2019) |
| 05/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 227 MOTION to Appear Pro Hac Vice by Mildred S. Conroy. (djb) (Entered: 05/03/2019) |
| 05/03/2019 | 237 | NOTICE of Appearance by KAREN BEYEA-SCHROEDER on behalf of NOTICE ONLY (BEYEA-SCHROEDER, KAREN) (Entered: 05/03/2019) |
| 05/03/2019 | 238 | MOTION to Appear Pro Hac Vice by Lee Rikard McGartland.( Filing fee $ 201 receipt number AFLNDC-4481143.) by NOTICE ONLY. (MCGARTLAND, LEE) (Entered: |

| | | |
|---|---|---|
| | | 05/03/2019) |
| 05/03/2019 | 239 | MOTION to Appear Pro Hac Vice by Archie C. Lamb Jr..( Filing fee $ 201 receipt number AFLNDC-4481083.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Exhibit) (BOUK, WINSTON) (Entered: 05/03/2019) |
| 05/03/2019 | 240 | MOTION to Appear Pro Hac Vice by CATHERINE HULME.( Filing fee $ 201 receipt number AFLNDC-4481160.) by NOTICE ONLY. (Attachments: # 1 Exhibit CERTIFICATE OF GOOD STANDING) (HULME, CATHERINE) (Entered: 05/03/2019) |
| 05/03/2019 | 241 | NOTICE of Appearance by MARK P CHALOS on behalf of NOTICE ONLY (CHALOS, MARK) (Entered: 05/03/2019) |
| 05/03/2019 | 246 | ORDER granting 212 Motion to Appear Pro Hac Vice (Appointed HARRISON MACY BIGGS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/3/2019. (djb) Modified on 5/9/2019 to correct file date (djb). (Entered: 05/06/2019) |
| 05/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 239 MOTION to Appear Pro Hac Vice by Archie C. Lamb Jr; 240 MOTION to Appear Pro Hac Vice by CATHERINE HULME; 238 MOTION to Appear Pro Hac Vice by Lee Rikard McGartland. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 242 | NOTICE of Appearance by SARA SPEAS SCHRAMM on behalf of NOTICE ONLY (SCHRAMM, SARA) (Entered: 05/06/2019) |
| 05/06/2019 | 243 | MOTION to Appear Pro Hac Vice by John J. Foley.( Filing fee $ 201 receipt number AFLNDC-4481517.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (FOLEY, JOHN) (Entered: 05/06/2019) |
| 05/06/2019 | 244 | NOTICE of Appearance by SCOTT R BICKFORD on behalf of NOTICE ONLY (BICKFORD, SCOTT) (Entered: 05/06/2019) |
| 05/06/2019 | 245 | NOTICE of Appearance by EMILY CATHERINE JEFFCOTT on behalf of NOTICE ONLY (JEFFCOTT, EMILY) (Entered: 05/06/2019) |
| 05/06/2019 | 247 | ORDER granting 221 Motion to Appear Pro Hac Vice (Appointed ANDRE M MURA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 248 | ORDER granting 224 Motion to Appear Pro Hac Vice (Appointed W MARK LANIER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 249 | ORDER granting 226 Motion to Appear Pro Hac Vice (Appointed MICHAEL A LONDON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 250 | ORDER granting 227 Motion to Appear Pro Hac Vice (Appointed MILDRED S CONROY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 251 | ORDER granting 229 Motion to Appear Pro Hac Vice (Appointed DIANA YASTROVSKAYA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 243 MOTION to Appear Pro Hac Vice by John J. Foley. (djb) (Entered: 05/06/2019) |

| 05/06/2019 | 252 | PRETRIAL ORDER NO. 5. Stipulated Order on Procedures for Direct Filing. Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
|---|---|---|
| 05/06/2019 | 253 | NOTICE of Appearance by HARRISON MACY BIGGS on behalf of NOTICE ONLY (BIGGS, HARRISON) (Entered: 05/06/2019) |
| 05/06/2019 | 254 | NOTICE of Appearance by ANDRE M MURA on behalf of NOTICE ONLY (MURA, ANDRE) (Entered: 05/06/2019) |
| 05/06/2019 | 255 | ORDER granting 167 Motion to Appear Pro Hac Vice (Appointed THOMAS HOLLINGSWORTH, III for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 256 | ORDER - The 186 Motion to Appear Pro Hac Vice by Jennifer M. Hoekstra is held in abeyance. Ms. Hoekstra must show cause by 5/10/2019, why her motion should not be denied and she should otherwise be permitted to appear pro hac vice before this Court. Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 257 | ORDER granting 220 Motion to Appear Pro Hac Vice (Appointed MICHAEL P MCGARTLAND for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 258 | ORDER - The 234 Motion to Appear Pro Hac Vice by Melanie H. Muhlstock is DENIED without prejudice, for failure to provide the required Certificate of Good Standing. Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 259 | ORDER granting 235 Motion to Appear Pro Hac Vice (Appointed DANA A LIZIK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 260 | ORDER - The 238 MOTION to Appear Pro Hac Vice by Lee Rikard McGartland is DENIED without prejudice. Counsel may refile with the required Certification of Good Standing. Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 261 | ORDER - On consideration, the 239 Motion to Appear Pro Hac Vice by Archie C. Lamb Jr. is DENIED. As a member of the The Florida Bar and currently residing in Florida, counsel may apply for admission to the District's bar. See N.D. Fla. Loc. R. 11.1(A) and (B). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 262 | ORDER granting 240 Motion to Appear Pro Hac Vice (Appointed CATHERINE SARAH HULME for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/06/2019 | 263 | ORDER granting 243 Motion to Appear Pro Hac Vice (Appointed JOHN J FOLEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/6/2019. (djb) (Entered: 05/06/2019) |
| 05/07/2019 | 264 | Amended MOTION for Admission Pro Hac Vice of Melanie H. Muhlstock by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MUHLSTOCK, MELANIE) (Entered: 05/07/2019) |
| 05/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 264 Amended MOTION for Admission Pro Hac Vice of Melanie H. Muhlstock (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 265 | ORDER granting 264 Amended Motion to Appear Pro Hac Vice by Melanie H. |

| | | |
|---|---|---|
| | | Muhlstock for NOTICE ONLY party. Signed by JUDGE M CASEY RODGERS on 5/7/2019. (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 266 | NOTICE of Appearance by DANA A LIZIK on behalf of NOTICE ONLY (LIZIK, DANA) (Entered: 05/07/2019) |
| 05/07/2019 | 267 | NOTICE of Appearance by BRIAN HUGH BARR on behalf of NOTICE ONLY (BARR, BRIAN) (Entered: 05/07/2019) |
| 05/07/2019 | 268 | NOTICE of Appearance by MELANIE MUHLSTOCK on behalf of NOTICE ONLY (MUHLSTOCK, MELANIE) (Entered: 05/07/2019) |
| 05/07/2019 | 269 | MOTION to Appear Pro Hac Vice by Lee Rikard McGartland.( Filing fee $ 201 receipt number AFLNDC-4483180.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (MCGARTLAND, LEE) (Entered: 05/07/2019) |
| 05/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 269 MOTION to Appear Pro Hac Vice by Lee Rikard McGartland. (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 270 | ORDER - By Order dated May 3, 2019, ECF No. 207 , the Court granted the Amended Motion to Appear Pro Hac Vice, ECF No. 194 , of attorney Emily Jeffcott, with the law firm of Morgan & Morgan, P.A. The matter is now before the Court for reconsideration *sua sponte*. It does not appear that Ms. Jeffcott is a member of The Florida Bar. Therefore, it appears Ms. Jeffcott is not eligible to appear before this Court. Ms. Jeffcott must show cause by **5/10/2019**, why the previously entered Order, should not be vacated and her motion denied, and she should otherwise be permitted to appear pro hac vice before this Court. Signed by JUDGE M CASEY RODGERS on 5/7/2019. (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 271 | ORDER Re: 269 MOTION to Appear Pro Hac Vice by Lee Rikard McGartland. Temporary admission is GRANTED for a period of 30 days. If the identified case or cases in which movant is attorney of record aretimely consolidated in the MDL, this temporary admission will automaticallyconvert to a traditional PHV admission, without further order of the Court. Signed by JUDGE M CASEY RODGERS on 5/7/2019. (Miscellaneous Deadline - by **6/6/2019**.) (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 272 | NOTICE *of Withdrawal of Counsel Pursuant to Local Rule 11.1(H)(1)(B) and Request for Removal from Service List* by 3M COMPANY, 3M COMPANY (SCHWING, CHRISTINA) Modified on 5/9/2019 (djb). (Entered: 05/07/2019) |
| 05/07/2019 | 273 | MOTION to Appear Pro Hac Vice by Jeffrey P. Berniard.( Filing fee $ 201 receipt number AFLNDC-4483507.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (BERNIARD, JEFFREY) (Entered: 05/07/2019) |
| 05/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 272 NOTICE of Withdrawal of Counsel Pursuant to Local Rule 11.1(H)(1)(B) and Request for Removal from Service List (djb) (Entered: 05/07/2019) |
| 05/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 273 MOTION to Appear Pro Hac Vice by Jeffrey P. Berniard. (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 274 | ORDER re 273 MOTION to Appear Pro Hac Vice by Jeffrey P. Berniard. Temporary admission is GRANTED for a period of 30 days. If the identified case or cases in which movant is attorney of record are timely consolidated in the MDL, this temporary admission will automatically convert to a traditional PHV admission, without further |

| | | |
|---|---|---|
| | | order of the Court. Signed by JUDGE M CASEY RODGERS on 5/7/2019. (Miscellaneous Deadline - by **6/6/2019**.) (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 275 | MOTION to Appear Pro Hac Vice( Filing fee $ 201 receipt number AFLNDC-4483732.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (KEITH, SEAN) (Entered: 05/07/2019) |
| 05/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 275 MOTION to Appear Pro Hac Vice by Sean T. Keith. (djb) (Entered: 05/07/2019) |
| 05/07/2019 | 276 | NOTICE of Appearance by THOMAS HOLLINGSWORTH, III on behalf of NOTICE ONLY (HOLLINGSWORTH, THOMAS) (Entered: 05/07/2019) |
| 05/07/2019 | 277 | NOTICE of Appearance by CATHERINE SARAH HULME on behalf of NOTICE ONLY (HULME, CATHERINE) (Entered: 05/07/2019) |
| 05/08/2019 | 278 | NOTICE of Appearance by DENNIS CRAIG REICH on behalf of NOTICE ONLY (REICH, DENNIS) (Entered: 05/08/2019) |
| 05/08/2019 | 279 | **NOTICE of Appearance to be refiled by Attorney J. Alistair McKenzie** Notice of Appearance by DENNIS CRAIG REICH on behalf of NOTICE ONLY (REICH, DENNIS) Modified on 5/8/2019 (djb). (Entered: 05/08/2019) |
| 05/08/2019 | 280 | NOTICE of Appearance by MELISSA BINSTOCK EPHRON on behalf of NOTICE ONLY (BINSTOCK EPHRON, MELISSA) (Entered: 05/08/2019) |
| 05/08/2019 | 281 | NOTICE of Appearance by ROBERT J BINSTOCK on behalf of NOTICE ONLY (BINSTOCK, ROBERT) (Entered: 05/08/2019) |
| 05/08/2019 | 282 | NOTICE of Appearance by KYLE WAYNE FARRAR on behalf of NOTICE ONLY (FARRAR, KYLE) (Entered: 05/08/2019) |
| 05/08/2019 | 283 | NOTICE of Appearance by SEAN T KEITH on behalf of NOTICE ONLY (KEITH, SEAN) (Entered: 05/08/2019) |
| 05/08/2019 | 284 | MOTION to Appear Pro Hac Vice by Yvonne M. Flaherty.( Filing fee $ 201 receipt number AFLNDC-4484323.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (FLAHERTY, YVONNE) (Entered: 05/08/2019) |
| 05/08/2019 | 285 | ORDER - Before the Court is Plaintiff Sean Lynch's 213 Motion to Establish Separate Class Action Track and for Selecting Interim Class Counsel. The Court finds it appropriate to TOLL the deadline for Defendants' response until further order. The parties are directed to include the class action issue on the agenda for their Rule 26(f) conference and be prepared to discuss it during the Rule 16/case management conference on June 17, 2019. Signed by JUDGE M CASEY RODGERS on 5/8/2019. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 284 MOTION to Appear Pro Hac Vice by Yvonne M. Flaherty. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 286 | PRETRIAL ORDER NO. 6. Plaintiff Leadership Presentations. Signed by JUDGE M CASEY RODGERS on 5/8/2019. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 287 | NOTICE of Appearance by DAVID R BUCHANAN on behalf of NOTICE ONLY (BUCHANAN, DAVID) (Entered: 05/08/2019) |
| 05/08/2019 | 288 | MOTION to Appear Pro Hac Vice by Grant D. Amey.( Filing fee $ 201 receipt number AFLNDC-4484595.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good |

| | | |
|---|---|---|
| | | Standing, # 2 Exhibit Case List) (AMEY, GRANT) (Entered: 05/08/2019) |
| 05/08/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 288 MOTION to Appear Pro Hac Vice by Grant D. Amey. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 289 | ORDER granting 275 Motion to Appear Pro Hac Vice (Appointed SEAN T KEITH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/8/2019. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 290 | ORDER granting 284 Motion to Appear Pro Hac Vice (Appointed YVONNE FLAHERTY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/8/2019. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 291 | ORDER granting 288 Motion to Appear Pro Hac Vice (Appointed GRANT DAVID AMEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/8/2019. (djb) (Entered: 05/08/2019) |
| 05/08/2019 | 292 | NOTICE of Appearance by GRANT DAVID AMEY on behalf of NOTICE ONLY (AMEY, GRANT) (Entered: 05/08/2019) |
| 05/08/2019 | 293 | NOTICE of Appearance by J ALISTAIR MCKENZIE on behalf of NOTICE ONLY (MCKENZIE, J) (Entered: 05/08/2019) |
| 05/08/2019 | 294 | ORDER granting 272 Notice of Withdrawal of Counsel and Request for Removal from Service List. Attorneys Christina M. Schwing and Bradley W. Crocker, and the law firm of Holland & Knight LLP, are relieved from further representation of Defendant 3M in this litigation. The clerk is directed to update the docket accordingly. Signed by JUDGE M CASEY RODGERS on 5/8/2019. Attorney BRADLEY WILLIAM CROCKER and CHRISTINA MICHELLE SCHWING terminated. (djb) (Entered: 05/09/2019) |
| 05/09/2019 | 295 | MOTION to Appear Pro Hac Vice by Kori Westbrook.( Filing fee $ 201 receipt number AFLNDC-4485607.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (WESTBROOK, KORI) (Entered: 05/09/2019) |
| 05/09/2019 | 296 | NOTICE of Appearance by CHARLES FRANKLIN BEALL, JR on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BEALL, CHARLES) (Entered: 05/09/2019) |
| 05/09/2019 | 297 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/9/2019. (Attachments: # 1 CTO-10 Finalized) (djb) (Entered: 05/09/2019) |
| 05/09/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 295 MOTION to Appear Pro Hac Vice by Kori Westbrook. (djb) (Entered: 05/09/2019) |
| 05/09/2019 | 298 | MOTION to Appear Pro Hac Vice by Jason J. Joy.( Filing fee $ 201 receipt number AFLNDC-4485829.) by NOTICE ONLY. (JOY, JASON) (Entered: 05/09/2019) |
| 05/09/2019 | 299 | NOTICE of Appearance by TIM K GOSS on behalf of NOTICE ONLY (GOSS, TIM) (Entered: 05/09/2019) |
| 05/09/2019 | 300 | NOTICE of Appearance by MICHAEL P MCGARTLAND on behalf of NOTICE ONLY (MCGARTLAND, MICHAEL) (Entered: 05/09/2019) |
| 05/09/2019 | 301 | NOTICE of Appearance by LEE RIKARD MCGARTLAND on behalf of NOTICE ONLY (MCGARTLAND, LEE) (Entered: 05/09/2019) |

| 05/09/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 298 MOTION to Appear Pro Hac Vice by Jason J. Joy. (djb) (Entered: 05/09/2019) |
|---|---|---|
| 05/09/2019 | 302 | ORDER granting 295 Motion to Appear Pro Hac Vice (Appointed KORI LYNN WESTBROOK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/9/2019. (djb) (Entered: 05/09/2019) |
| 05/09/2019 | 303 | ORDER denying 298 Motion to Appear Pro Hac Vice by Jason J. Joy without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86, ¶ II. Signed by JUDGE M CASEY RODGERS on 5/9/2019. (djb) (Entered: 05/09/2019) |
| 05/09/2019 | 304 | NOTICE of Appearance by KORI LYNN WESTBROOK on behalf of NOTICE ONLY (WESTBROOK, KORI) (Entered: 05/09/2019) |
| 05/09/2019 | 305 | NOTICE of Appearance by EVAN D BUXNER on behalf of NOTICE ONLY (BUXNER, EVAN) (Entered: 05/09/2019) |
| 05/09/2019 | 306 | AMENDED NOTICE of Appearance by EVAN D BUXNER on behalf of NOTICE ONLY (BUXNER, EVAN) Modified on 5/9/2019 (djb). (Entered: 05/09/2019) |
| 05/09/2019 | 307 | NOTICE of Appearance by DANAE N BENTON on behalf of NOTICE ONLY (BENTON, DANAE) (Entered: 05/09/2019) |
| 05/10/2019 | 308 | RESPONSE TO ORDER TO SHOW CAUSE by NOTICE ONLY. (JEFFCOTT, EMILY) (Entered: 05/10/2019) |
| 05/10/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 308 Response to Order to Show Cause, 270 Order (djb) (Entered: 05/10/2019) |
| 05/10/2019 | 309 | NOTICE of Appearance by TAYLOR CHRISTOPHER BARTLETT on behalf of NOTICE ONLY (BARTLETT, TAYLOR) (Entered: 05/10/2019) |
| 05/10/2019 | 310 | Amended MOTION Admission Pro Hac Vice by NOTICE ONLY. (JOY, JASON) (Entered: 05/10/2019) |
| 05/10/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 310 Amended MOTION Admission Pro Hac Vice , re: 298 MOTION to Appear Pro Hac Vice by Jason J. Joy. (djb) (Entered: 05/10/2019) |
| 05/10/2019 | 311 | MOTION to Withdraw 256 Order,, Set Deadlines, 186 MOTION to Appear Pro Hac Vice by Jennifer M. Hoekstra.( Filing fee $ 201 receipt number AFLNDC-4479364.) by NOTICE ONLY. (HOEKSTRA, JENNIFER) (Entered: 05/10/2019) |
| 05/10/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 311 MOTION to Withdraw 186 MOTION to Appear Pro Hac Vice by Jennifer M. Hoekstra, re: 256 Order (djb) (Entered: 05/10/2019) |
| 05/10/2019 | 312 | NOTICE of Appearance by HALEY J VANFLETEREN on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (VANFLETEREN, HALEY) (Entered: 05/10/2019) |
| 05/10/2019 | 313 | ORDER granting 310 Motion Amended Motion to Appear Pro Hac Vice by Jason J. Joy on behalf of NOTICE ONLY party. Signed by JUDGE M CASEY RODGERS on 5/10/2019. (djb) (Entered: 05/13/2019) |

| | | |
|---|---|---|
| 05/13/2019 | 314 | NOTICE of Appearance by STEVEN L NICHOLAS on behalf of NOTICE ONLY party. (NICHOLAS, STEVEN) Modified on 5/13/2019 to correct party (djb). (Entered: 05/13/2019) |
| 05/13/2019 | 315 | ORDER - The Court's 207 Order dated May 3, 2019 is VACATED. Ms. Jeffcott's 194 Amended Motion to Appear Pro Hac Vice is DENIED and her previous pro hac vice status is REVOKED. Once Ms. Jeffcott becomes a licensed member of The Florida Bar, she may apply for admission to the District's bar. Signed by JUDGE M CASEY RODGERS on 5/13/2019. (djb) (Entered: 05/14/2019) |
| 05/13/2019 | 316 | ORDER granting 311 Motion to Withdraw Motion to Appear Pro Hac Vice of Jennifer Hoekstra. Withdrawn 186 Motion to Appear Pro Hac Vice. Signed by JUDGE M CASEY RODGERS on 5/13/2019. (djb) Modified on 5/17/2019 (djb). (Entered: 05/14/2019) |
| 05/14/2019 | 317 | NOTICE of Appearance by EDWARD POWELL ROWAN on behalf of NOTICE ONLY (ROWAN, EDWARD) (Entered: 05/14/2019) |
| 05/14/2019 | 318 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 actions. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/14/2019. (Attachments: # 1 CTO-10 Finalized) (djb) (Entered: 05/14/2019) |
| 05/14/2019 | 319 | MOTION to Appear Pro Hac Vice by Ernest Cory.( Filing fee $ 201 receipt number AFLNDC-4491171.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (RASMUSSEN, B KRISTIAN) (Entered: 05/14/2019) |
| 05/14/2019 | 320 | MOTION to Appear Pro Hac Vice by Riley L. Burnett, Jr..( Filing fee $ 201 receipt number AFLNDC-4491399.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BURNETT, RILEY) (Entered: 05/14/2019) |
| 05/14/2019 | 321 | NOTICE of Appearance by SINDHU SUSAN DANIEL on behalf of NOTICE ONLY (DANIEL, SINDHU) (Entered: 05/14/2019) |
| 05/14/2019 | 322 | **WITHDRAWN per 340 Order** Second MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder.( Filing fee $ 201 receipt number AFLNDC-4491436.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BEYEA-SCHROEDER, KAREN) Modified on 5/16/2019 (djb). (Entered: 05/14/2019) |
| 05/14/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 320 MOTION to Appear Pro Hac Vice by Riley L. Burnett, Jr.; 319 MOTION to Appear Pro Hac Vice by Ernest Cory; 322 Second MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder. (djb) (Entered: 05/14/2019) |
| 05/15/2019 | 323 | NOTICE of Appearance by EMILY ROARK on behalf of NOTICE ONLY (ROARK, EMILY) (Entered: 05/15/2019) |
| 05/15/2019 | 324 | ORDER granting 319 Motion to Appear Pro Hac Vice (Appointed ERNEST CORY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/15/2019. (djb) (Entered: 05/15/2019) |
| 05/15/2019 | 325 | ORDER granting 320 Motion to Appear Pro Hac Vice (Appointed RILEY L BURNETT, JR for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/15/2019. (djb) (Entered: 05/15/2019) |
| 05/15/2019 | 326 | NOTICE of Appearance by JAMES R DUGAN, II on behalf of NOTICE ONLY (DUGAN, JAMES) (Entered: 05/15/2019) |

| 05/15/2019 | 327 | NOTICE of Appearance by DAVID SCOTT SCALIA on behalf of NOTICE ONLY (SCALIA, DAVID) (Entered: 05/15/2019) |
|---|---|---|
| 05/15/2019 | 328 | NOTICE of Appearance by RILEY L BURNETT, JR on behalf of NOTICE ONLY (BURNETT, RILEY) (Entered: 05/15/2019) |
| 05/15/2019 | 329 | NOTICE of Appearance by CHRISTOPHER THEODORE HELLUMS on behalf of NOTICE ONLY (HELLUMS, CHRISTOPHER) Modified on 5/15/2019 (djb). Modified on 5/16/2019 (see 338 Amended NOA)(djb). (Entered: 05/15/2019) |
| 05/15/2019 | 330 | NOTICE of Appearance by ALYSON OLIVER on behalf of NOTICE ONLY (OLIVER, ALYSON) (Entered: 05/15/2019) |
| 05/15/2019 | 331 | DOCKET ANNOTATION BY COURT: Notice to Counsel Re: 329 Notice of Appearance by Chris T. Hellums. See ECF 86 Case Management Order No. 1, pg 2, II. Pro Hac Vice Admission, 12 and ECF 4 Pretrial Order No. 3. Please file an Amended Notice of Appearance. (djb) (Entered: 05/15/2019) |
| 05/15/2019 | 332 | MOTION to Appear Pro Hac Vice by Kenneth S. Byrd.( Filing fee $ 201 receipt number AFLNDC-4492680.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (BYRD, KENNETH) (Entered: 05/15/2019) |
| 05/15/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 332 MOTION to Appear Pro Hac Vice by Kenneth S. Byrd. (djb) (Entered: 05/15/2019) |
| 05/15/2019 | 333 | MOTION to Appear Pro Hac Vice by W. Lewis Garrison, Jr..( Filing fee $ 201 receipt number AFLNDC-4492829.) by LIAISON COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit Certificate of Good Standing) (GARRISON, WILLIAM) (Entered: 05/15/2019) |
| 05/15/2019 | 334 | NOTICE of Appearance by WILLIAM LEWIS GARRISON, JR on behalf of NOTICE ONLY (GARRISON, WILLIAM) (Entered: 05/15/2019) |
| 05/15/2019 | 335 | MOTION to Withdraw 322 Second MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder.( Filing fee $ 201 receipt number AFLNDC-4491436.) *Karen Beyea-Schroeder* by NOTICE ONLY. (BEYEA-SCHROEDER, KAREN) (Entered: 05/15/2019) |
| 05/15/2019 | 336 | ORDER granting 332 Motion to Appear Pro Hac Vice (Appointed KENNETH S BYRD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/15/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 335 MOTION to Withdraw 322 Second MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder; 333 MOTION to Appear Pro Hac Vice by W. Lewis Garrison, Jr. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 337 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/16/2019. (Attachments: # 1 CTO-11 Finalized) (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 338 | AMENDED NOTICE of Appearance by CHRISTOPHER THEODORE HELLUMS on behalf of NOTICE ONLY (HELLUMS, CHRISTOPHER) Modified on 5/16/2019 amendment to 329 Notice of Appearance (djb). (Entered: 05/16/2019) |
| 05/16/2019 | 339 | ORDER granting 333 Motion to Appear Pro Hac Vice (Appointed WILLIAM LEWIS GARRISON, JR for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on |

| | | |
|---|---|---|
| | | 5/16/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 340 | ORDER granting 335 Motion to Withdraw 322 Second MOTION to Appear Pro Hac Vice by Karen H. Beyea-Schroeder. Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 341 | MOTION to Appear Pro Hac Vice by Jennifer Liakos.( Filing fee $ 201 receipt number AFLNDC-4493492.) by Jennifer Liakos. (Attachments: # 1 Exhibit, # 2 Exhibit) (MODIANO, AARON) (Entered: 05/16/2019) |
| 05/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 341 MOTION to Appear Pro Hac Vice by Jennifer Liakos. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 342 | MOTION to Appear Pro Hac Vice by John C. Enochs.( Filing fee $ 201 receipt number AFLNDC-4493662.) by NOTICE ONLY. (Attachments: # 1 Exhibit, # 2 Exhibit) (ENOCHS, JOHN) (Entered: 05/16/2019) |
| 05/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 342 MOTION to Appear Pro Hac Vice by John C. Enochs. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 343 | MOTION to Appear Pro Hac Vice by Edward P. Rowan.( Filing fee $ 201 receipt number AFLNDC-4493676.) by NOTICE ONLY. (Attachments: # 1 Exhibit A--AL Letter of Good Standing, # 2 Exhibit B--MS Letter of Good Standing) (ROWAN, EDWARD) (Entered: 05/16/2019) |
| 05/16/2019 | 344 | ORDER granting 341 Motion to Appear Pro Hac Vice (Appointed JENNIFER R LIAKOS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 345 | ORDER granting 342 Motion to Appear Pro Hac Vice (Appointed JOHN CHRISTIAN ENOCHS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 346 | First MOTION to Appear Pro Hac Vice by Rebecca Briggs King.( Filing fee $ 201 receipt number AFLNDC-4493781.) by NOTICE ONLY. (Attachments: # 1 Exhibit A. Certificate of Good Standing, # 2 Exhibit B. List of Cases, # 3 Exhibit C. Marriage Certificate Briggs) (KING, REBECCA) (Entered: 05/16/2019) |
| 05/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 343 MOTION to Appear Pro Hac Vice by Edward P. Rowan; 346 First MOTION to Appear Pro Hac Vice by Rebecca Briggs King. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 347 | **Disregard** NOTICE of Appearance by KYLE ADAM VAN SLYKE on behalf of NOTICE ONLY (VAN SLYKE, KYLE) Modified on 5/16/2019 to note case has not been transferred to NDFL yet (djb). (Entered: 05/16/2019) |
| 05/16/2019 | 348 | NOTICE of Appearance by KENNETH S BYRD on behalf of NOTICE ONLY (BYRD, KENNETH) (Entered: 05/16/2019) |
| 05/16/2019 | 349 | NOTICE of Appearance by REBECCA KING on behalf of NOTICE ONLY (KING, REBECCA) (Entered: 05/16/2019) |
| 05/16/2019 | 350 | NOTICE of Appearance by AARON RICHARD MODIANO on behalf of NOTICE ONLY (MODIANO, AARON) (Entered: 05/16/2019) |
| 05/16/2019 | 351 | ORDER granting 343 Motion to Appear Pro Hac Vice for a period of 30 days. If the identified case or cases in which movant is attorney of record are timely consolidated in |

| | | |
|---|---|---|
| | | the MDL, this temporary admission will automatically convert to a traditional PHV admission, without further order of the Court. If no case in which the movant is attorney of record is timely filed, this temporary admission will be automatically revoked. See ECF No. 86 , II. (Appointed EDWARD POWELL ROWAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/16/2019) |
| 05/16/2019 | 352 | NOTICE of Appearance by JOHN CHRISTIAN ENOCHS on behalf of NOTICE ONLY (ENOCHS, JOHN) (Entered: 05/16/2019) |
| 05/16/2019 | 353 | ORDER granting 346 Motion to Appear Pro Hac Vice (Appointed REBECCA KING for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/16/2019. (djb) (Entered: 05/17/2019) |
| 05/17/2019 | 354 | ORDER. Schedule for Leadership Presentations on May 20-21, 2019. Signed by JUDGE M CASEY RODGERS on 5/17/2019. (djb) (Entered: 05/17/2019) |
| 05/17/2019 | 355 | NOTICE of Appearance by JESSICA KRAMER GIVENS on behalf of NOTICE ONLY (GIVENS, JESSICA) (Entered: 05/17/2019) |
| 05/17/2019 | 356 | NOTICE of Appearance by STEVEN WILLIAM TEPPLER on behalf of NOTICE ONLY (TEPPLER, STEVEN) (Entered: 05/17/2019) |
| 05/17/2019 | 357 | NOTICE of Appearance by MARIO A PACELLA on behalf of NOTICE ONLY (Attachments: # 1 Certificate of Service) (PACELLA, MARIO) (Entered: 05/17/2019) |
| 05/17/2019 | 358 | NOTICE of Appearance by ANGELA JOY MASON on behalf of NOTICE ONLY (MASON, ANGELA) (Entered: 05/17/2019) |
| 05/17/2019 | 359 | MOTION to Appear Pro Hac Vice by Harold A. Barza.( Filing fee $ 201 receipt number AFLNDC-4495077.) by NOTICE ONLY. (BARZA, HAROLD) (Entered: 05/17/2019) |
| 05/17/2019 | 360 | NOTICE of Appearance by KIMBERLY WILSON WHITE on behalf of NOTICE ONLY (WHITE, KIMBERLY) (Entered: 05/17/2019) |
| 05/17/2019 | 361 | MOTION to Appear Pro Hac Vice by Adam Wolfson.( Filing fee $ 201 receipt number AFLNDC-4495203.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BARZA, HAROLD) (Entered: 05/17/2019) |
| 05/18/2019 | 362 | NOTICE of Appearance by JOHN CHRISTIAN ENOCHS on behalf of NOTICE ONLY (ENOCHS, JOHN) (Entered: 05/18/2019) |
| 05/20/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 359 MOTION to Appear Pro Hac Vice by Harold A. Barza; 361 MOTION to Appear Pro Hac Vice by Adam Wolfson. (djb) (Entered: 05/20/2019) |
| 05/20/2019 | 363 | ORDER re: 359 Motion to Appear Pro Hac Vice by Harold Avrum Barza. Temporary admission is GRANTED for a period of 30 days. If the identified case or cases in which movant is attorney of record are timely consolidated in the MDL, this temporary admission will automatically convert to a traditional PHV admission, without further order of the Court. (Appointed HAROLD A BARZA for NOTICE ONLY) Signed by JUDGE M CASEY RODGERS on 5/20/2019. (djb) (Entered: 05/20/2019) |
| 05/20/2019 | 364 | NOTICE of Appearance by JONATHAN D ORENT on behalf of NOTICE ONLY (ORENT, JONATHAN) (Entered: 05/20/2019) |
| 05/20/2019 | 365 | ORDER re: 361 Motion to Appear Pro Hac Vice by Adam Wolfson. Temporary admission is GRANTED for a period of 30 days. If the identified case or cases in which movant is attorney of record are timely consolidated in the MDL, this temporary admission will automatically convert to a traditional PHV admission, without further |

| | | order of the Court. (Appointed ADAM BRYAN WOLFSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/20/2019. (djb) (Entered: 05/20/2019) |
|---|---|---|
| 05/20/2019 | 366 | MOTION to Appear Pro Hac Vice by Paul J. Pennock.( Filing fee $ 201 receipt number AFLNDC-4496027.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PENNOCK, PAUL) (Entered: 05/20/2019) |
| 05/20/2019 | 367 | NOTICE of Appearance by BRADLEY D HONNOLD on behalf of NOTICE ONLY (HONNOLD, BRADLEY) (Entered: 05/20/2019) |
| 05/20/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 366 MOTION to Appear Pro Hac Vice by Paul J. Pennock. (djb) (Entered: 05/20/2019) |
| 05/20/2019 | 368 | ORDER granting 366 Motion to Appear Pro Hac Vice (Appointed PAUL J PENNOCK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/20/2019. (djb) (Entered: 05/20/2019) |
| 05/20/2019 | 374 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and JUDGE GARY R JONES: Status Conference held on 5/20/2019 re: Leadership and Touhy Presentations. Hearing resumes on 5/21/2019 @ 8:30 am. (Court Reporter Donna Boland.) (sps) (Entered: 05/22/2019) |
| 05/21/2019 | 369 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) Certified - 21 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/21/2019. (Attachments: # 1 CTO-12 Finalized) (djb) (Entered: 05/21/2019) |
| 05/21/2019 | 370 | MOTION to Appear Pro Hac Vice by Thomas J Henry.( Filing fee $ 201 receipt number AFLNDC-4498062.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HENRY, THOMAS) Modified on 5/22/2019 (djb). (Entered: 05/21/2019) |
| 05/21/2019 | 375 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and JUDGE GARY R JONES:Status Conference held on 5/21/2019 re: Leadership Presentations. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 05/22/2019) |
| 05/22/2019 | 371 | NOTICE of Appearance by CLAYTON MORRIS CONNORS on behalf of NOTICE ONLY (CONNORS, CLAYTON) (Entered: 05/22/2019) |
| 05/22/2019 | 372 | MOTION to Appear Pro Hac Vice by J. Scott Bertram.( Filing fee $ 201 receipt number AFLNDC-4498931.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing-J. Scott Bertram) (BERTRAM, JOE) (Entered: 05/22/2019) |
| 05/22/2019 | 373 | MOTION to Appear Pro Hac Vice by Christine M. Durant.( Filing fee $ 201 receipt number AFLNDC-4499043.) by NOTICE ONLY. (Attachments: # 1 A Certificate of Good Standing) (DURANT, CHRISTINE) (Entered: 05/22/2019) |
| 05/22/2019 | 376 | PRETRIAL ORDER NO. 7. Plaintiff Leadership Appointments. Signed by JUDGE M CASEY RODGERS on 5/22/2019. (djb) (Entered: 05/22/2019) |
| 05/22/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 370 MOTION to Appear Pro Hac Vice by Thomas J Henry; 372 MOTION to Appear Pro Hac Vice by J. Scott Bertram; 373 MOTION to Appear Pro Hac Vice by Christine M. Durant. (djb) (Entered: 05/22/2019) |
| 05/22/2019 | 377 | ORDER granting 370 Motion to Appear Pro Hac Vice (Appointed THOMAS J HENRY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/22/2019. (djb) (Entered: 05/23/2019) |
| 05/22/2019 | 378 | ORDER denying without prejudice 372 Motion to Appear Pro Hac Vice by J. Scott |

| | | |
|---|---|---|
| | | Bertram, for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 5/22/2019. (djb) Modified on 5/24/2019 to correct file date (djb). (Entered: 05/23/2019) |
| 05/22/2019 | 379 | ORDER granting 373 Motion to Appear Pro Hac Vice (Appointed CHRISTINE M DURANT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/22/2019. (djb) (Entered: 05/23/2019) |
| 05/23/2019 | 380 | NOTICE of Appearance by CHRISTINE M DURANT on behalf of NOTICE ONLY (DURANT, CHRISTINE) (Entered: 05/23/2019) |
| 05/23/2019 | 381 | MOTION to Appear Pro Hac Vice by Ryan J. Loehr.( Filing fee $ 201 receipt number AFLNDC-4499971.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing-Ryan J. Loehr) (LOEHR, RYAN) (Entered: 05/23/2019) |
| 05/23/2019 | 382 | MOTION to Appear Pro Hac Vice by Timothy R. West.( Filing fee $ 201 receipt number AFLNDC-4499978.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing-Tim R. West) (WEST, TIMOTHY) (Entered: 05/23/2019) |
| 05/23/2019 | 383 | AMENDED MOTION to Appear Pro Hac Vice by J. Scott Bertram.( Filing fee $ 201 receipt number AFLNDC-4499991.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing-J. Scott Bertram) (BERTRAM, JOE) Modified on 5/24/2019 (djb). (Entered: 05/23/2019) |
| 05/23/2019 | 384 | NOTICE of Appearance by AMANDA DOUGLAS SUMMERLIN on behalf of NOTICE ONLY (SUMMERLIN, AMANDA) (Entered: 05/23/2019) |
| 05/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 381 MOTION to Appear Pro Hac Vice by Ryan J. Loehr; 383 AMENDED MOTION to Appear Pro Hac Vice by J. Scott Bertram; 382 MOTION to Appear Pro Hac Vice by Timothy R. West. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 385 | ORDER granting 381 Motion to Appear Pro Hac Vice (Appointed RYAN JOSEPH LOEHR for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/24/2019. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 386 | ORDER granting 382 Motion to Appear Pro Hac Vice (Appointed TIMOTHY RAY WEST for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/24/2019. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 387 | ORDER granting 383 Motion to Appear Pro Hac Vice (Appointed JOE SCOTT BERTRAM for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/24/2019. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 388 | MOTION to Appear Pro Hac Vice by Kristina Anderson.( Filing fee $ 201 receipt number AFLNDC-4500873.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certficate of Good Standing, # 2 Text of Proposed Order) (ANDERSON, KRISTINA) (Entered: 05/24/2019) |
| 05/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 388 MOTION to Appear Pro Hac Vice by Kristina Anderson. (transfer referenced is case 3:19cv1411) (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 389 | ORDER granting 388 Motion to Appear Pro Hac Vice (Appointed KRISTINA J ANDERSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/24/2019. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 390 | ORDER - The Science & Technology Day currently scheduled for June 18, 2019 is hereby cancelled. The technology presentations will be incorporated into the Rule |

| | | |
|---|---|---|
| | | 16/Case Management Conference previously set for June 17, 2019. Signed by JUDGE M CASEY RODGERS on 5/24/2019. (djb) (Entered: 05/24/2019) |
| 05/24/2019 | 391 | NOTICE of Appearance by RYAN KEES HIGGINS on behalf of NOTICE ONLY (HIGGINS, RYAN) (Entered: 05/24/2019) |
| 05/28/2019 | 392 | ORDER OF APPOINTMENT - The Court hereby appoints Ellen Reisman of Reisman Karron Greene LLP as Common Benefit Special Master and Randall Sansom as CPA. Both Special Master Reisman and Mr. Sansom may communicate *ex parte* with plaintiffs' counsel and/or with the Court. Signed by JUDGE M CASEY RODGERS on 5/28/2019. (djb) (Entered: 05/28/2019) |
| 05/28/2019 | 393 | MOTION to Appear Pro Hac Vice by George Richard DiGiorgio.( Filing fee $ 201 receipt number AFLNDC-4503180.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (DIGIORGIO, GEORGE) (Entered: 05/28/2019) |
| 05/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 393 MOTION to Appear Pro Hac Vice by George Richard DiGiorgio. (djb) (Entered: 05/29/2019) |
| 05/29/2019 | 394 | ORDER granting 393 Motion to Appear Pro Hac Vice (Appointed GEORGE RICK DIGIORGIO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/29/2019. (djb) (Entered: 05/29/2019) |
| 05/29/2019 | 395 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-13) Certified - 7 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/29/2019. (Attachments: # 1 CTO-13 Finalized) (djb) (Entered: 05/29/2019) |
| 05/29/2019 | 396 | NOTICE of Appearance by NICHOLAS CHARLES BONADIO on behalf of NOTICE ONLY (BONADIO, NICHOLAS) (Entered: 05/29/2019) |
| 05/29/2019 | 397 | NOTICE of Appearance by SUSAN RANEE SAUNDERS on behalf of NOTICE ONLY (SAUNDERS, SUSAN) (Entered: 05/29/2019) |
| 05/29/2019 | 398 | NOTICE of Appearance by JAY DANTE MILLER on behalf of NOTICE ONLY (MILLER, JAY) (Entered: 05/29/2019) |
| 05/29/2019 | 399 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on May 20, 2019, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **6/5/2019**. Release of Transcript Restriction set for **9/3/2019**. (dlb) (Entered: 05/29/2019) |
| 05/30/2019 | 400 | MOTION to Appear Pro Hac Vice by Brad Ponder.( Filing fee $ 201 receipt number AFLNDC-4505769.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PONDER, JOSEPH) (Entered: 05/30/2019) |
| 05/30/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 400 MOTION to Appear Pro Hac Vice by Brad Ponder. (djb) (Entered: 05/30/2019) |
| 05/30/2019 | 401 | MOTION to Appear Pro Hac Vice by Gerald Singleton.( Filing fee $ 201 receipt |

| | | |
|---|---|---|
| | | number AFLNDC-4506254.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SINGLETON, GERALD) Modified on 5/31/2019 to correct filer to NOTICE ONLY party (djb). (Entered: 05/30/2019) |
| 05/30/2019 | 402 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 05/30/2019) |
| 05/31/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 401 MOTION to Appear Pro Hac Vice by Gerald Singleton. (djb) (Entered: 05/31/2019) |
| 05/31/2019 | 403 | ORDER granting 400 Motion to Appear Pro Hac Vice (Appointed JOSEPH BRADLEY PONDER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/31/2019. (djb) (Entered: 05/31/2019) |
| 06/03/2019 | 404 | NOTICE of Appearance by GLENN EDWARD MINTZER on behalf of NOTICE ONLY (MINTZER, GLENN) (Entered: 06/03/2019) |
| 06/04/2019 | 405 | NOTICE of Appearance by JONATHAN R MENCEL on behalf of NOTICE ONLY (MENCEL, JONATHAN) (Entered: 06/04/2019) |
| 06/04/2019 | 406 | MOTION to Appear Pro Hac Vice by Ashley DiLiberto.( Filing fee $ 201 receipt number AFLNDC-4509437.) by NOTICE ONLY. (DILIBERTO, ASHLEY) Modified on 6/4/2019 to correct filer (docket will be corrected) and document number(djb). (Entered: 06/04/2019) |
| 06/04/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 406 MOTION to Appear Pro Hac Vice by Ashley DiLiberto. (djb) (Entered: 06/04/2019) |
| 06/04/2019 | 407 | ORDER granting 406 Motion to Appear Pro Hac Vice (Appointed ASHLEY BETH DILIBERTO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/4/2019. (djb) (Entered: 06/04/2019) |
| 06/04/2019 | 408 | ORDER - The Science Day proceeding is scheduled for **Monday, August 26, 2019 at 9:00 a.m. (Central)**. Signed by JUDGE M CASEY RODGERS on 6/4/2019. (djb) (Entered: 06/04/2019) |
| 06/05/2019 | 409 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) Certified - 14 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/5/2019. (Attachments: # 1 CTO-14 Finalized) (djb) (Entered: 06/05/2019) |
| 06/05/2019 | 410 | NOTICE of Appearance by JESSICA SUZANNE WILLIAMS on behalf of NOTICE ONLY (WILLIAMS, JESSICA) (Entered: 06/05/2019) |
| 06/05/2019 | 411 | MOTION to Appear Pro Hac Vice by Gregory Graf.( Filing fee $ 201 receipt number AFLNDC-4511465.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing-Greg Graf) (GRAF, GREGORY) (Entered: 06/05/2019) |
| 06/05/2019 | 412 | MOTION to Appear Pro Hac Vice( Filing fee $ 201 receipt number AFLNDC-4511486.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (CROMPTON, RANDALL) (Entered: 06/05/2019) |
| 06/05/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 411 MOTION to Appear Pro Hac Vice by Gregory Graf; 412 MOTION to Appear Pro Hac Vice by R. Seth Crompton. (djb) (Entered: 06/05/2019) |
| 06/05/2019 | 413 | ORDER granting 411 Motion to Appear Pro Hac Vice (Appointed GREGORY |

| | | |
|---|---|---|
| | | CHARLES GRAF for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/5/2019. (djb) (Entered: 06/05/2019) |
| 06/05/2019 | 414 | ORDER granting 412 Motion to Appear Pro Hac Vice (Appointed RANDALL SETH CROMPTON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/5/2019. (djb) (Entered: 06/05/2019) |
| 06/05/2019 | 415 | MOTION to Appear Pro Hac Vice by William L Barton.( Filing fee $ 201 receipt number AFLNDC-4512787.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (BARTON, WILLIAM) (Entered: 06/05/2019) |
| 06/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 415 MOTION to Appear Pro Hac Vice by William L Barton. (djb) (Entered: 06/06/2019) |
| 06/06/2019 | 416 | NOTICE of Appearance by JAMES A PIATT on behalf of NOTICE ONLY (PIATT, JAMES) (Entered: 06/06/2019) |
| 06/06/2019 | 417 | MOTION to Appear Pro Hac Vice by ROGER TURK.( Filing fee $ 201 receipt number AFLNDC-4513398.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (TURK, ROGER) (Entered: 06/06/2019) |
| 06/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 417 MOTION to Appear Pro Hac Vice by ROGER TURK. (djb) (Entered: 06/06/2019) |
| 06/06/2019 | 418 | ORDER granting 415 Motion to Appear Pro Hac Vice (Appointed WILLIAM LEE BARTON, IV for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/6/2019. (djb) (Entered: 06/06/2019) |
| 06/06/2019 | 419 | ORDER granting 417 Motion to Appear Pro Hac Vice (Appointed ROGER L TURK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/6/2019. (djb) (Entered: 06/06/2019) |
| 06/07/2019 | 420 | NOTICE *OF NAME CHANGE* by NOTICE ONLY (CLARK, CLAYTON) (Entered: 06/07/2019) |
| 06/07/2019 | 421 | MOTION to Appear Pro Hac Vice by LESLEY PANISZCZYN.( Filing fee $ 201 receipt number AFLNDC-4515370.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PANISZCZYN, LESLEY) (Entered: 06/07/2019) |
| 06/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 421 MOTION to Appear Pro Hac Vice by LESLEY PANISZCZYN. (djb) (Entered: 06/07/2019) |
| 06/10/2019 | 422 | ORDER granting 421 Motion to Appear Pro Hac Vice (Appointed LESLEY CATHERINE PANISZCZYN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/10/2019. (djb) (Entered: 06/10/2019) |
| 06/12/2019 | 423 | CONDITIONAL TRANSFER ORDER (CTO-15) Finalized on 6/12/19. Certified - 5 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/12/2019. (Attachments: # 1 CTO-15 Finalized) (djb) (Entered: 06/12/2019) |
| 06/12/2019 | 424 | Amended MOTION to Amend/Correct 13 Order on Motion to Appear Pro Hac Vice *LAURIE DOBSON* by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (DOBSON, LAURIE) (Entered: 06/12/2019) |
| 06/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 424 Amended MOTION to Appear Pro |

|  |  | Hac Vice, re: 13 Order on Motion to Appear Pro Hac Vice *LAURIE DOBSON* (djb) (Entered: 06/12/2019) |
| --- | --- | --- |
| 06/12/2019 | 425 | NOTICE of Appearance by DANIEL ROBERT SEIDMAN on behalf of NOTICE ONLY (SEIDMAN, DANIEL) (Entered: 06/12/2019) |
| 06/12/2019 | 426 | ORDER granting 424 Amended Motion to Appear Pro Hac Vice. LAURIE RUTH DOBSON for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 6/12/2019. (djb) (Entered: 06/12/2019) |
| 06/12/2019 | 427 | ORDER - Following the parties' Rule 26(f) conference, it has become apparent that the upcoming case management conference and the parties' joint ESI presentation will take the better part of the day on Monday, June 17, 2019. Given the anticipated scope of those proceedings, the vendor technology presentations will be moved back to Tuesday, June 18, 2019, beginning at 9:00 a.m. CST. Signed by JUDGE M CASEY RODGERS on 6/12/2019. (djb) (Entered: 06/12/2019) |
| 06/12/2019 | 428 | NOTICE of Appearance by R JASON RICHARDS on behalf of NOTICE ONLY (RICHARDS, R) (Entered: 06/12/2019) |
| 06/13/2019 | 429 | NOTICE of Appearance by ASHLEY PAIGE CARAWAY on behalf of NOTICE ONLY (CARAWAY, ASHLEY) (Entered: 06/13/2019) |
| 06/13/2019 | 430 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 06/13/2019) |
| 06/13/2019 | 431 | Amended MOTION to Appear Pro Hac Vice by NOTICE ONLY PARTY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SINGLETON, GERALD) Modified on 6/14/2019 to correct filer (djb). (Entered: 06/13/2019) |
| 06/13/2019 | 432 | NOTICE of Appearance by GERALD B SINGLETON on behalf of NOTICE ONLY. (SINGLETON, GERALD) Modified on 6/14/2019 to correct filer (djb). (Entered: 06/13/2019) |
| 06/14/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 431 Amended MOTION to Appear Pro Hac Vice, re: 401 MOTION to Appear Pro Hac Vice by Gerald Singleton. (see civil case 3:19-cv-01513-MCR-GRJ SWANN v 3M COMPANY et al) (djb) (Entered: 06/14/2019) |
| 06/14/2019 | 433 | ORDER granting 431 Amended Motion to Appear Pro Hac Vice. GERALD B SINGLETON for NOTICE ONLY party. Signed by JUDGE M CASEY RODGERS on 6/14/2019. (djb) (Entered: 06/14/2019) |
| 06/14/2019 | 434 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (BRANSCOME, KIMBERLY) (Entered: 06/14/2019) |
| 06/17/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 434 Report of Rule 26(f) Planning Meeting (djb) (Entered: 06/17/2019) |
| 06/17/2019 | 435 | MOTION to Appear Pro Hac Vice by Jason M. Hart.( Filing fee $ 201 receipt number AFLNDC-4522818.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HART, JASON) (Entered: 06/17/2019) |
| 06/17/2019 | 436 | NOTICE of Appearance by SARAH SHOEMAKE DOLES on behalf of NOTICE ONLY. (DOLES, SARAH) Modified on 6/18/2019 to correct party (djb). (Entered: 06/17/2019) |
| 06/17/2019 | 437 | MOTION to File Corrected Pro Hac Vice Motion re 435 MOTION to Appear Pro Hac Vice by Jason M. Hart.( Filing fee $ 201 receipt number AFLNDC-4522818.) by |

| | | |
|---|---|---|
| | | NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (HART, JASON) (Entered: 06/17/2019) |
| 06/17/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 437 MOTION to File Corrected Pro Hac Vice Motion, re 435 MOTION to Appear Pro Hac Vice by Jason M. Hart. (djb) (Entered: 06/17/2019) |
| 06/17/2019 | 438 | ORDER - The vendor technology presentations are scheduled for Tuesday, June 18, 2019 beginning at 9:00 a.m. CST. The ESI-only vendors' presentations should be no longer than 15 to 20 minutes. The litigation platform vendors' presentations should be no longer than 30 to 45 minutes. The military records vendor's presentation should be no longer than 20 to 30 minutes. Signed by JUDGE M CASEY RODGERS on 6/17/2019. (djb) (Entered: 06/17/2019) |
| 06/17/2019 | 439 | NOTICE of Appearance by NICHOLAS F WASDIN on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (WASDIN, NICHOLAS) (Entered: 06/17/2019) |
| 06/17/2019 | 440 | PRETRIAL ORDER NO. 8. JOINT STIPULATED ORDER FOR PRESERVATION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION. Signed by JUDGE M CASEY RODGERS on 6/17/2019. (djb) (Entered: 06/17/2019) |
| 06/17/2019 | 441 | NOTICE of Appearance by EDWARD ANTHONY WALLACE on behalf of NOTICE ONLY (WALLACE, EDWARD) Modified on 6/19/2019 - civil case 3:19cv887, Duran v 3M Company and 3:19cv1167, Jones v 3M Company (djb). (Entered: 06/17/2019) |
| 06/17/2019 | 442 | PRETRIAL ORDER No. 9 STIPULATED ORDER GOVERNING CONFIDENTIALITY AND PRIVILEGE. Signed by JUDGE M CASEY RODGERS on 6/17/2019. (djb) (Entered: 06/17/2019) |
| 06/17/2019 | 443 | PRETRIAL ORDER NO. 10. ORDER GOVERNING PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION. Signed by JUDGE M CASEY RODGERS on 6/17/2019. (djb) (Additional attachment(s) added on 6/19/2019: # 1 Exhibit A) (djb). (Entered: 06/17/2019) |
| 06/17/2019 | 455 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Rule 16/Second Case Management Conference held on 6/17/2019. (Court Reporter Donna Boland.) (sps) (Entered: 06/20/2019) |
| 06/18/2019 | 444 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) Certified - 3 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/18/2019. (Attachments: # 1 CTO-16 Finalized) (djb) (Entered: 06/18/2019) |
| 06/18/2019 | 445 | ORDER granting 437 Amended Motion to Appear Pro Hac Vice (Appointed JASON MATTHEW HART for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/18/2019. (djb) (Entered: 06/18/2019) |
| 06/18/2019 | 446 | NOTICE of Appearance by ANDREA SOLOMON HIRSCH on behalf of NOTICE ONLY (HIRSCH, ANDREA) (Entered: 06/18/2019) |
| 06/18/2019 | 456 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Status Conference re: Vendor Technology Presentations held on 6/18/2019. (Court Reporter None.) (sps) (Entered: 06/20/2019) |
| 06/19/2019 | 447 | MOTION to Appear Pro Hac Vice by Ronnie G. Penton.( Filing fee $ 201 receipt number AFLNDC-4525927.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate |

| | | |
|---|---|---|
| | | of Good Standing, # 2 Text of Proposed Order) (PENTON, RONNIE) (Entered: 06/19/2019) |
| 06/19/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 447 MOTION to Appear Pro Hac Vice by Ronnie G. Penton. (djb) (Entered: 06/19/2019) |
| 06/19/2019 | 448 | NOTICE of Appearance by RONNIE G PENTON on behalf of NOTICE ONLY (PENTON, RONNIE) (Entered: 06/19/2019) |
| 06/19/2019 | 449 | ORDER granting 447 Motion to Appear Pro Hac Vice (Appointed RONNIE G PENTON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/19/2019. (djb) (Entered: 06/19/2019) |
| 06/19/2019 | 450 | MOTION to Appear Pro Hac Vice by Andrea S. Hirsch.( Filing fee $ 201 receipt number AFLNDC-4526686.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order Proposed Order) (HIRSCH, ANDREA) (Entered: 06/19/2019) |
| 06/19/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 450 MOTION to Appear Pro Hac Vice by Andrea S. Hirsch. (djb) (Entered: 06/19/2019) |
| 06/19/2019 | 451 | ORDER granting 450 Motion to Appear Pro Hac Vice (Appointed ANDREA SOLOMON HIRSCH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/19/2019. (djb) (Entered: 06/20/2019) |
| 06/20/2019 | 452 | CASE MANAGEMENT ORDER NO. 2. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. The previously imposed stay of discovery is hereby LIFTED. During the case management conference, Plaintiffs' leadership and Defendants advised the Court that they jointly oppose Mr. Lynch's 213 Motion to Establish Separate Class Action Track and for Selecting Interim Class Counsel. The parties were directed to file a formal opposition brief to the pending motion by 7/1/2019. Signed by JUDGE M CASEY RODGERS on 6/20/2019. (djb) (Entered: 06/20/2019) |
| 06/20/2019 | 453 | PRETRIAL ORDER NO. 11 Defense Leadership Appointments. The Court hereby appoints Larry Hill of Moore, Hill & Westmoreland, P.A. and Mark Nomellini of Kirkland & Ellis LLP to serve as Defendants' Co-Liaison Counsel. The Court also appoints the following attorneys to represent Defendants on the joint committees in this litigation. (see order) Signed by JUDGE M CASEY RODGERS on 6/20/2019. (djb) (Entered: 06/20/2019) |
| 06/20/2019 | 454 | NOTICE of Appearance by CASEY LANGSTON LOTT on behalf of NOTICE ONLY (LOTT, CASEY) (Entered: 06/20/2019) |
| 06/20/2019 | 457 | NOTICE of Appearance by SHANNON MARIE LUKEI on behalf of NOTICE ONLY (LUKEI, SHANNON) (Entered: 06/20/2019) |
| 06/21/2019 | 458 | NOTICE of Appearance by WILLARD J MOODY, JR on behalf of NOTICE ONLY (MOODY, WILLARD) Modified on 7/30/2019 case transferred in 3:19cv1560-MCR/GRJ, Horne v 3M Company (djb). (Entered: 06/21/2019) |
| 06/21/2019 | 459 | NOTICE of Appearance by WENDY RUTH FLEISHMAN on behalf of NOTICE ONLY (FLEISHMAN, WENDY) (Entered: 06/21/2019) |
| 06/25/2019 | 460 | NOTICE of Appearance by MICHELLE NICHOLE HOLMES on behalf of NOTICE ONLY (HOLMES, MICHELLE) Modified on 6/25/2019 to note atty to file an amended notice of appearance after cases are transferred (djb). (Entered: 06/25/2019) |

| | | |
|---|---|---|
| 06/26/2019 | 461 | First MOTION to Appear Pro Hac Vice by Matthew R. McCarley.( Filing fee $ 201 receipt number AFLNDC-4533063.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order) (MCCARLEY, MATTHEW) (Entered: 06/26/2019) |
| 06/26/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 461 First MOTION to Appear Pro Hac Vice by Matthew R. McCarley. (djb) (Entered: 06/26/2019) |
| 06/26/2019 | 462 | ORDER granting 461 Motion to Appear Pro Hac Vice (Appointed MATTHEW RYAN MCCARLEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/26/2019. (djb) (Entered: 06/26/2019) |
| 06/27/2019 | 463 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-17) Certified - 3 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/27/2019. (Attachments: # 1 CTO-17 Finalized) (djb) (Entered: 06/27/2019) |
| 06/27/2019 | 464 | MOTION to Appear Pro Hac Vice by Charles H. Johnson.( Filing fee $ 201 receipt number BFLNDC-4534617.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, MN, # 2 Text of Proposed Order) (JOHNSON, CHARLES) (Entered: 06/27/2019) |
| 06/27/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 464 MOTION to Appear Pro Hac Vice by Charles H. Johnson. (djb) (Entered: 06/27/2019) |
| 06/27/2019 | 465 | NOTICE of Appearance and Substitution of Counsel by LEIGH ANNE HODGE on behalf of 3M COMPANY (HODGE, LEIGH ANNE) Modified on 6/27/2019 (djb). (Entered: 06/27/2019) |
| 06/27/2019 | 466 | ORDER granting 464 Motion to Appear Pro Hac Vice (Appointed CHARLES H JOHNSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/27/2019. (djb) (Entered: 06/27/2019) |
| 06/27/2019 | 467 | NOTICE of Appearance by RHON E JONES on behalf of NOTICE ONLY (JONES, RHON) (Entered: 06/27/2019) |
| 06/27/2019 | 468 | NOTICE of Appearance by RHON E JONES on behalf of NOTICE ONLY (JONES, RHON) (Entered: 06/27/2019) |
| 06/27/2019 | 469 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of 2ND CMC Proceedings held on June 17, 2019, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPIES:Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **7/5/2019**. Release of Transcript Restriction set for **10/2/2019**. (dlb) (Entered: 06/27/2019) |
| 07/01/2019 | 470 | Proposed Pretrial Order *Protocol Relating to Use of Technology Assisted Review ("TAR Protocol")* by CO-LEAD COUNSEL FOR PLAINTIFFS, LEAD COUNSEL FOR PLAINTIFFS. (AYLSTOCK, BRYAN) (Entered: 07/01/2019) |
| 07/01/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 470 Proposed Protocol Relating to Use of |

| | | Technology Assisted Review ("TAR Protocol") (djb) (Entered: 07/01/2019) |
|---|---|---|
| 07/01/2019 | 471 | MEMORANDUM in Opposition re 213 MOTION *to Establish Separate Class Action Track and for Selecting Interim Class Counsel* filed by CO-LEAD COUNSEL FOR PLAINTIFFS. (SEEGER, CHRISTOPHER) (Entered: 07/01/2019) |
| 07/01/2019 | 472 | PRETRIAL ORDER NO. 12 PROTOCOL RELATING TO USE OF TECHNOLOGY ASSISTED REVIEW ("TAR PROTOCOL"). Signed by JUDGE M CASEY RODGERS on 7/1/2019. (djb) (Entered: 07/01/2019) |
| 07/01/2019 | 473 | MEMORANDUM in Opposition re 213 MOTION *to Establish Separate Class Action Track and for Selecting Interim Class Counsel* filed by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 07/01/2019) |
| 07/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 213 MOTION to Establish Separate Class Action Track and for Selecting Interim Class Counsel, 471 Memorandum in Opposition to Motion, 473 Defendants' Memorandum in Opposition to Motion (djb) (Entered: 07/02/2019) |
| 07/02/2019 | 474 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) Certified - 1 action. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/2/2019. (Attachments: # 1 CTO-18 Finalized) (djb) (Entered: 07/02/2019) |
| 07/02/2019 | 475 | NOTICE of Appearance by KYLE ADAM VAN SLYKE on behalf of NOTICE ONLY (VAN SLYKE, KYLE) Modified on 7/2/2019 to note member case no. 3:19cv1519-MCR/GRJ. (djb). (Entered: 07/02/2019) |
| 07/02/2019 | 476 | MOTION to Appear Pro Hac Vice by Whitney J. Butcher.( Filing fee $ 201 receipt number AFLNDC-4539658.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BUTCHER, WHITNEY) (Entered: 07/02/2019) |
| 07/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 476 MOTION to Appear Pro Hac Vice by Whitney J. Butcher. (djb) (Entered: 07/02/2019) |
| 07/02/2019 | 477 | ORDER granting 476 Motion to Appear Pro Hac Vice (Appointed WHITNEY BUTCHER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/2/2019. (djb) (Entered: 07/02/2019) |
| 07/03/2019 | 478 | NOTICE of Appearance by MICHAEL SALTAFORMAGGIO on behalf of NOTICE ONLY (SALTAFORMAGGIO, MICHAEL) (Entered: 07/03/2019) |
| 07/03/2019 | 479 | NOTICE of Appearance by THOMAS R ANAPOL on behalf of NOTICE ONLY (ANAPOL, THOMAS) (Entered: 07/03/2019) |
| 07/03/2019 | 480 | NOTICE of Appearance by JAY C ZAINEY, JR on behalf of DANIAL ALLEN (ZAINEY, JAY) Modified on 7/3/2019 DANIAL ALLEN deleted off the docket. Jay Zainey, Jr. added as NOTICE ONLY party. (djb). (Entered: 07/03/2019) |
| 07/03/2019 | 481 | NOTICE of Appearance by WHITNEY BUTCHER on behalf of NOTICE ONLY (BUTCHER, WHITNEY) (Entered: 07/03/2019) |
| 07/08/2019 | 482 | NOTICE of Appearance by JASON MATTHEW HART on behalf of NOTICE ONLY (HART, JASON) (Entered: 07/08/2019) |
| 07/09/2019 | 483 | NOTICE of Appearance by CHARLOTTE A LONG on behalf of NOTICE ONLY (LONG, CHARLOTTE) (Entered: 07/09/2019) |

| | | |
|---|---|---|
| 07/09/2019 | 484 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of ESI PRESENTATIONS Proceedings held on June 17, 2019, before Judge M. Casey Rodgers. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ****FOR TRANSCRIPT COPIES: Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **7/16/2019**. Release of Transcript Restriction set for **10/14/2019**. (dlb) (Entered: 07/09/2019) |
| 07/10/2019 | 485 | MOTION to Appear Pro Hac Vice by William R. Sutton.( Filing fee $ 201 receipt number AFLNDC-4546700.) by NOTICE ONLY. (Attachments: # 1 Text of Proposed Order Proposed Order) (SUTTON, WILLIAM) (Entered: 07/10/2019) |
| 07/10/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 485 MOTION to Appear Pro Hac Vice by William R. Sutton. (djb) (Entered: 07/10/2019) |
| 07/10/2019 | 486 | NOTICE of Appearance by ROBERT W COWAN on behalf of NOTICE ONLY (COWAN, ROBERT) (Entered: 07/10/2019) |
| 07/11/2019 | 487 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-19) Certified - 3 actions. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/11/2019. (Attachments: # 1 CTO-19 Finalized) (djb) (Entered: 07/11/2019) |
| 07/12/2019 | 488 | COMMON BENEFIT ORDER NO. 1. Signed by JUDGE M CASEY RODGERS on 7/12/2019. (djb) (Entered: 07/12/2019) |
| 07/12/2019 | 489 | NOTICE of Appearance by JON PAUL SAWYER on behalf of NOTICE ONLY (SAWYER, JON) (Entered: 07/12/2019) |
| 07/12/2019 | 490 | MOTION to Appear Pro Hac Vice by Jonathan M. Sedgh.( Filing fee $ 201 receipt number AFLNDC-4549849.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (SEDGH, JONATHAN) (Entered: 07/12/2019) |
| 07/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 490 MOTION to Appear Pro Hac Vice by Jonathan M. Sedgh. (djb) (Entered: 07/12/2019) |
| 07/12/2019 | 491 | ORDER granting 485 Motion to Appear Pro Hac Vice (Appointed WILLIAM ROBERT SUTTON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/12/2019. (djb) (Entered: 07/12/2019) |
| 07/12/2019 | 492 | ORDER granting 490 Motion to Appear Pro Hac Vice (Appointed JONATHAN M SEDGH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/12/2019. (djb) (Entered: 07/12/2019) |
| 07/12/2019 | 493 | MOTION to Appear Pro Hac Vice by Caroline L. Maida.( Filing fee $ 201 receipt number AFLNDC-4550222.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (BURNS, MICHAEL) (Entered: 07/12/2019) |
| 07/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 493 MOTION to Appear Pro Hac Vice by Caroline L. Maida. (djb) (Entered: 07/12/2019) |
| 07/13/2019 | 494 | MOTION to Appear Pro Hac Vice by MICHAEL A. YODER.( Filing fee $ 201 receipt |

| | | |
|---|---|---|
| | | number AFLNDC-4550468.) by NOTICE ONLY. (YODER, MICHAEL) (Entered: 07/13/2019) |
| 07/15/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 494 MOTION to Appear Pro Hac Vice by MICHAEL A. YODER. (djb) (Entered: 07/15/2019) |
| 07/15/2019 | 495 | MOTION to Seal Document *Exhibit A1 to Plaintiffs Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 07/15/2019) |
| 07/15/2019 | 496 | PLAINTIFFS Unopposed MOTION to Authorize Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-Filed Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) Modified on 7/15/2019 (djb). (Attachment 2 replaced on 7/16/2019) (djb). (Additional attachment(s) added on 7/17/2019: # 4 Redacted EX - A1) (djb). (Entered: 07/15/2019) |
| 07/15/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 495 Plaintiffs' MOTION to File Under Seal Exhibit A1 to Plaintiffs Motion to Authorize Disclosure of Military Records; 496 PLAINTIFFS Unopposed MOTION to Authorize Disclosure of Military Records. (djb) (Entered: 07/15/2019) |
| 07/16/2019 | 497 | MOTION to Appear Pro Hac Vice by John P. Cannon.( Filing fee $ 201 receipt number AFLNDC-4552486.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) Attorney of Record case 3:19cv2055-MCR/GRJ. (CANNON, JOHN) Modified on 7/16/2019 (djb). (Entered: 07/16/2019) |
| 07/16/2019 | 498 | ORDER granting 495 MOTION for Leave to File Under Seal Exhibit A1 to Plaintiffs Motion to Authorize Disclosure of Military Records, ECF No. 496 , which has been marked CONFIDENTIAL pursuant to the Protective Order in this case, UNDER SEAL until further Order of the Court. Plaintiffs must file an appropriately redacted version of the exhibit on the public docket. Signed by JUDGE M CASEY RODGERS on 7/16/2019. (djb) (Entered: 07/16/2019) |
| 07/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 497 MOTION to Appear Pro Hac Vice by John P. Cannon. (djb) (Entered: 07/16/2019) |
| 07/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 496 PLAINTIFFS Unopposed MOTION to Authorize Disclosure of Military Records (djb) (Entered: 07/16/2019) |
| 07/16/2019 | 499 | ORDER - Plaintiff's 496 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to file and maintain the attached Exhibit A1 UNDER SEAL. All records obtained from the Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard pursuant to this Order are hereby designated as Confidential Information, as that term is defined in Pretrial Order No. 9, Stipulated Order Governing Confidentiality and Privilege, ECF No. 442 . The parties may not further disclose the information contained in the records except as provided in Pretrial Order No. 9. Signed by JUDGE M CASEY RODGERS on 7/16/2019. (djb) (Additional attachment(s) added on 7/16/2019: # 1 Exhibit A1 Sealed) (djb). (Entered: 07/16/2019) |
| 07/16/2019 | 500 | ORDER granting 493 Motion to Appear Pro Hac Vice (Appointed CAROLINE L MAIDA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/16/2019. (djb) (Entered: 07/16/2019) |

| 07/16/2019 | 501 | ORDER granting 494 Motion to Appear Pro Hac Vice (Appointed MICHAEL ALAN YODER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/16/2019. (djb) (Entered: 07/16/2019) |
|---|---|---|
| 07/16/2019 | 502 | ORDER granting 497 Motion to Appear Pro Hac Vice (Appointed JOHN P CANNON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/16/2019. (djb) (Entered: 07/16/2019) |
| 07/17/2019 | 503 | NOTICE of Appearance by SHAYNA SLATER on behalf of NOTICE ONLY (SLATER, SHAYNA) (Entered: 07/17/2019) |
| 07/17/2019 | 504 | NOTICE *to Take Deposition Pursuant to Federal Rule of Civil Procedure 30(B)(6)* by CO-LEAD COUNSEL FOR PLAINTIFFS (Attachments: # 1 Exhibit A) (HUTSON, SHELLEY) (Entered: 07/17/2019) |
| 07/18/2019 | 505 | NOTICE *OF PROPOSED ORDER REGARDING PLATFORM VENDOR* by CO-LEAD COUNSEL FOR PLAINTIFFS (HUTSON, SHELLEY) (Entered: 07/18/2019) |
| 07/18/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 505 Notice Proposed Order Appointing Platform Vendor. (djb) (Entered: 07/18/2019) |
| 07/18/2019 | 506 | NOTICE *of Filing of Joint Letter Setting Tentative Agenda for the July 25, 2019 Case Management Conference* by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 07/18/2019) |
| 07/19/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 506 Notice of Filing of Joint Letter Setting Tentative Agenda for the July 25, 2019 Case Management Conference (djb) (Entered: 07/19/2019) |
| 07/19/2019 | 507 | NOTICE of Appearance by VINCENT JOSEPH MOCCIO on behalf of NOTICE ONLY (MOCCIO, VINCENT) (djb). Modified on 7/19/2019 (djb). (Entered: 07/19/2019) |
| 07/19/2019 | 508 | ORDER OF APPOINTMENT. By agreement of the parties, following independent and joint presentations from multiple vendors, the Court hereby APPOINTS BrownGreer PLC to serve as the electronic platform firm for this MDL. Signed by JUDGE M CASEY RODGERS on 7/19/2019. (djb) (Entered: 07/19/2019) |
| 07/23/2019 | 509 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 510 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 511 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 512 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 513 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 514 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 515 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE |

| | | ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
|---|---|---|
| 07/23/2019 | 516 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 517 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 518 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 519 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 520 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 521 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/23/2019) |
| 07/23/2019 | 522 | MOTION to Appear Pro Hac Vice by Michele M. Vercoski.( Filing fee $ 201 receipt number AFLNDC-4561034.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit "A" to Pro Hac Vice Motion) (VERCOSKI, MICHELE) (Entered: 07/23/2019) |
| 07/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 522 MOTION to Appear Pro Hac Vice by Michele M. Vercoski. (djb) (Entered: 07/24/2019) |
| 07/24/2019 | 523 | DOCKET ANNOTATION BY COURT: NOTICE to Attorney William L. Barton. Please do not file another NOTICE OF APPEARANCE in the LEAD CASE regarding the direct filed complaints. Re 514 Notice of Appearance filed by NOTICE ONLY, 516 Notice of Appearance filed by NOTICE ONLY, 511 Notice of Appearance filed by NOTICE ONLY, 520 Notice of Appearance filed by NOTICE ONLY, 519 Notice of Appearance filed by NOTICE ONLY, 518 Notice of Appearance filed by NOTICE ONLY, 509 Notice of Appearance filed by NOTICE ONLY, 517 Notice of Appearance filed by NOTICE ONLY, 513 Notice of Appearance filed by NOTICE ONLY, 521 Notice of Appearance filed by NOTICE ONLY, 515 Notice of Appearance filed by NOTICE ONLY, 512 Notice of Appearance filed by NOTICE ONLY, 510 Notice of Appearance filed by NOTICE ONLY (djb) (Entered: 07/24/2019) |
| 07/24/2019 | 524 | MOTION to Appear Pro Hac Vice by Pamela A. Borgess.( Filing fee $ 201 receipt number AFLNDC-4561331.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (BORGESS, PAMELA) (Entered: 07/24/2019) |
| 07/24/2019 | 525 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/24/2019) |
| 07/24/2019 | 526 | NOTICE of Appearance by WILLIAM LEE BARTON, IV on behalf of NOTICE ONLY (BARTON, WILLIAM) (Entered: 07/24/2019) |
| 07/24/2019 | 527 | First MOTION to Appear Pro Hac Vice by Amber M.S.Y Pang Parra.( Filing fee $ 201 receipt number AFLNDC-4561614.) by NOTICE ONLY. (PANG PARRA, AMBER) (Entered: 07/24/2019) |
| 07/24/2019 | 528 | MOTION to Appear Pro Hac Vice by Joel L. DiLorenzo.( Filing fee $ 201 receipt number AFLNDC-4561725.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing - AL Bar) (DILORENZO, JOEL) (Entered: 07/24/2019) |
| 07/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 528 MOTION to Appear Pro Hac Vice by |

| | | Joel L. DiLorenzo; [527] First MOTION to Appear Pro Hac Vice by Amber M.S.Y Pang Parra. (some of the pdf [527] unreadable) (djb) Modified on 7/24/2019 (djb). (Entered: 07/24/2019) |
|---|---|---|
| 07/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [524] MOTION to Appear Pro Hac Vice by Pamela A. Borgess. (djb) (Entered: 07/24/2019) |
| 07/24/2019 | 529 | MOTION to Appear Pro Hac Vice by Stephen G. Lowry.( Filing fee $ 201 receipt number AFLNDC-4562132.) by NOTICE ONLY. (LOWRY, STEPHEN) (Entered: 07/24/2019) |
| 07/24/2019 | 530 | MOTION to Appear Pro Hac Vice by Ashley Neglia.( Filing fee $ 201 receipt number AFLNDC-4562318.) by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (NEGLIA, ASHLEY) (Entered: 07/24/2019) |
| 07/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [530] MOTION to Appear Pro Hac Vice by Ashley Neglia, [529] MOTION to Appear Pro Hac Vice by Stephen G. Lowry. (djb) (Entered: 07/24/2019) |
| 07/24/2019 | 531 | Ex Parte MOTION to Appear Pro Hac Vice by Stephen Huber.( Filing fee $ 201 receipt number AFLNDC-4562517.) by KEITH CHANDLER. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (HUBER, STEPHEN) (Entered: 07/24/2019) |
| 07/25/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [531] MOTION to Appear Pro Hac Vice by Stephen Huber. (djb) (Entered: 07/25/2019) |
| 07/25/2019 | 532 | NOTICE *Certificate of Good Standing. Exhibit to PHV* by NOTICE ONLY re [529] MOTION to Appear Pro Hac Vice by Stephen G. Lowry.( Filing fee $ 201 receipt number AFLNDC-4562132.) (LOWRY, STEPHEN) (Entered: 07/25/2019) |
| 07/25/2019 | 533 | NOTICE of Appearance by JOSHUA BLAKE MAYES on behalf of SAMUEL ZANGER (MAYES, JOSHUA) Modified on 7/26/2019 to note appearance filed incorrectly. Attorney deleted from the docket and notified to re-file. (djb) (Entered: 07/25/2019) |
| 07/25/2019 | 534 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Case Management Conference held on 7/25/2019. (Court Reporter Donna Boland) (mjm) (Entered: 07/25/2019) |
| 07/25/2019 | 539 | ORDER - On consideration, the [529] MOTION to Appear Pro Hac Vice by Stephen G. Lowry, is is DENIED without prejudice failure to identify any individual case in which counsel appears as attorney of record, see ECF No. [86] , II, and for failure to provide the required Certificate of GoodStanding. Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/25/2019 | 541 | ORDER granting [531] Motion to Appear Pro Hac Vice (Appointed STEPHEN M HUBER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/25/2019 | 556 | CONDITIONAL TRANSFER ORDER (CTO-20) Certified - 1 action. re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 7/25/2019. (Attachments: # 1 CT-20 Finalized) (djb) (Entered: 07/30/2019) |
| 07/26/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | |
|---|---|---|
| | | RODGERS notified that action is needed Re: 532 Notice of Certificate of Good Standing re: 529 MOTION to Appear Pro Hac Vice by Stephen G. Lowry. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 535 | ORDER - On consideration, temporary admission is GRANTED for a period of 30 days re: 522 Motion to Appear Pro Hac Vice. If no case in which the movant is attorney of record is timely filed, this temporary admission will be automatically revoked. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 7/25/2019. (Appointed MICHELE MARIE VERCOSKI for NOTICE ONLY) (djb) Modified on 7/26/2019 (djb). (Entered: 07/26/2019) |
| 07/26/2019 | 536 | ORDER granting 524 Motion to Appear Pro Hac Vice (Appointed PAMELA A BORGESS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 537 | ORDER granting 527 Motion to Appear Pro Hac Vice (Appointed AMBER MARIE SEU YIN PANG PARRA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 538 | ORDER - On consideration, the 528 MOTION to Appear Pro Hac Vice by Joel L. DiLorenzo, is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 540 | ORDER granting 530 Motion to Appear Pro Hac Vice (Appointed ASHLEY ELIZABETH NEGLIA for 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 7/25/2019. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 542 | Amended MOTION to Appear Pro Hac Vice by Joel L. DiLorenzo.( Filing fee $ 201 receipt number AFLNDC-4565712.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing - AL Bar) (DILORENZO, JOEL) (Entered: 07/26/2019) |
| 07/26/2019 | 543 | NOTICE of Appearance by BRIAN ALAN GOLDSTEIN on behalf of JUSTIN P. KAIER (GOLDSTEIN, BRIAN) (Entered: 07/26/2019) |
| 07/26/2019 | 544 | NOTICE of Appearance by BRIAN ALAN GOLDSTEIN on behalf of NOTICE ONLY (GOLDSTEIN, BRIAN) (Entered: 07/26/2019) |
| 07/26/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 542 Amended MOTION to Appear Pro Hac Vice by Joel L. DiLorenzo. (djb) (Entered: 07/26/2019) |
| 07/26/2019 | 545 | MOTION to Appear Pro Hac Vice by John A. Venezia.( Filing fee $ 201 receipt number AFLNDC-4567071.) by Todd Galliand. (Attachments: # 1 Exhibit Letter of good standing, # 2 Text of Proposed Order) (VENEZIA, JOHN) (Entered: 07/26/2019) |
| 07/26/2019 | 546 | ORDER granting 542 Motion to Appear Pro Hac Vice (Appointed JOEL LEE DILORENZO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/26/2019. (djb) (Entered: 07/29/2019) |
| 07/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 545 MOTION to Appear Pro Hac Vice by John A. Venezia. New case 3:19-cv-02744. (djb) (Entered: 07/29/2019) |
| 07/29/2019 | 547 | ORDER granting 545 Motion to Appear Pro Hac Vice (Appointed JOHN A VENEZIA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/29/2019. (djb) (Entered: 07/29/2019) |

| 07/29/2019 | 548 | NOTICE of Appearance by SIERRA ELIZABETH on behalf of 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (ELIZABETH, SIERRA) (Entered: 07/29/2019) |
|---|---|---|
| 07/29/2019 | 549 | MOTION to Appear Pro Hac Vice by Keely Perdue.( Filing fee $ 201 receipt number AFLNDC-4568724.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Certificate of Good Standing) (PERDUE, KEELY) Modified on 7/29/2019 to note plaintiffs have been deleted off the docket and docket entry corrected to show filed by NOTICE ONLY party. (djb). (Entered: 07/29/2019) |
| 07/29/2019 | 550 | NOTICE of Appearance by FREDERICK THURMAN KUYKENDALL, III on behalf of NOTICE ONLY (KUYKENDALL, FREDERICK) (Entered: 07/29/2019) |
| 07/29/2019 | 551 | CASE MANAGEMENT ORDER NO. 3. The third case management conference in this matter was held on July 25, 2019. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Science Day is scheduled for Monday, 8/26/2019 at 09:00 AM, CST, and will be followed by a case management conference. A joint proposed agenda for Science Day must be submitted by 8/5/2019. Signed by JUDGE M CASEY RODGERS on 7/29/2019. (djb) (Entered: 07/29/2019) |
| 07/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 549 MOTION to Appear Pro Hac Vice by Keely Perdue. (djb) (Entered: 07/29/2019) |
| 07/29/2019 | 552 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - THIRD CASE MANAGEMENT CONFERENCE held on July 25, 2019, before Judge M. Casey Rodgers and Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due 8/5/2019. Release of Transcript Restriction set for 11/4/2019. (dlb) (Entered: 07/29/2019) |
| 07/29/2019 | 553 | ORDER granting 549 Motion to Appear Pro Hac Vice (Appointed KEELY ANN PERDUE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/29/2019. (djb) (Entered: 07/30/2019) |
| 07/30/2019 | 554 | PRETRIAL ORDER NO. 13 DEPOSITION PROTOCOL. Order Applicable to All Cases in MDL Proceedings. This Order applies to all cases currently pending in MDL No. 2885 and to all related actions that have been or will be originally filed in, transferred to, or removed to this Court and assigned hereto (collectively, "the MDL Proceedings"). This Order is subject to modification by agreement of Plaintiffs' Counsel and Defendants' Counsel, subject to Court approval, or by further of this Court. Signed by JUDGE M CASEY RODGERS on 7/30/2019. (djb) (Entered: 07/30/2019) |
| 07/30/2019 | 555 | MOTION to Appear Pro Hac Vice by David P. Whatley.( Filing fee $ 201 receipt number AFLNDC-4570357.) by NOTICE ONLY. (WHATLEY, DAVID) (Entered: 07/30/2019) |
| 07/30/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 555 MOTION to Appear Pro Hac Vice by David P. Whatley. (djb) (Entered: 07/30/2019) |
| 07/30/2019 | 557 | MOTION to Appear Pro Hac Vice by CHARLES W. BEENE.( Filing fee $ 201 receipt |

| | | |
|---|---|---|
| | | number AFLNDC-4571451.) by NOTICE ONLY. (BEENE, CHARLES) (Entered: 07/30/2019) |
| 07/30/2019 | 558 | ORDER - The 555 Motion to Appear Pro Hac Vice by David P. Whatley, is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 7/30/2019. (djb) (Entered: 07/30/2019) |
| 07/30/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 557 MOTION to Appear Pro Hac Vice by CHARLES W. BEENE. (djb) (Entered: 07/30/2019) |
| 07/31/2019 | 559 | First MOTION to Appear Pro Hac Vice by RON A AUSTIN.( Filing fee $ 201 receipt number AFLNDC-4572455.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert of Good Standing) (AUSTIN, RON) (Entered: 07/31/2019) |
| 07/31/2019 | 560 | ORDER denying 557 Motion to Appear Pro Hac Vice by Charles W. Beene, without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 7/31/2019. (djb) (Entered: 07/31/2019) |
| 07/31/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 559 First MOTION to Appear Pro Hac Vice by RON A AUSTIN. (djb) (Entered: 07/31/2019) |
| 07/31/2019 | 561 | ORDER granting 559 Motion to Appear Pro Hac Vice (Appointed RON A AUSTIN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 7/31/2019. (djb) (Entered: 07/31/2019) |
| 08/01/2019 | 562 | First MOTION to Appear Pro Hac Vice by Craig M. Silverman.( Filing fee $ 201 receipt number AFLNDC-4573973.) by Craig M. Silverman. (Attachments: # 1 Exhibit Certificate of Good Standing) (SILVERMAN, CRAIG) (Entered: 08/01/2019) |
| 08/01/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 562 First MOTION to Appear Pro Hac Vice by Craig M. Silverman. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 563 | Amended MOTION to Appear Pro Hac Vice by Stephen G. Lowry.( Filing fee $ 201 receipt number AFLNDC-4574458.) by NOTICE ONLY. (Attachments: # 1 Letter of Good Standing, # 2 Proposed Order) (LOWRY, STEPHEN) (Entered: 08/01/2019) |
| 08/01/2019 | 564 | NOTICE of Appearance by AMBER MARIE SEU YIN PANG PARRA on behalf of NOTICE ONLY (PANG PARRA, AMBER) (Entered: 08/01/2019) |
| 08/01/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 563 Amended MOTION to Appear Pro Hac Vice by Stephen G. Lowry. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 565 | Amended MOTION AMENDED MOTION TO APPEAR PRO HAC VICE re 557 MOTION to Appear Pro Hac Vice by CHARLES W. BEENE.( Filing fee $ 201 receipt number AFLNDC-4571451.) by NOTICE ONLY. (BEENE, CHARLES) (Entered: 08/01/2019) |
| 08/01/2019 | 566 | Amended MOTION Amemded Motion for Pro Hac Vice re 555 MOTION to Appear Pro Hac Vice by David P. Whatley.( Filing fee $ 201 receipt number AFLNDC-4570357.) by NOTICE ONLY. (WHATLEY, DAVID) (Entered: 08/01/2019) |
| 08/01/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 566 Amended Motion for Pro Hac Vice re |

| | | |
|---|---|---|
| | | 555 MOTION to Appear Pro Hac Vice by David P. Whatley; 565 Amended MOTION to Appear Pro Hac Vice re 557 MOTION to Appear Pro Hac Vice by CHARLES W. BEENE. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 567 | ORDER granting 562 Motion to Appear Pro Hac Vice (Appointed CRAIG M SILVERMAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/1/2019. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 568 | ORDER granting 563 Motion to Appear Pro Hac Vice (Appointed STEPHEN G LOWRY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/1/2019. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 569 | ORDER granting 565 Amended Motion to Appear Pro Hac Vice (Appointed CHARLES W BEENE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/1/2019. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 570 | ORDER granting 566 Amended Motion for Pro Hac Vice. Attorney DAVID P WHATLEY for NOTICE ONLY added. Signed by JUDGE M CASEY RODGERS on 8/1/2019. (djb) (Entered: 08/01/2019) |
| 08/01/2019 | 571 | NOTICE of Appearance by STEPHEN G LOWRY on behalf of NOTICE ONLY (LOWRY, STEPHEN) (Entered: 08/01/2019) |
| 08/02/2019 | 572 | First MOTION to Appear Pro Hac Vice by Ryan P. Linsner.( Filing fee $ 201 receipt number AFLNDC-4575601.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (LINSNER, RYAN) (Entered: 08/02/2019) |
| 08/02/2019 | 573 | NOTICE of Appearance by CRAIG M SILVERMAN on behalf of NOTICE ONLY (SILVERMAN, CRAIG) (Entered: 08/02/2019) |
| 08/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 572 First MOTION to Appear Pro Hac Vice by Ryan P. Linsner. (djb) (Entered: 08/02/2019) |
| 08/02/2019 | 574 | ORDER granting 572 Motion to Appear Pro Hac Vice (Appointed RYAN PATRICK LINSNER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/2/2019. (djb) (Entered: 08/02/2019) |
| 08/05/2019 | 575 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-21) - 6 actions, re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/5/2019. (Attachments: # 1 CTO-21 Finalized) (djb) (Entered: 08/05/2019) |
| 08/05/2019 | 576 | MOTION to Appear Pro Hac Vice by C. Dorian Britt.( Filing fee $ 201 receipt number AFLNDC-4577055.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (BRITT, C) (Entered: 08/05/2019) |
| 08/05/2019 | 577 | MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie.( Filing fee $ 201 receipt number AFLNDC-4577236.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (MCKENZIE, JEREMY) (Entered: 08/05/2019) |
| 08/05/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 577 MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie; 576 MOTION to Appear Pro Hac Vice by C. Dorian Britt. (djb) (Entered: 08/05/2019) |
| 08/05/2019 | 578 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 579 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY |

| | | (YODER, MICHAEL) (Entered: 08/05/2019) |
|---|---|---|
| 08/05/2019 | 580 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 581 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 582 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 583 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 584 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 585 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 586 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 587 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/05/2019 | 588 | NOTICE of Appearance by MICHAEL ALAN YODER on behalf of NOTICE ONLY (YODER, MICHAEL) (Entered: 08/05/2019) |
| 08/06/2019 | 589 | DOCKET ANNOTATION BY COURT: NOTICE to Filer - One notice of appearance by notice only party is sufficient. Please do not file one for every civil member case. Re 578 Notice of Appearance filed by NOTICE ONLY. (djb) (Entered: 08/06/2019) |
| 08/06/2019 | 590 | MOTION to Appear Pro Hac Vice by John D. Hafemann.( Filing fee $ 201 receipt number AFLNDC-4578266.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (HAFEMANN, JOHN) (Entered: 08/06/2019) |
| 08/06/2019 | 591 | NOTICE of Appearance by C DORIAN BRITT on behalf of NOTICE ONLY (BRITT, C) (Entered: 08/06/2019) |
| 08/06/2019 | 592 | NOTICE of Appearance by JOHN DANIEL HAFEMANN on behalf of NOTICE ONLY (HAFEMANN, JOHN) (Entered: 08/06/2019) |
| 08/06/2019 | 593 | NOTICE of Appearance by JEREMY S MCKENZIE on behalf of NOTICE ONLY (MCKENZIE, JEREMY) (Entered: 08/06/2019) |
| 08/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 590 MOTION to Appear Pro Hac Vice by John D. Hafemann. (djb) (Entered: 08/06/2019) |
| 08/06/2019 | 594 | MOTION to Appear Pro Hac Vice by Genevieve M. Zimmerman.( Filing fee $ 201 receipt number AFLNDC-4579054.) by Genevieve Zimmerman. (Attachments: # 1 Exhibit A- Certificate of Good Standing) (ZIMMERMAN, GENEVIEVE) (Entered: 08/06/2019) |
| 08/06/2019 | 595 | NOTICE of Appearance by MICHELE MARIE VERCOSKI on behalf of NOTICE ONLY (VERCOSKI, MICHELE) (Entered: 08/06/2019) |
| 08/06/2019 | 596 | NOTICE of Appearance by MICHELE MARIE VERCOSKI on behalf of NOTICE ONLY (VERCOSKI, MICHELE) (Entered: 08/06/2019) |

| 08/06/2019 | 597 | NOTICE of Appearance by JOSHUA BLAKE MAYES on behalf of NOTICE ONLY (MAYES, JOSHUA) (Entered: 08/06/2019) |
|---|---|---|
| 08/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 594 MOTION to Appear Pro Hac Vice by Genevieve M. Zimmerman. (djb) (Entered: 08/06/2019) |
| 08/06/2019 | 598 | ORDER granting 576 Motion to Appear Pro Hac Vice (Appointed C DORIAN BRITT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/6/2019. (djb) (Entered: 08/06/2019) |
| 08/06/2019 | 599 | ORDER denying 577 Motion to Appear Pro Hac Vice by Jeremy S. McKenzie, without prejudice for failure to provide a Certificate of Good Standing dated within 30 days of the motion. Signed by JUDGE M CASEY RODGERS on 8/6/2019. (djb) Modified on 8/6/2019 (djb). (Entered: 08/06/2019) |
| 08/06/2019 | 600 | ORDER denying 590 Motion to Appear Pro Hac Vice by John D. Hafemann, without prejudice for failure to provide a Certificate of Good Standing dated within 30 days of the motion. Signed by JUDGE M CASEY RODGERS on 8/6/2019. (djb) (Entered: 08/06/2019) |
| 08/06/2019 | 601 | First MOTION to Appear Pro Hac Vice by Jeffrey P. Green.( Filing fee $ 201 receipt number AFLNDC-4579916.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate Good Standing) (GREEN, JEFFREY) (Entered: 08/06/2019) |
| 08/06/2019 | 604 | ORDER granting 594 Motion to Appear Pro Hac Vice (Appointed GENEVIEVE MARY ZIMMERMAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/6/2019. (djb) (Entered: 08/07/2019) |
| 08/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 601 First MOTION to Appear Pro Hac Vice by Jeffrey P. Green. (djb) (Entered: 08/07/2019) |
| 08/07/2019 | 602 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 actions re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/7/2019. (Attachments: # 1 CTO-22 Finalized) (djb) (Entered: 08/07/2019) |
| 08/07/2019 | 603 | MOTION to Appear Pro Hac Vice by E. Ryan Bradley.( Filing fee $ 201 receipt number AFLNDC-4580344.) by CO-LIAISON COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit) (BRADLEY, EDWARD) (Entered: 08/07/2019) |
| 08/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 603 MOTION to Appear Pro Hac Vice by E. Ryan Bradley. (djb) (Entered: 08/07/2019) |
| 08/07/2019 | 605 | ORDER granting 601 Motion to Appear Pro Hac Vice (Appointed JEFFREY PHILIP GREEN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/7/2019. (djb) (Entered: 08/07/2019) |
| 08/07/2019 | 606 | ORDER granting 603 Motion to Appear Pro Hac Vice (Appointed EDWARD RYAN BRADLEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/7/2019. (djb) (Entered: 08/07/2019) |
| 08/07/2019 | 607 | DOCKET ANNOTATION BY COURT: IN ERROR Previous document 607, Complaint was filed in the lead case has been deleted. (djb) (Entered: 08/07/2019) |
| 08/08/2019 | 608 | NOTICE of Appearance by KATHERINE ANN KIZIAH on behalf of NOTICE ONLY (KIZIAH, KATHERINE) (Entered: 08/08/2019) |

| | | |
|---|---|---|
| 08/08/2019 | 609 | Amended MOTION Pro Hac re 599 Order on Motion to Appear Pro Hac Vice, 577 MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie.( Filing fee $ 201 receipt number AFLNDC-4577236.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (MCKENZIE, JEREMY) (Entered: 08/08/2019) |
| 08/08/2019 | 610 | NOTICE of Appearance by ROBERT KEITH JOHNSTON on behalf of NOTICE ONLY (JOHNSTON, ROBERT) (Entered: 08/08/2019) |
| 08/08/2019 | 611 | Amended MOTION Pro Hac re 600 Order on Motion to Appear Pro Hac Vice, 590 MOTION to Appear Pro Hac Vice by John D. Hafemann.( Filing fee $ 201 receipt number AFLNDC-4578266.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (HAFEMANN, JOHN) (Entered: 08/08/2019) |
| 08/08/2019 | 612 | NOTICE of Appearance by ROBERT KEITH JOHNSTON on behalf of NOTICE ONLY (JOHNSTON, ROBERT) (Entered: 08/08/2019) |
| 08/08/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 609 Amended MOTION Pro Hac Vice by Jeremy S. McKenzie; 611 Amended MOTION Pro Hac Vice by John D. Hafemann. (djb) (Entered: 08/08/2019) |
| 08/08/2019 | 613 | ORDER granting 609 Amended MOTION to Appear Pro Hac Vice by Jeremy S. McKenzie. Signed by JUDGE M CASEY RODGERS on 8/8/2019. (sdw) (Entered: 08/09/2019) |
| 08/08/2019 | 614 | ORDER granting 611 Amended MOTION to Appear Pro Hac Vice by John D. Hafemann. Signed by JUDGE M CASEY RODGERS on 8/8/2019. (sdw) (Entered: 08/09/2019) |
| 08/09/2019 | 615 | PRETRIAL ORDER NO. 14 Science Day Agenda. Science Day is scheduled for **Monday, 8/26/2019 beginning at 09:00 AM CST.**. See order for Science Day procedures. Signed by JUDGE M CASEY RODGERS on 8/9/2019. (djb) (Entered: 08/12/2019) |
| 08/12/2019 | 616 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 actions. Re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/12/2019. (Attachments: # 1 CTO-23 Finalized) (djb) (Entered: 08/12/2019) |
| 08/12/2019 | 617 | NOTICE of Appearance by BOBBY JEWELL BELL, JR on behalf of NOTICE ONLY (BELL, BOBBY) (Entered: 08/12/2019) |
| 08/12/2019 | 618 | NOTICE of Appearance by TYLER C VAIL on behalf of NOTICE ONLY (VAIL, TYLER) (Entered: 08/12/2019) |
| 08/14/2019 | 619 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/14/2019. (Attachments: # 1 CTO-24 Finalized) (djb) (Entered: 08/14/2019) |
| 08/14/2019 | 620 | NOTICE of Appearance by RYAN PATRICK LINSNER on behalf of NOTICE ONLY (LINSNER, RYAN) (Entered: 08/14/2019) |
| 08/14/2019 | 621 | NOTICE of Appearance by RYAN PATRICK LINSNER on behalf of NOTICE ONLY (LINSNER, RYAN) (Entered: 08/14/2019) |
| 08/15/2019 | 622 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by |

| | | |
|---|---|---|
| | | Clerk of the Panel John W. Nichols on 8/15/2019. (Attachments: # 1 CTO-25 Finalized) (djb) (Entered: 08/15/2019) |
| 08/15/2019 | 623 | NOTICE of Appearance by JEFFREY LOUIS HABERMAN on behalf of NOTICE ONLY (HABERMAN, JEFFREY) (Entered: 08/15/2019) |
| 08/15/2019 | 624 | NOTICE of Appearance by CLAIRE E BERG on behalf of NOTICE ONLY (BERG, CLAIRE) (Entered: 08/15/2019) |
| 08/16/2019 | 625 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 actions in MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/16/2019. (Attachments: # 1 CTO-26 Finalized) (djb) (Entered: 08/16/2019) |
| 08/16/2019 | 626 | NOTICE of Appearance by MARTIN A RAMEY on behalf of NOTICE ONLY (RAMEY, MARTIN) (Entered: 08/16/2019) |
| 08/19/2019 | 627 | MOTION to Appear Pro Hac Vice by Mark M. Makhail.( Filing fee $ 201 receipt number AFLNDC-4592710.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (MAKHAIL, MARK) (Entered: 08/19/2019) |
| 08/19/2019 | 628 | MOTION to Appear Pro Hac Vice by James E. Cecchi.( Filing fee $ 201 receipt number AFLNDC-4592720.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (CECCHI, JAMES) (Entered: 08/19/2019) |
| 08/19/2019 | 629 | Amended Motion to Appear Pro Hac Vice by NOTICE ONLY. Amendment to 628 MOTION to Appear Pro Hac Vice by James E. Cecchi.( Filing fee $ 201 receipt number AFLNDC-4592720.) (Attachments: # 1 Exhibit A Certificate of Good Standing) (CECCHI, JAMES) Modified on 8/19/2019 to correct civil event to motion (djb). (Entered: 08/19/2019) |
| 08/19/2019 | 630 | PRETRIAL ORDER NO. 15. Order Regarding Service of Discovery Requests, Responses and Related Documents through MDL Centrality. ECF Notifications. The Clerk of Court must execute the steps necessary to include BrownGreer PLC as the MDL Centrality Administrator as an interested party for purposes of receiving emailed ECF notifications related to this matter. Signed by JUDGE M CASEY RODGERS on 8/19/2019. (djb) (Entered: 08/19/2019) |
| 08/19/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 629 Amended Motion to Appear Pro Hac Vice by James E. Cecchi; 627 MOTION to Appear Pro Hac Vice by Mark M. Makhail. (djb) (Entered: 08/19/2019) |
| 08/19/2019 | 631 | ORDER granting 627 MOTION to Appear Pro Hac Vice by Mark M. Makhail. Signed by JUDGE M CASEY RODGERS on 8/19/2019. Attorney MARK M MAKHAIL for NOTICE ONLY added. (djb) (Entered: 08/19/2019) |
| 08/19/2019 | 632 | ORDER granting 629 Amended Motion to Appear Pro Hac Vice. Signed by JUDGE M CASEY RODGERS on 8/19/2019. Attorney JAMES E CECCHI for NOTICE ONLY added. (djb) (Entered: 08/19/2019) |
| 08/20/2019 | 633 | NOTICE *OF FILING OF JOINT LETTER SETTING TENTATIVE AGENDA FOR THE AUGUST 26, 2019 CASE MANAGEMENT CONFERENCE* by CO-LEAD COUNSEL FOR PLAINTIFFS (HUTSON, SHELLEY) (Entered: 08/20/2019) |
| 08/20/2019 | 634 | CONDITIONAL TRANSFER ORDER (CTO-27) 17 actions Re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/20/2019. (Attachments: # 1 CTO-27 Finalized) (djb) (Entered: 08/20/2019) |

| 08/20/2019 | 635 | NOTICE of Appearance by MARK M MAKHAIL on behalf of NOTICE ONLY (MAKHAIL, MARK) (Entered: 08/20/2019) |
| 08/20/2019 | 636 | NOTICE of Appearance by JAMES E CECCHI on behalf of NOTICE ONLY (CECCHI, JAMES) (Entered: 08/20/2019) |
| 08/20/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 633 NOTICE OF FILING OF JOINT LETTER SETTING TENTATIVE AGENDA FOR THE AUGUST 26, 2019 CASE MANAGEMENT CONFERENCE (djb) (Entered: 08/20/2019) |
| 08/21/2019 | 637 | MOTION to Appear Pro Hac Vice by Jennifer Nolte.( Filing fee $ 201 receipt number AFLNDC-4595726.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (NOLTE, JENNIFER) (Entered: 08/21/2019) |
| 08/21/2019 | 638 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 actions re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 8/21/2019. (Attachments: # 1 CTO-28 Finalized) (djb) (Entered: 08/21/2019) |
| 08/21/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 637 MOTION to Appear Pro Hac Vice by Jennifer Nolte. (djb) (Entered: 08/21/2019) |
| 08/21/2019 | 639 | NOTICE of Appearance by ABBY ELIZABETH MCCLELLAN on behalf of NOTICE ONLY (MCCLELLAN, ABBY) (Entered: 08/21/2019) |
| 08/21/2019 | 640 | ORDER - The 637 Motion to Appear Pro Hac Vice by Jennifer Nolte, is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86, ¶ II. Signed by JUDGE M CASEY RODGERS on 8/21/2019. (djb) (Entered: 08/21/2019) |
| 08/22/2019 | 641 | NOTICE of Appearance by RUSSEL HARDIN, JR on behalf of NOTICE ONLY. (HARDIN, RUSSEL) Modified on 8/22/2019 to correct party name. (djb). (Entered: 08/22/2019) |
| 08/22/2019 | 642 | NOTICE of Appearance by DANIEL R DUTKO on behalf of NOTICE ONLY (DUTKO, DANIEL) (Entered: 08/22/2019) |
| 08/22/2019 | 740 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 actions. Re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/22/2019. (Attachments: # 1 CTO-29 Finalized) (CTO-29 was not posted in error. Cases were transferred in on 8/22/2019) (djb) (Entered: 10/07/2019) |
| 08/23/2019 | 643 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 actions. Re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/23/2019. (Attachments: # 1 CTO-30 Finalized) (djb) (Entered: 08/23/2019) |
| 08/23/2019 | 644 | Amended MOTION to Appear Pro Hac Vice by Jennifer Nolte.( Filing fee $ 201 receipt number AFLNDC-4598724.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (NOLTE, JENNIFER) (Entered: 08/23/2019) |
| 08/23/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 644 Amended MOTION to Appear Pro Hac Vice by Jennifer Nolte. (djb) (Entered: 08/23/2019) |
| 08/23/2019 | 645 | ORDER granting 644 Motion to Appear Pro Hac Vice (Appointed JENNIFER LEIGH |

| | | |
|---|---|---|
| | | NOLTE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/23/2019. (djb) (Entered: 08/23/2019) |
| 08/23/2019 | 646 | MOTION to Appear Pro Hac Vice by Adam H. Weintraub.( Filing fee $ 201 receipt number AFLNDC-4599774.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (WEINTRAUB, ADAM) (Entered: 08/23/2019) |
| 08/26/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 646 MOTION to Appear Pro Hac Vice by Adam H. Weintraub. (djb) (Entered: 08/26/2019) |
| 08/26/2019 | 647 | STIPULATED ORDER GOVERNING CONFIDENTIALITY OF LAW ENFORCEMENT REPORT 00019-2016-CID133-14635-8C. Signed by JUDGE M CASEY RODGERS on 8/26/2019. (djb) (Entered: 08/26/2019) |
| 08/26/2019 | 648 | ORDER granting 646 Motion to Appear Pro Hac Vice (Appointed ADAM H WEINTRAUB for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/26/2019. (djb) (Entered: 08/26/2019) |
| 08/26/2019 | 649 | NOTICE of Appearance by JEFFREY MILES OSTROW on behalf of Baker John, DAVID ORTIZ GUERRA (OSTROW, JEFFREY) (Entered: 08/26/2019) |
| 08/26/2019 | 650 | DOCKET ANNOTATION BY COURT: Re 551 Case Management Order No. 3. The Case Management Conference No. 4 (following Science Day) will begin at approximately 4:15 pm Central. Counsel may appear by phone at that time. See 5 Notice/Memo for Conference Call Instructions to connect to this hearing. (sps) (Entered: 08/26/2019) |
| 08/26/2019 | 655 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Science Day and Fourth Case Management Conference held on 8/26/2019. (Court Reporter Donna Boland.) (sps) (Entered: 08/28/2019) |
| 08/27/2019 | 651 | CASE MANAGEMENT ORDER NO. 4. The fourth case management conference in this matter was held on August 26, 2019. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Case Management Conference is **Friday, September, 27,2019 at 9:30 a.m. CST**. Signed by JUDGE M CASEY RODGERS on 8/27/2019. (djb) Modified on 9/27/2019 to add conference date) (djb). (Entered: 08/27/2019) |
| 08/28/2019 | 652 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 actions. re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 8/28/2019. (Attachments: # 1 CTO-31 Finalized) (djb) (Entered: 08/28/2019) |
| 08/28/2019 | 653 | NOTICE of Appearance by HARVEY ALTUS on behalf of NOTICE ONLY (ALTUS, HARVEY) (Entered: 08/28/2019) |
| 08/28/2019 | 654 | MOTION to Appear Pro Hac Vice by Tim L. Bowden.( Filing fee $ 201 receipt number AFLNDC-4603799.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing - TN Supreme Court, # 2 Exhibit Certificate of Good Standing - TN District Court) (GAINES, MICHAEL) (Additional attachment(s) added on 8/29/2019: # 3 3M Case List) (djb). Modified on 8/29/2019 (djb). (Entered: 08/28/2019) |
| 08/29/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 654 MOTION to Appear Pro Hac Vice by Tim L. Bowden. (djb) (Entered: 08/29/2019) |
| 08/29/2019 | 656 | ORDER granting 654 Motion to Appear Pro Hac Vice (Appointed TIM L BOWDEN |

| | | |
|---|---|---|
| | | for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 8/29/2019. (djb) (Entered: 08/29/2019) |
| 08/30/2019 | 657 | NOTICE of Appearance by JONATHAN ANDREW KNOLL on behalf of NOTICE ONLY (KNOLL, JONATHAN) (Entered: 08/30/2019) |
| 08/30/2019 | 658 | MOTION to Appear Pro Hac Vice by Casey Marshall.( Filing fee $ 201 receipt number AFLNDC-4606567.) by NOTICE ONLY. (MARSHALL, CASEY) (Entered: 08/30/2019) |
| 08/30/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 658 MOTION to Appear Pro Hac Vice by Casey Marshall. (djb) (Entered: 08/30/2019) |
| 08/30/2019 | 659 | MOTION to Seal *Exhibit to Plaintiffs' Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A) (AYLSTOCK, BRYAN) (Entered: 08/30/2019) |
| 08/30/2019 | 660 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-SEALED) (AYLSTOCK, BRYAN) Modified on 9/3/2019 (djb). (Entered: 08/30/2019) |
| 08/31/2019 | 661 | ORDER granting 659 Motion for Leave to File Under Seal. Signed by JUDGE M CASEY RODGERS on 08/31/2019. (tvj) (Entered: 08/31/2019) |
| 09/02/2019 | 662 | First MOTION to Appear Pro Hac Vice by Andrew Cobos.( Filing fee $ 201 receipt number AFLNDC-4607390.) by NOTICE ONLY. (Attachments: # 1 Appendix Good Standing) (COBOS, ANDREW) (Entered: 09/02/2019) |
| 09/03/2019 | 663 | ORDER granting 658 Motion to Appear Pro Hac Vice (Appointed CASEY D MARSHALL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/3/2019. (djb) (Entered: 09/03/2019) |
| 09/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 660 Plaintiffs Unopposed MOTION to Authorize Disclosure of Military Records (djb) (Entered: 09/03/2019) |
| 09/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 662 First MOTION to Appear Pro Hac Vice by Andrew Cobos. (djb) (Entered: 09/03/2019) |
| 09/03/2019 | 664 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-32) - 1 action re: MDL No. 2885, 1 in MN/0:19-cv-02297. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 9/3/2019. (Attachments: # 1 CTO-32 Finalized) (djb) (Entered: 09/03/2019) |
| 09/03/2019 | 665 | ORDER granting 662 Motion to Appear Pro Hac Vice (Appointed ANDREW JAMES COBOS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/3/2019. (djb) (Entered: 09/03/2019) |
| 09/03/2019 | 666 | Removed Document (per MCR chambers) Modified on 9/3/2019 (djb). (Entered: 09/03/2019) |
| 09/03/2019 | 667 | MOTION to Appear Pro Hac Vice by Laura Ann Raymond.( Filing fee $ 201 receipt number AFLNDC-4608003.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (RAYMOND, LAURA) (Entered: 09/03/2019) |
| 09/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 667 MOTION to Appear Pro Hac Vice by Laura Ann Raymond. (djb) (Entered: 09/03/2019) |

| 09/03/2019 | 668 | ORDER - Plaintiff Sean Lynch's 213 Motion to Establish Separate Class Action Track and for Selecting Interim Class Counsel is DENIED without prejudice to the future filing of a motion by Plaintiff Leadership seeking class certification and/or the appointment of interim class counsel. Signed by JUDGE M CASEY RODGERS on 9/3/2019. (djb) (Entered: 09/03/2019) |
|---|---|---|
| 09/03/2019 | 669 | PRIVACY ACT ORDER NO. 2. Plaintiffs' 660 Unopposed Motion to Authorize Disclosure of Military Records, is GRANTED. The Clerk is directed to maintain Exhibit A1 to Plaintiffs' motion, ECF No. 660 -2, UNDER SEAL. The Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard are authorized to produce all records maintained on the individuals identified in Exhibit A1, ECF No. 660 -2, that are responsive to Plaintiffs' accompanying Touhy request, in unredacted form, to be used solely for the purposes of this litigation and not otherwise. All records obtained from the Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard pursuant to this Order are hereby designated as "Confidential Information," as that term is defined in Pretrial Order No. 9, Stipulated Order Governing Confidentiality and Privilege, ECF No. 442 . The parties may not further disclose the information contained in the records except as provided in Pretrial Order No. 9. Signed by JUDGE M CASEY RODGERS on 9/3/2019. (djb) (Entered: 09/03/2019) |
| 09/05/2019 | 670 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-33) - 3 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 9/5/2019. (Attachments: # 1 CTO-33 Finalized) (djb) (Entered: 09/05/2019) |
| 09/05/2019 | 671 | MOTION to Appear Pro Hac Vice by Aram V. Desteian.( Filing fee $ 201 receipt number AFLNDC-4611040.) by NOTICE ONLY. (DESTEIAN, ARAM) (Entered: 09/05/2019) |
| 09/05/2019 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 671 MOTION to Appear Pro Hac Vice by Aram V. Desteian. (djb) (Entered: 09/05/2019) |
| 09/05/2019 | 672 | ORDER granting 667 Motion to Appear Pro Hac Vice (Appointed LAURA RAYMOND for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/5/2019. (djb) (Entered: 09/05/2019) |
| 09/05/2019 | 673 | ORDER granting 671 Motion to Appear Pro Hac Vice (Appointed ARAM V DESTEIAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/5/2019. (djb) (Entered: 09/05/2019) |
| 09/06/2019 | 674 | NOTICE of Appearance by TIFFANY A WINCHESTER on behalf of NOTICE ONLY (WINCHESTER, TIFFANY) (Entered: 09/06/2019) |
| 09/06/2019 | 675 | NOTICE of Appearance by KIMBALL J JONES on behalf of NOTICE ONLY (JONES, KIMBALL) (Entered: 09/06/2019) |
| 09/06/2019 | 676 | NOTICE of Withdrawal of Counsel (Ashley Neglia) Pursuant to Local Rule 11.1(H)(1) (B) and Request for Removal from Service List by 3M COMPANY, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 09/06/2019) |
| 09/09/2019 | 677 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of FOURTH CASE MANAGEMENT CONFERENCE Proceedings held on August 26, 2019, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, |

|  |  | Telephone number 850.470.8189. ***FOR TRANSCRIPT COPIES Email: Donna_Boland@flnd.uscourts.gov. <br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* <br><br>Redaction Request due **9/16/2019**. Release of Transcript Restriction set for **12/16/2019**. (dlb) (Entered: 09/09/2019) |
|---|---|---|
| 09/09/2019 | 678 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/09/2019 | 679 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/09/2019 | 680 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/09/2019 | 681 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/09/2019 | 682 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/09/2019 | 683 | MOTION to Remand to State Court by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (SINGLETON, GERALD) (Entered: 09/09/2019) |
| 09/10/2019 | 684 | DOCKET ANNOTATION BY COURT Re: MOTIONS to Remand to State Court (ECF 678 , 679 , 680 , 681 , 682 , and 683 ). The motions were inadvertently filed in the incorrect case. Counsel is instructed to file the motions in each individual civil cases. (sdw) (Entered: 09/10/2019) |
| 09/11/2019 | 685 | NOTICE of Appearance by SHERI LILLIAN STEWART on behalf of NOTICE ONLY (STEWART, SHERI) (Entered: 09/11/2019) |
| 09/12/2019 | 686 | MOTION Seeking Relief re Plaintiffs' Requests for Production Seeking Certain Moldex Depositions by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (BRANSCOME, KIMBERLY) (Entered: 09/12/2019) |
| 09/12/2019 | 687 | MOTION to Seal Document *in Support of Plaintiffs Motion to Compel Discovery and Memorandum of Law* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 09/12/2019) |
| 09/12/2019 | 688 | MOTION to Compel *Discovery and Memorandum of Law* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 - Filed Under Seal, # 8 Exhibit 8 - Filed Under Seal, # 9 Exhibit 9 - Filed Under Seal, # 10 Exhibit 10, # 11 Motion to Compel (Unredacted)) (AYLSTOCK, BRYAN) (djb). Modified on 9/19/2019 (djb). (Entered: 09/12/2019) |

| | | |
|---|---|---|
| 09/12/2019 | 689 | MOTION Seeking Relief from Plaintiffs' Requests for Production that Seek Information re Predecessor and Successor Designs of the 3M Earplugs by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Declaration of Michelle Six, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (BRANSCOME, KIMBERLY) (Entered: 09/12/2019) |
| 09/12/2019 | 690 | ORDER granting 687 Motion for Leave to File Certain Documents Under Seal. Signed by JUDGE M CASEY RODGERS on 09/12/2019. (tvj) (Entered: 09/12/2019) |
| 09/12/2019 | 691 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 9/12/2019. (atm) (Entered: 09/13/2019) |
| 09/13/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 686 MOTION Seeking Relief re Plaintiffs' Requests for Production Seeking Certain Moldex Depositions , 688 MOTION to Compel *Discovery and Memorandum of Law*, 689 MOTION Seeking Relief from Plaintiffs' Requests for Production that Seek Information re Predecessor and Successor Designs of the 3M Earplugs . Referred to GARY R JONES. (sdw) (Entered: 09/13/2019) |
| 09/13/2019 | 692 | MOTION to Appear Pro Hac Vice by Joshua A. Millican.( Filing fee $ 201 receipt number AFLNDC-4620870.) by NOTICE ONLY. (MILLICAN, JOSHUA) (Entered: 09/13/2019) |
| 09/16/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 692 MOTION to Appear Pro Hac Vice by Joshua A. Millican. (djb) (Entered: 09/16/2019) |
| 09/16/2019 | 693 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-34) - 1 action re: (1 in IAS/4:19- cv-00266, MDL No. 2885). Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 9/16/2019. (Attachments: # 1 CTO-34 Finalized) (djb) (Entered: 09/16/2019) |
| 09/16/2019 | 694 | ORDER granting 692 Motion to Appear Pro Hac Vice (Appointed JOSHUA A MILLICAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/16/2019. (djb) (Entered: 09/16/2019) |
| 09/16/2019 | 695 | NOTICE of Appearance by JEFFREY G BLACKWELL on behalf of NOTICE ONLY (BLACKWELL, JEFFREY) Modified on 9/17/2019 to add related civil case number 3:19cv3119-MCR/GRJ (djb). (Entered: 09/16/2019) |
| 09/16/2019 | 696 | MOTION for Leave to Submit Documents for In Camera Review by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 09/16/2019) |
| 09/17/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 696 MOTION for Leave to Submit Documents for In Camera Review (djb) (Entered: 09/17/2019) |
| 09/17/2019 | 697 | ORDER granting 696 MOTION for Leave to Submit Documents for In Camera Review. Signed by JUDGE M CASEY RODGERS on 9/17/2019. (djb) (Entered: 09/17/2019) |
| 09/17/2019 | 698 | NOTICE of Appearance by MARK D RECK on behalf of NOTICE ONLY (RECK, MARK) (Entered: 09/17/2019) |
| 09/17/2019 | 699 | NOTICE of Appearance by JAMES H COOK on behalf of NOTICE ONLY (COOK, |

| | | |
|---|---|---|
| | | JAMES) Modified on 9/18/2019 (djb). (Entered: 09/17/2019) |
| 09/17/2019 | 700 | MOTION to Appear Pro Hac Vice by James H. Cook.( Filing fee $ 201 receipt number AFLNDC-4623686.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order) (COOK, JAMES) Modified on 9/18/2019 (djb). (Entered: 09/17/2019) |
| 09/18/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 700 MOTION to Appear Pro Hac Vice by James H. Cook. (djb) (Entered: 09/18/2019) |
| 09/18/2019 | 701 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 actions. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 9/18/2019. Signed by JUDGE M CASEY RODGERS on 9/18/2019. (Attachments: # 1 CTO-35 Finalized) (djb) (Entered: 09/18/2019) |
| 09/19/2019 | 702 | ORDER granting 700 Motion to Appear Pro Hac Vice (Appointed JAMES H COOK for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/19/2019. (djb) (Entered: 09/19/2019) |
| 09/20/2019 | 703 | MOTION to Seal Document *Master Long Form Complaint and Jury Demand* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 09/20/2019) |
| 09/20/2019 | 704 | MASTER LONG FORM COMPLAINT AND JURY TRIAL DEMAND by LEAD COUNSEL FOR PLAINTIFFS (Redacted) (AYLSTOCK, BRYAN) (Additional attachment(s) added on 9/20/2019: # 1 Plaintiffs' Master Long Form Complaint and Jury Trial Demand - Unredacted) (djb). Modified on 10/3/2019 (djb). (Entered: 09/20/2019) |
| 09/20/2019 | 705 | Master Short Form Complaint and Jury Trial Demand by LEAD COUNSEL FOR PLAINTIFFS (AYLSTOCK, BRYAN) Modified on 10/3/2019 (djb). (Entered: 09/20/2019) |
| 09/20/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 703 MOTION to Seal Document Master Long Form Complaint and Jury Demand; 704 Notice of Filing Master Long Form Complaint and Jury Demand; see also 705 Notice of Filing Master Short Form Complaint and Jury Trial Demand (djb) (Entered: 09/20/2019) |
| 09/20/2019 | 706 | ORDER granting 703 Motion for Leave to File the Master Long Form Complaint and Jury Trial Demand Under Seal. Signed by JUDGE M CASEY RODGERS on 9/20/2019. (djb) (Entered: 09/20/2019) |
| 09/23/2019 | 707 | NOTICE of Appearance by MITCHELL A TOUPS on behalf of NOTICE ONLY (Attachments: # 1 Exhibit Certificates of Good Standing) (TOUPS, MITCHELL) (Entered: 09/23/2019) |
| 09/24/2019 | 708 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-36) - 3 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 9/24/2019. (Attachments: # 1 CTO-36 Finalized) (djb) (Entered: 09/24/2019) |
| 09/24/2019 | 709 | MOTION to Seal Document *Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A) (AYLSTOCK, BRYAN) (Entered: 09/24/2019) |
| 09/24/2019 | 710 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1 through A4 (under seal), # 3 Text of |

| | | |
|---|---|---|
| | | Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 9/25/2019) (djb). (Entered: 09/24/2019) |
| 09/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 709 MOTION to Seal Document *Exhibits to Their Motion to Authorize Disclosure of Military Records* (djb) (Entered: 09/24/2019) |
| 09/24/2019 | 711 | ORDER granting 709 Motion For Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 9/24/2019. (djb) (Entered: 09/24/2019) |
| 09/24/2019 | 712 | PRIVACY ACT ORDER NO. 3. Plaintiffs' 710 Unopposed MOTION to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 710 -2, UNDER SEAL. The Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard are authorized to produce all records maintained on the individuals identified in Exhibits A1 through A4, ECF No. 710 -2, that are responsive to Plaintiffs' accompanying Touhy request, in unredacted form, to be used solely for the purposes of this litigation and not otherwise. All records obtained from the Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard pursuant to this Order are hereby designated as "Confidential Information," as that term is defined in Pretrial Order No. 9, Stipulated Order Governing Confidentiality and Privilege, ECF No. 442 . The parties may not further disclose the information contained in the records except as provided in Pretrial Order No. 9. Signed by JUDGE M CASEY RODGERS on 9/24/2019. (djb) (Entered: 09/24/2019) |
| 09/27/2019 | 714 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Fifth Case Management Conference held on 9/27/2019. (Court Reporter Donna Boland.) (sps) (Entered: 09/27/2019) |
| 09/27/2019 | 715 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on September 27, 2019, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ******TRANSCRIPT-COPIES:Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **10/4/2019**. Release of Transcript Restriction set for **1/2/2020**. (dlb) (Entered: 09/27/2019) |
| 09/30/2019 | 716 | MOTION to Appear Pro Hac Vice by NOTICE ONLY.( Filing fee $ 201 receipt number AFLNDC-4636515.) by Robert Scot Kraeuter. (Attachments: # 1 Certificate of Good Standing) (KRAEUTER, ROBERT) Modified on 9/30/2019 to correct filer name and remove from docket as defendant (djb). (Entered: 09/30/2019) |
| 09/30/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 716 MOTION to Appear Pro Hac Vice by R. Scot Kraeuter. (djb) (Entered: 09/30/2019) |
| 09/30/2019 | 717 | ORDER granting 716 Motion to Appear Pro Hac Vice (Appointed ROBERT SCOT KRAEUTER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 9/29/2019. (djb) (Entered: 09/30/2019) |
| 10/02/2019 | 718 | MOTION to Appear Pro Hac Vice by Keith Jensen.( Filing fee $ 201 receipt number AFLNDC-4640336.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (JENSEN, |

| | | |
|---|---|---|
| | | KEITH) (Entered: 10/02/2019) |
| 10/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 718 MOTION to Appear Pro Hac Vice by Keith Jensen. (djb) (Entered: 10/03/2019) |
| 10/03/2019 | 719 | ORDER granting 718 Motion to Appear Pro Hac Vice (Appointed KEITH M JENSEN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/3/2019. (djb) (Entered: 10/03/2019) |
| 10/03/2019 | 720 | MOTION to Appear Pro Hac Vice by Thomas V. Ayala.( Filing fee $ 201 receipt number AFLNDC-4641023.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificates of Good Standing) (AYALA, THOMAS) (Entered: 10/03/2019) |
| 10/03/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 720 MOTION to Appear Pro Hac Vice by Thomas V. Ayala. (djb) (Entered: 10/03/2019) |
| 10/03/2019 | 721 | ORDER granting 720 Motion to Appear Pro Hac Vice (Appointed THOMAS V AYALA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/3/2019. (djb) (Entered: 10/03/2019) |
| 10/03/2019 | 722 | CASE MANAGEMENT ORDER NO. 5. Plaintiffs' Master Long Form and Short Form Complaints were filed on September 20, 2019. See ECF Nos. 703 , 704 , 705 . Defendants' response will be filed by October 31, 2019. The procedures for use of short form complaints in this litigation will be set forth in a separate pretrial order. Case management conferences through the end of the year are scheduled as follows: Friday, **October 25, 2019 at 9:30 a.m.** , Friday, November 22, 2019 at 9:30 a.m., Monday, December 16, 2019 at 9:30 a.m. Signed by JUDGE M CASEY RODGERS on 10/3/2019. (djb) (Entered: 10/03/2019) |
| 10/03/2019 | 723 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 724 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 725 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 726 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 727 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 728 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 729 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 730 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 731 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 732 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |

| 10/03/2019 | 733 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 734 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/03/2019 | 735 | NOTICE of Voluntary Dismissal by NOTICE ONLY (BELL, BOBBY) (Entered: 10/03/2019) |
| 10/04/2019 | 736 | NOTICE of Voluntary Dismissal by NOTICE ONLY (CONNORS, CLAYTON) (Entered: 10/04/2019) |
| 10/04/2019 | 737 | DOCKET ANNOTATION BY COURT: NOTICE TO COUNSEL - Voluntary Dismissals should be filed in individual civil cases only. (djb) (Entered: 10/04/2019) |
| 10/07/2019 | 738 | NOTICE of Appearance by MARK J DEARMAN on behalf of NOTICE ONLY (DEARMAN, MARK) (Entered: 10/07/2019) |
| 10/07/2019 | 739 | MOTION to Appear Pro Hac Vice by Mitchell A. Toups.( Filing fee $ 201 receipt number AFLNDC-4644474.) by NOTICE ONLY. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (TOUPS, MITCHELL) (Entered: 10/07/2019) |
| 10/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 739 MOTION to Appear Pro Hac Vice by Mitchell A. Toups. (djb) (Entered: 10/07/2019) |
| 10/07/2019 | 741 | MOTION to Appear Pro Hac Vice( Filing fee $ 201 receipt number AFLNDC-4644953.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (NEVIN, BARBARA) (Entered: 10/07/2019) |
| 10/07/2019 | 742 | ORDER granting 739 Motion to Appear Pro Hac Vice (Appointed MITCHELL A TOUPS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/7/2019. (djb) (Entered: 10/07/2019) |
| 10/07/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 741 MOTION to Appear Pro Hac Vice by Barbara Nilva Nevin (djb) (Entered: 10/07/2019) |
| 10/07/2019 | 743 | ORDER - Barbara Nilva Nevin's 741 Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 10/7/2019. (djb) (Entered: 10/08/2019) |
| 10/09/2019 | 744 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-37) - 2 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/9/2019. (Attachments: # 1 CTO-37 Finalized) (djb) (Entered: 10/09/2019) |
| 10/09/2019 | 745 | NOTICE of Appearance by JERRY W SULLIVAN on behalf of NOTICE ONLY (SULLIVAN, JERRY) (Entered: 10/09/2019) |
| 10/09/2019 | 746 | MOTION to Seal Document *Exhibits to Plaintiffs' Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 10/09/2019) |
| 10/09/2019 | 747 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 10/10/2019) (djb). (Entered: 10/09/2019) |

| 10/09/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 746 MOTION to Seal Document *Exhibits to Plaintiffs' Motion to Authorize Disclosure of Military Records* (djb) (Entered: 10/09/2019) |
|---|---|---|
| 10/09/2019 | 748 | ORDER granting in part and denying in part 686 Plaintiffs' Requests for Production of Certain Moldex Depositions; granting in part and denying in part 688 Plaintiffs' Motion to Compel Discovery; granting in part and denying in part 689 Plaintiffs' Requests for Production of Information Regarding Predecessor and Successor Designs of the 3M Earplugs. Signed by MAGISTRATE JUDGE GARY R JONES on 10/09/19. (grj) (Entered: 10/09/2019) |
| 10/10/2019 | 749 | ORDER granting 746 MOTION to Seal Document Exhibits to Plaintiffs' Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 10/10/2019. (djb) (Entered: 10/10/2019) |
| 10/10/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 747 Plaintiffs' Unopposed MOTION for Disclosure of Military Records (djb) (Entered: 10/10/2019) |
| 10/10/2019 | 750 | PRIVACY ACT ORDER NO. 4. Plaintiffs' 747 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 747 -2, UNDER SEAL. All records obtained from the Department of Defense, Defense Logistics Agency, and the United States Army, Navy, Marine Corps, Air Force, and Coast Guard pursuant to this Order are hereby designated as "Confidential Information," as that term is defined in 442 Pretrial Order No. 9, Stipulated Order Governing Confidentiality and Privilege. The parties may not further disclose the information contained in the records except as provided in Pretrial Order No. 9. Signed by JUDGE M CASEY RODGERS on 10/10/2019. (djb) (Entered: 10/10/2019) |
| 10/10/2019 | 751 | ORDER scheduling telephone conference before Magistrate Judge Gary R. Jones on October 21, 2019 at 3:00 PM (EDST) re: sealing documents. Signed by MAGISTRATE JUDGE GARY R JONES on 10/10/19. (grj) (Entered: 10/10/2019) |
| 10/11/2019 | 752 | NOTICE *of Filing Joint Letter from Christopher A. Seeger re: Proposed Order Regarding Judge David Herndon's Appointment as Special Master* by CO-LEAD COUNSEL FOR PLAINTIFFS (Attachments: # 1 Text of Proposed Order) (SEEGER, CHRISTOPHER) (Entered: 10/11/2019) |
| 10/11/2019 | 753 | NOTICE of Appearance by JOSH WILLIAM HOPKINS on behalf of ADRIAN ALAN ARRIOLA (HOPKINS, JOSH) (Entered: 10/11/2019) |
| 10/11/2019 | 754 | MOTION to Appear Pro Hac Vice by Sarah L. Adle.( Filing fee $ 201 receipt number AFLNDC-4653029.) by NOTICE ONLY. (Attachments: # 1 Exhibit Letter of Good Standing, # 2 Exhibit Proposed Order) (ADLE, SARAH) (Entered: 10/11/2019) |
| 10/11/2019 | 755 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 10/11/2019. (Tape #GNV DCR 2019.) (atm) (Entered: 10/11/2019) |
| 10/14/2019 | 756 | NOTICE of Voluntary Dismissal by NICOLE GOEHRING (SEIDMAN, DANIEL) (Entered: 10/14/2019) |
| 10/15/2019 | 757 | DOCKET ANNOTATION BY COURT: Notice to Attorney, Daniel Seidman Please file in individual civil cases only and not in the lead case. Re 756 Notice of Voluntary Dismissal filed by NICOLE GOEHRING (djb) (Entered: 10/15/2019) |
| 10/15/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | RODGERS notified that action is needed Re: [754](#) MOTION to Appear Pro Hac Vice by Sarah L. Adle. (djb) (Entered: 10/15/2019) |
|---|---|---|
| 10/15/2019 | 758 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 1 action re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/15/2019. (Attachments: # 1 CTO-38 Finalized) (djb) (Entered: 10/15/2019) |
| 10/15/2019 | 759 | ORDER granting 754 Motion to Appear Pro Hac Vice (Appointed SARAH G ADLE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/15/2019. (djb) (Entered: 10/15/2019) |
| 10/15/2019 | 760 | ORDER OF APPOINTMENT - Pursuant to Federal Rule of Civil Procedure 53 and its inherent authority, the Court hereby appoints retired Judge David Herndon as a Special Master in this proceeding for the purpose of assisting the Court in moving the affirmative defenses into a posture for dispositive motion practice and to do so as efficiently and expediently as possible. DAVID HERNDON added. Signed by JUDGE M CASEY RODGERS on 10/15/2019. (djb) (Entered: 10/15/2019) |
| 10/15/2019 | 761 | PRETRIAL ORDER NO. 16. Multi-Plaintiff Actions. Signed by JUDGE M CASEY RODGERS on 10/15/2019. (TVJ) (Entered: 10/15/2019) |
| 10/16/2019 | 762 | STIPULATION of Dismissal *without Prejudice* by ALEXANDER FRASER. (DUGAN, JAMES) (Entered: 10/16/2019) |
| 10/16/2019 | 763 | PRETRIAL ORDER NO. 17 ORDER GOVERNING ADOPTION OF MASTER COMPLAINT AND SHORT FORM COMPLAINT FOR FILED CASES. All Plaintiffs with a case pending in this MDL as of the date of this Order must file a Short Form Complaint within 20 days of the date of this Order. Any Plaintiff whose case becomes part of this MDL after the date of this Order, either by a direct filing and assignment to this Court (if permitted by subsequent order of the Court) or by transfer from another district or from another judge in this district, must file a Short Form Complaint within 20 days from the date of transfer or, if originally filed in this district, assignment to this Court. By **10/31/2019**, the Defendants named in the Master Complaint must file a Master Answer on the MDL docket. As set forth herein, after the Master Answer has been filed in this MDL No. 2885, it will be deemed adopted in every case. As a result, following the filing of the Master Answer, any Plaintiff who wishes to voluntarily dismiss any case filed in or transferred to this MDL must comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Signed by JUDGE M CASEY RODGERS on 10/16/2019. (Short Form Complaints file by **11/5/2019**.) (djb) (Entered: 10/16/2019) |
| 10/17/2019 | 764 | DOCKET ANNOTATION BY COURT: NOTICE TO FILER - FILE the NOTICE OF VOLUNTARY DISMISSAL in the individual civil case only. Re 762 Stipulation of Dismissal filed by ALEXANDER FRASER (djb) (Entered: 10/17/2019) |
| 10/17/2019 | 765 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-39) - 1 action ) re: MDL No. 2885, 1 in MSN/1:19-cv-00176) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 10/17/2019. (Attachments: # 1 CTO-39 Finalized) (djb) (Entered: 10/17/2019) |
| 10/17/2019 | 766 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (MAKHAIL, MARK) (Entered: 10/17/2019) |
| 10/17/2019 | 767 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (MAKHAIL, MARK) (Entered: 10/17/2019) |
| 10/17/2019 | 768 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (BOWER, ZACHARY) (Entered: 10/17/2019) |

| | | |
|---|---|---|
| 10/17/2019 | 769 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (BOWER, ZACHARY) (Entered: 10/17/2019) |
| 10/18/2019 | 770 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (CECCHI, JAMES) (Entered: 10/18/2019) |
| 10/18/2019 | 771 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (CECCHI, JAMES) (Entered: 10/18/2019) |
| 10/21/2019 | 772 | NOTICE of Appearance by THOMAS C CERULLO on behalf of NOTICE ONLY (CERULLO, THOMAS) (Entered: 10/21/2019) |
| 10/21/2019 | 773 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 10/21/2019. Written order to follow. (Tape #GNV DCR 2019.) (atm) (Entered: 10/21/2019) |
| 10/22/2019 | 774 | MOTION to Appear Pro Hac Vice by Tudor Farcas.( Filing fee $ 201 receipt number AFLNDC-4664552.) by NOTICE ONLY. (FARCAS, TUDOR) (Entered: 10/22/2019) |
| 10/22/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 774 MOTION to Appear Pro Hac Vice by Tudor Farcas. (djb) (Entered: 10/22/2019) |
| 10/22/2019 | 775 | PRETRIAL ORDER NO. 18 ORDER GOVERNING INITIAL CENSUS REQUIREMENTS FOR FILED CASES. Signed by JUDGE M CASEY RODGERS on 10/22/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (djb) (Entered: 10/22/2019) |
| 10/22/2019 | 776 | ORDER granting 774 Motion to Appear Pro Hac Vice (Appointed TUDOR FARCAS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/22/2019. (djb) (Entered: 10/22/2019) |
| 10/22/2019 | 777 | ORDER confirming rulings at October 22, 2019 telephonic hearing re: sealing protocol and additional custodians. Signed by MAGISTRATE JUDGE GARY R JONES on 10/22/19. (grj) (Entered: 10/22/2019) |
| 10/23/2019 | 778 | MOTION to Appear Pro Hac Vice by Barbara N. Nevin.( Filing fee $ 201 receipt number AFLNDC-4666409.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (NEVIN, BARBARA) (Entered: 10/23/2019) |
| 10/23/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 778 MOTION to Appear Pro Hac Vice by Barbara N. Nevin. (djb) (Entered: 10/23/2019) |
| 10/23/2019 | 779 | MOTION to Seal Document *Plaintiffs Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 10/23/2019) |
| 10/23/2019 | 780 | MOTION for Disclosure *Plaintiffs Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 10/24/2019) (djb). (Entered: 10/23/2019) |
| 10/23/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 779 Plaintiffs Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records (djb) (Entered: 10/23/2019) |
| 10/23/2019 | 781 | Removed Document (per MCR chambers) Modified on 10/24/2019 (djb). (Entered: 10/23/2019) |

| | | |
|---|---|---|
| 10/23/2019 | 782 | Removed Document (per MCR chambers) Modified on 10/24/2019 (djb). (Entered: 10/23/2019) |
| 10/23/2019 | 783 | First MOTION to Extend Time*Motion for Leave to Extend Time to Serve Defendants* by IVAN BAUER. (AZIZ, MUHAMMAD) (Entered: 10/23/2019) |
| 10/24/2019 | 784 | DOCKET ANNOTATION BY COURT: NOTICE TO Attorney, Mark D. Reck ALL Amended Complaints are to be filed in the individual civil cases only. Please re-file in the correct cases. Re 782 Amended Complaint filed by NOTICE ONLY, 781 Amended Complaint filed by NOTICE ONLY (djb) (Entered: 10/24/2019) |
| 10/24/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 783 Motion for Leave to Extend Time to Serve Defendants (djb) (Entered: 10/24/2019) |
| 10/24/2019 | 785 | ORDER granting 778 Motion to Appear Pro Hac Vice (Appointed BARBARA N NEVIN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 10/24/2019. (djb) (Entered: 10/24/2019) |
| 10/24/2019 | 786 | ORDER granting 779 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 10/24/2019. (djb) (Entered: 10/24/2019) |
| 10/24/2019 | 787 | PRIVACY ACT ORDER NO. 5. Plaintiffs' 780 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 780 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 10/24/2019. (djb) (Entered: 10/24/2019) |
| 10/24/2019 | 788 | ORDER entered pursuant to telephonic hearing during which Court approved a framework by which a party may file a document under seal signed by MAGISTRATE JUDGE GARY R JONES on 10/24/19. (tss) (Entered: 10/24/2019) |
| 10/24/2019 | 789 | NOTICE of Appearance by FRANK S GATTUSO on behalf of NOTICE ONLY (GATTUSO, FRANK) (Entered: 10/24/2019) |
| 10/25/2019 | 790 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:6th Case Management Conference held on 10/25/2019. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 10/28/2019) |
| 10/28/2019 | 791 | ORDER - The 783 Motion for Leave to Extend Time for Service of Summonses and Complaints is denied without prejudice for failure to comply with the Local Rules of this Court, as it lacks a certificate "confirming that the moving party complied with the attorney-conference requirement of Local Rule 7.1(B) and setting out the results" of that conference. Signed by JUDGE M CASEY RODGERS on 10/28/2019. (djb) (Entered: 10/28/2019) |
| 10/28/2019 | 792 | NOTICE of Voluntary Dismissal by NOTICE ONLY (HERZFELD, TRICIA) (Entered: 10/28/2019) |
| 10/29/2019 | 793 | DOCKET ANNOTATION BY COURT: NOTICE to Attorney, Tricia Herzfeld, Re 792 Notice of Voluntary Dismissal filed by NOTICE ONLY. Please docket the voluntary dismissals in the individual member civil cases only. (djb) (Entered: 10/29/2019) |
| 10/29/2019 | 794 | NOTICE of Voluntary Dismissal by NATHANIEL F HIEB (ORENT, JONATHAN) (Entered: 10/29/2019) |
| 10/29/2019 | 795 | DOCKET ANNOTATION BY COURT: Notice to Attorney Jonathan D Orent, File the dismissal in the individual civil case. Re 794 Notice of Voluntary Dismissal filed by NATHANIEL F HIEB (djb) (Entered: 10/29/2019) |

| | | |
|---|---|---|
| 10/30/2019 | 796 | NOTICE of Appearance by CHRIS ECONOMOU on behalf of NOTICE ONLY (ECONOMOU, CHRIS) (Entered: 10/30/2019) |
| 10/30/2019 | 797 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of SIXTH CASE MANAGEMENT CONFERENCE Proceedings held on October 25, 2019, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **11/6/2019**. Release of Transcript Restriction set for **2/4/2020**. (dlb) (Entered: 10/30/2019) |
| 10/31/2019 | 798 | MOTION to Compel *Discovery* by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10 - Filed Under Seal (Placeholder), # 11 Exhibit 11) (SEEGER, CHRISTOPHER) (Entered: 10/31/2019) |
| 10/31/2019 | 799 | PRETRIAL ORDER NO. 19. A number of individual cases that were severed pursuant to Pretrial Order No. 16 have now been improperly refiled in the Gainesville division of this Court. In the future, any case filed in this district against 3M Company and/or its subsidiaries alleging claims involving the Dual-Ended Combat Arms Earplug must be filed in the Pensacola division of the Court. Signed by JUDGE M CASEY RODGERS on 10/31/2019. (djb) (Entered: 10/31/2019) |
| 10/31/2019 | 800 | ANSWER to Complaint by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Additional attachment(s) added on 11/1/2019: # 1 Unredacted Answer to Master Complaint) (djb). (Entered: 10/31/2019) |
| 11/01/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 800 Answer to 704 Master Long Form Complaint (djb) (Entered: 11/01/2019) |
| 11/01/2019 | 801 | NOTICE of Appearance by PETER MAWN FARREN on behalf of NOTICE ONLY (FARREN, PETER) (Entered: 11/01/2019) |
| 11/01/2019 | 802 | Removed Document (per MCR chambers) - Modified on 11/4/2019 (djb). (djb). (Entered: 11/01/2019) |
| 11/01/2019 | 803 | Removed Document (per MCR chambers) Modified on 11/4/2019 (djb). (Entered: 11/01/2019) |
| 11/01/2019 | 804 | MEMORANDUM in Opposition re 798 MOTION to Compel *Discovery* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 11/01/2019) |
| 11/02/2019 | 805 | Removed Document (per MCR chambers) Modified on 11/4/2019 (djb). (Entered: 11/02/2019) |
| 11/04/2019 | 806 | DOCKET ANNOTATION BY COURT: NOTICE to Attorneys, Nicholas W. Armstrong, Stephen B. Murray, Sr. and Jeffrey L. Haberman: All short form complaints are to be filed in the individual civil cases only. Please re-file. Re 802 Amended |

| | | |
|---|---|---|
| | | Complaint filed by NOTICE ONLY, 805 Amended Complaint filed by ERIC GLOCER, 803 Amended Complaint filed by DANIEL WOODS. (djb) (Entered: 11/04/2019) |
| 11/04/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 798 MOTION to Compel *Discovery*, 804 Memorandum in Opposition to Motion. Referred to GARY R JONES. (djb) (Entered: 11/04/2019) |
| 11/04/2019 | 807 | NOTICE *of Counsel to Stop Receiving Notices of Electronic Filing* by NOTICE ONLY (MEEDER, JESSICA) (Entered: 11/04/2019) |
| 11/04/2019 | 808 | MOTION for Leave to File re 798 MOTION to Compel *Discovery*, 804 Memorandum in Opposition to Motion *PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY* by Co-Chair PSC. (BUCHANAN, DAVID) (Entered: 11/04/2019) |
| 11/05/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 808 MOTION for Leave to File Reply in Support of 798 MOTION to Compel Discovery. Referred to GARY R JONES. (djb) (Entered: 11/05/2019) |
| 11/05/2019 | 809 | MOTION to Appear Pro Hac Vice by Karl Gunderson.( Filing fee $ 201 receipt number AFLNDC-4687943.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Certificate of Good Standing (IL)), # 2 Exhibit A (Certificate of Good Standing (PA))) (GUNDERSON, KARL) (Entered: 11/05/2019) |
| 11/05/2019 | 810 | ORDER granting 808 Plaintiffs' Unopposed Motion for Leave to File Reply in Support of Plaintiffs' Motion to Compel Discovery. Plaintiffs' reply due by November 5, 2019. Signed by MAGISTRATE JUDGE GARY R JONES on 11/5/19. (grj) (Entered: 11/05/2019) |
| 11/05/2019 | 811 | REPLY to Response to Motion re 798 MOTION to Compel *Discovery* , RESPONSE in Support filed by CO-LEAD COUNSEL FOR PLAINTIFFS. (SEEGER, CHRISTOPHER) (Additional attachment(s) added on 11/5/2019: # 1 Unredacted Reply (Sealed)) (djb). (Entered: 11/05/2019) |
| 11/05/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 809 MOTION to Appear Pro Hac Vice by Karl Gunderson. (djb) (Entered: 11/05/2019) |
| 11/05/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 798 MOTION to Compel Discovery, 804 Memorandum in Opposition to Motion, 811 Reply to Response to Motion. Referred to GARY R JONES. (djb) Modified on 11/13/2019 to correct judge association (djb). (Entered: 11/05/2019) |
| 11/05/2019 | 812 | ORDER granting 809 Motion to Appear Pro Hac Vice (Appointed KARL B GUNDERSON for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC and AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 11/5/2019. (djb) (Entered: 11/05/2019) |
| 11/05/2019 | 813 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - TELEPHONE CONFERENCE - held on October 21, 2019, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ****FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov. |

|   |   | *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*

Redaction Request due **11/12/2019**. Release of Transcript Restriction set for **2/10/2020**. (dlb) (Entered: 11/05/2019) |
|------------|-----|------------------------------------------------------------------------------------------------------------------------|
| 11/06/2019 | 814 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Miltary Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 11/06/2019) |
| 11/06/2019 | 815 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 11/6/2019) (djb). (Entered: 11/06/2019) |
| 11/06/2019 |     | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 814 MOTION to Seal Document Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records (djb) (Entered: 11/06/2019) |
| 11/06/2019 | 816 | ORDER granting 814 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 11/6/2019. (djb) (Entered: 11/06/2019) |
| 11/06/2019 |     | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 815 Plaintiffs Unopposed MOTION for Disclosure of Military Records (djb) (Entered: 11/06/2019) |
| 11/06/2019 | 817 | PRIVACY ACT ORDER NO. 6. Plaintiffs' 815 Unopposed Motion for Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs motion, ECF No. 815 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 11/6/2019. (djb) (Entered: 11/06/2019) |
| 11/06/2019 | 818 | ORDER granting in part 798 Plaintiffs' Motion to Compel Discovery. Signed by MAGISTRATE JUDGE GARY R JONES on 11/6/19. (grj) (Entered: 11/06/2019) |
| 11/06/2019 | 819 | MOTION to Appear Pro Hac Vice by S. Everett Pepper.( Filing fee $ 201 receipt number AFLNDC-4691297.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (PEPPER, STACY) (Entered: 11/06/2019) |
| 11/07/2019 |     | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 819 MOTION to Appear Pro Hac Vice by S. Everett Pepper. (djb) (Entered: 11/07/2019) |
| 11/07/2019 | 820 | ORDER granting 819 Motion to Appear Pro Hac Vice (Appointed STACY EVERETT PEPPER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 11/7/2019. (djb) (Entered: 11/07/2019) |
| 11/08/2019 | 821 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 1 action re: MDL No. 2885, 1 in MN/0:19-cv-02788. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 11/8/2019. (Attachments: # 1 CTO-40 Finalized) (djb) (Entered: 11/08/2019) |
| 11/08/2019 | 822 | ORDER - The Seventh Case Management Conference currently set for December 16, 2019 is hereby cancelled, to accommodate the parties' deposition schedule. The January 2020 conference will be rescheduled at a later date. Signed by JUDGE M CASEY RODGERS on 11/8/2019. (djb) (Entered: 11/08/2019) |

| 11/08/2019 | 823 | Removed Document (per MCR chambers) Modified on 11/8/2019 (djb). (Entered: 11/08/2019) |
|---|---|---|
| 11/12/2019 | 824 | NOTICE of Appearance by EDWARD A READY on behalf of NOTICE ONLY (READY, EDWARD) (Entered: 11/12/2019) |
| 11/13/2019 | 825 | ORDER re 775 PRETRIAL ORDER NO. 18 ORDER GOVERNING INITIAL CENSUS REQUIREMENTS FOR FILED CASES. All Minnesota cases in which a remand motion is currently pending are hereby relieved from the obligation to comply with the Initial Census Order, until further order of the Court. Signed by JUDGE M CASEY RODGERS on 11/13/2019. (djb) (Entered: 11/13/2019) |
| 11/13/2019 | 826 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 11/13/2019) |
| 11/13/2019 | 827 | MOTION for Disclosure *Plaintiffs Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 11/14/2019) (djb). (Entered: 11/13/2019) |
| 11/14/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 826 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their 827 Plaintiffs Motion to Authorize Disclosure of Military Records (djb) (Entered: 11/14/2019) |
| 11/14/2019 | 828 | ORDER granting 826 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 11/14/2019. (djb) (Entered: 11/14/2019) |
| 11/14/2019 | 829 | PRIVACY ACT ORDER NO. 7. Plaintiffs' 827 Unopposed Motion to Authorize Disclosure of MilitaryRecords is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 11/14/2019. (djb) (Entered: 11/14/2019) |
| 11/18/2019 | 830 | NOTICE of Appearance by ADAM J LANGINO on behalf of NOTICE ONLY (LANGINO, ADAM) (Entered: 11/18/2019) |
| 11/19/2019 | 831 | ORDER LIFTING STAY OF CTO (CTO-28) AND VACATING THE DECEMBER 5, 2019 HEARING SESSION ORDER in MDL No. 2885. Re: MA/1:19-cv-11663. IT IS THEREFORE ORDERED that CTO-28 filed on AUGUST 13, 2019, is lifted insofar as it relates to this action. Signed by Clerk of the Panel John W. Nichols on 11/19/2019. (Attachments: # 1 E-Mail Re: CTO-28 stay lifted) (djb) (Entered: 11/19/2019) |
| 11/19/2019 | 832 | ORDER - Case management conferences are hereby scheduled at 9:30 Central on the following dates: Tuesday, **January 14, 2020**; Friday, February 21, 2020; Friday, March 27, 2020; Friday, April 24, 2020; Friday, May 29, 2020. The Court will hold a preconference meeting at 8:30 Central with those attorneys permitted to attend under Case Management Order No. 2, ECF No. 452 . Signed by JUDGE M CASEY RODGERS on 11/19/2019. (djb) (Entered: 11/20/2019) |
| 11/21/2019 | 833 | MOTION to Appear Pro Hac Vice by Joseph M. Bruno.( Filing fee $ 201 receipt number AFLNDC-4712349.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex 1-Certificate of Good Standing, # 2 Exhibit Ex 2 - Certificate of Good Standing, # 3 Text of Proposed Order) (BRUNO, JOSEPH) (Entered: 11/21/2019) |
| 11/21/2019 | 834 | NOTICE of Appearance by JOSEPH M BRUNO, SR on behalf of NOTICE ONLY |

| | | |
|---|---|---|
| | | (BRUNO, JOSEPH) (Entered: 11/21/2019) |
| 11/21/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 833 MOTION to Appear Pro Hac Vice by Joseph M. Bruno. (djb) (Entered: 11/21/2019) |
| 11/21/2019 | 838 | ORDER granting 833 Motion to Appear Pro Hac Vice by Joseph M. Bruno. Signed by JUDGE M CASEY RODGERS on 11/21/2019. (sdw) (Entered: 11/25/2019) |
| 11/22/2019 | 835 | NOTICE of Appearance by DENNIS G PANTAZIS, JR on behalf of NOTICE ONLY. (PANTAZIS, DENNIS) Modified on 11/22/2019 to correct party (djb). (Entered: 11/22/2019) |
| 11/22/2019 | 837 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Seventh Case Management Conference held on 11/22/2019. (Court Reporter Donna Boland.) (sps) (Entered: 11/25/2019) |
| 11/25/2019 | 836 | CASE MANAGEMENT ORDER NO. 6. Signed by JUDGE M CASEY RODGERS on 11/25/2019. (sdw) (Entered: 11/25/2019) |
| 11/25/2019 | 839 | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on Tuesday, December 3, 2019 at 10:30 AM (EST) Re: Disputed Custodians. Signed by MAGISTRATE JUDGE GARY R JONES on 11/25/19. (grj) (Entered: 11/25/2019) |
| 11/25/2019 | 840 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - SEVENTH CASE MANAGEMENT CONFERENCE held on November 22, 2019, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***TRANSCRIPT COPIES:Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **12/2/2019**. Release of Transcript Restriction set for **3/2/2020**. (dlb) (Entered: 11/25/2019) |
| 11/26/2019 | 841 | MOTION to Appear Pro Hac Vice by Barry E, Fields.( Filing fee $ 201 receipt number AFLNDC-4718535.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (FIELDS, BARRY) (Entered: 11/26/2019) |
| 11/26/2019 | 842 | MOTION to Appear Pro Hac Vice by Garret A. Leach.( Filing fee $ 201 receipt number AFLNDC-4719127.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (LEACH, GARRET) (Entered: 11/26/2019) |
| 12/02/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 841 MOTION to Appear Pro Hac Vice by Barry E, Fields; 842 MOTION to Appear Pro Hac Vice by Garret A. Leach. (djb) (Entered: 12/02/2019) |
| 12/02/2019 | 843 | NOTICE of Appearance by KEITH L MAYNARD on behalf of NOTICE ONLY (MAYNARD, KEITH) (Entered: 12/02/2019) |
| 12/02/2019 | 844 | ORDER granting 841 Motion to Appear Pro Hac Vice (Appointed BARRY E FIELDS for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, |

| | | |
|---|---|---|
| | | AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 12/2/2019. (djb) (Entered: 12/02/2019) |
| 12/02/2019 | 845 | ORDER granting 842 Motion to Appear Pro Hac Vice (Appointed GARRET ALAN LEACH for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 12/2/2019. (djb) (Entered: 12/02/2019) |
| 12/02/2019 | 846 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 1 action re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 11/25/2019. (CAS/3:19-cv-02087, Arrieta, et al v. 3M Company). (Attachments: # 1 CTO-41 Finalized) (djb) (Entered: 12/02/2019) |
| 12/03/2019 | 847 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 1 action re: MDLNo. 2885, 1 in MN/0:19-cv-02961) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/3/2019. (Attachments: # 1 CTO-42 Finalized) (djb) (Entered: 12/03/2019) |
| 12/03/2019 | 848 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 12/3/2019. Written order to follow. (Tape #GNV DCR 2019.) (atm) (Entered: 12/03/2019) |
| 12/03/2019 | 849 | MOTION to Appear Pro Hac Vice by Saghar Esfandiarifard.( Filing fee $ 201 receipt number AFLNDC-4725642.) by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit) (ESFANDIARIFARD, SAGHAR) (Entered: 12/03/2019) |
| 12/03/2019 | 854 | ORDER signed by MAGISTRATE JUDGE GARY R JONES on 12/3/19. Plaintiffs request to add eight additional custodians to the TAR corpus, which the Court construes as a motion to compel Defendants to collect ESI from additional custodians to include in the TAR corpus is GRANTED in part and DENIED in part. (tss) (Entered: 12/04/2019) |
| 12/04/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 849 MOTION to Appear Pro Hac Vice by Saghar Esfandiarifard. (djb) (Entered: 12/04/2019) |
| 12/04/2019 | 850 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/04/2019) |
| 12/04/2019 | 851 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-4 [Sealed], # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 12/4/2019) (djb). (Entered: 12/04/2019) |
| 12/04/2019 | 852 | ORDER granting 849 Motion to Appear Pro Hac Vice (Appointed SAGHAR ESFANDIARIFARD for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 12/4/2019. (djb) (Entered: 12/04/2019) |
| 12/04/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 850 Plaintiffs' MOTION for Leave to File Under Seal Exhibits to their 851 Motion to Authorize Disclosure of Military Records (djb) (Entered: 12/04/2019) |

| | | |
|---|---|---|
| 12/04/2019 | 853 | ORDER - GRANTED, as requested, 850 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 12/4/2019. (djb) (Entered: 12/04/2019) |
| 12/04/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 851 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 12/04/2019) |
| 12/04/2019 | 855 | PRIVACY ACT ORDER NO. 8. Plaintiffs' 851 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 851 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 12/4/2019. (djb) (Entered: 12/04/2019) |
| 12/04/2019 | 856 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Veterans Affairs and Related Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/04/2019) |
| 12/04/2019 | 857 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Veterans Affairs and Related Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A-SEALED, # 2 Exhibit B, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 1 replaced on 12/6/2019) (djb). (Entered: 12/04/2019) |
| 12/05/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 856 Plaintiffs' MOTION for Leave to File Under Seal Exhibits to their 857 Motion to Authorize Disclosure of Veterans Affairs and Related Military Records (djb) (Entered: 12/05/2019) |
| 12/05/2019 | 858 | NOTICE of Appearance by PHILIP PAUL TERRAZZINO on behalf of NOTICE ONLY (TERRAZZINO, PHILIP) (Entered: 12/05/2019) |
| 12/05/2019 | 859 | MOTION to Compel *DISCOVERY AND MEMORANDUM OF LAW* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (HUTSON, SHELLEY) # 5 3M Plaintiff's Motion to Compel Exemplars (Unredacted)) (djb). Modified on 12/6/2019 (djb). (Entered: 12/05/2019) |
| 12/06/2019 | 860 | MOTION to Appear Pro Hac Vice by Wesley D. Merillat.( Filing fee $ 201 receipt number AFLNDC-4729808.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A: Certificate of Good Standing) (MERILLAT, WESLEY) (Entered: 12/06/2019) |
| 12/06/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 860 MOTION to Appear Pro Hac Vice by Wesley D. Merillat. (djb) (Entered: 12/06/2019) |
| 12/06/2019 | 861 | ORDER granting 856 Plaintiffs' MOTION for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Veterans Affairs and Related Military Records. Signed by JUDGE M CASEY RODGERS on 12/6/2019. (djb) (Entered: 12/06/2019) |
| 12/06/2019 | 862 | PRIVACY ACT ORDER NO. 9. The 857 Plaintiffs' Unopposed Motion to Authorize Disclosure of Veterans Affairs and Related Military Records is GRANTED. The Clerk is directed to maintain Exhibit A to Plaintiffs' motion, ECFNo. 857 -1, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 12/6/2019. (djb) (Entered: 12/06/2019) |
| 12/06/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 859 MOTION to Compel DISCOVERY AND MEMORANDUM OF LAW. Referred to GARY R JONES. (djb) (Entered: 12/06/2019) |

| 12/06/2019 | 863 | ORDER granting 860 Motion to Appear Pro Hac Vice (Appointed WESLEY D MERILLAT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 12/6/2019. (djb) (Entered: 12/06/2019) |
| --- | --- | --- |
| 12/06/2019 | 864 | PRETRIAL ORDER NO. 20 INACTIVE ADMINISTRATIVE DOCKET. The Court has established an inactive administrative docket, In re 3M Inactive Plaintiffs, Case No. 3:19mc87, which will serve as a "master" docket for the oversight and management of all claims involving the 3M CAEv2 that have been or will be in the future registered with MDL Centrality/BrownGreer, PLC. Signed by JUDGE M CASEY RODGERS on 12/6/2019. (djb) (Entered: 12/06/2019) |
| 12/08/2019 | 865 | PRETRIAL ORDER NO. 21. Amendments to Pretrial Order No. 20 864 . Signed by JUDGE M CASEY RODGERS on 12/8/2019. (tvj) (Entered: 12/08/2019) |
| 12/09/2019 | 866 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 12/9/2019. Additional telephonic hearing on this matter set for 12/18/2019 at 2:00 p.m. Written order to follow. (Tape #GNV DCR 2019.) (atm) (Entered: 12/09/2019) |
| 12/10/2019 | 867 | ORDER concerning matters addressed at the December 9, 2019 telephone hearing, suspending the return date for the subpoenas served on Dr. Casali and Virginia Tech until further order of the court and scheduling a further telephonic hearing before Magistrate Judge Gary R. Jones on December 18, 2019 at 2:00 PM (EST). Signed by MAGISTRATE JUDGE GARY R JONES on 12/10/19. (grj) (Entered: 12/10/2019) |
| 12/10/2019 | 868 | MOTION Unopposed Motion for Leave to Submit Consolidated Opposition to Plaintiffs' Remand Motions and Extend Response Deadline by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 12/10/2019) |
| 12/10/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 868 MOTION Unopposed Motion for Leave to Submit Consolidated Opposition to Plaintiffs' Remand Motions and Extend Response Deadline (djb) (Entered: 12/10/2019) |
| 12/10/2019 | 869 | ORDER granting 868 Motion for Leave to Submit Consolidated Opposition to Plaintiffs' Remand Motions and Extend Response Deadline. Signed by JUDGE M CASEY RODGERS on 12/10/2019. (tvj) (Entered: 12/10/2019) |
| 12/11/2019 | 870 | NOTICE of Appearance by WESLEY D MERILLAT on behalf of NOTICE ONLY (MERILLAT, WESLEY) (Entered: 12/11/2019) |
| 12/11/2019 | | Set Deadlines re: 869 Order - Plaintiffs' remand motions filed between December 3 and December 6, 2019, and to extend the deadline for filing the consolidated response to 1/16/2020. (see list of cases at 868 Motion for Leave to Submit Consolidated Opposition to Plaintiffs' Remand Motions.) (djb) Modified on 12/11/2019 (djb). (Entered: 12/11/2019) |
| 12/12/2019 | 871 | MOTION to Appear Pro Hac Vice by KEVIN S. LAINE.( Filing fee $ 201 receipt number AFLNDC-4739055.) by NOTICE ONLY. (LAINE, KEVIN) Modified on 12/12/2019 to correct name of filer to "notice only" party (djb). (Entered: 12/12/2019) |
| 12/12/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 871 MOTION to Appear Pro Hac Vice by KEVIN S. LAINE. (djb) (Entered: 12/12/2019) |
| 12/12/2019 | 872 | ORDER granting 871 Motion to Appear Pro Hac Vice (Appointed KEVIN S LAINE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 12/12/2019. (djb) |

| | | (Entered: 12/12/2019) |
|---|---|---|
| 12/12/2019 | 873 | RESPONSE in Opposition re 859 MOTION to Compel *DISCOVERY AND MEMORANDUM OF LAW* , RESPONSE to Motion filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (BRANSCOME, KIMBERLY) (Entered: 12/12/2019) |
| 12/13/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 873 Response in Opposition to Motion, Response to Motion, 859 MOTION to Compel DISCOVERY AND MEMORANDUM OF LAW. Referred to GARY R JONES. (djb) (Entered: 12/13/2019) |
| 12/13/2019 | 874 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 4 actions re: MDLNo. 2885, MN/0:19-cv-02974, MN/0:19-cv-02975, MN/0:19-cv-02976, MN/0:19-cv-02977) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/13/2019. (Attachments: # 1 CTO-43 Finalized) (djb) (Entered: 12/13/2019) |
| 12/13/2019 | 875 | NOTICE of Appearance by JEFF H ECKLAND on behalf of NOTICE ONLY (ECKLAND, JEFF) (Entered: 12/13/2019) |
| 12/16/2019 | 876 | NOTICE of Appearance by JEFF H ECKLAND on behalf of NOTICE ONLY (ECKLAND, JEFF) (Entered: 12/16/2019) |
| 12/17/2019 | 877 | NOTICE of Appearance by VINCE C REUTER on behalf of NOTICE ONLY (REUTER, VINCE) (Entered: 12/17/2019) |
| 12/18/2019 | 878 | MOTION to Appear Pro Hac Vice by Michael Rothmann.( Filing fee $ 201 receipt number AFLNDC-4747106.) by NOTICE ONLY. (ROTHMANN, MICHAEL) (Entered: 12/18/2019) |
| 12/18/2019 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 878 MOTION to Appear Pro Hac Vice by Michael Rothmann. (sdw) (Entered: 12/18/2019) |
| 12/18/2019 | 879 | ORDER denying 859 Plaintiffs' Motion to Compel Discovery but directing the relinquishment of five exemplars for purposes of deposition and trial. Signed by MAGISTRATE JUDGE GARY R JONES on 12/18/19. (grj) (Entered: 12/18/2019) |
| 12/18/2019 | 880 | ORDER denying without prejudice 878 MOTION to Appear Pro Hac Vice by Michael Rothmann for failure to identify any individual case in which counsel appears as attorney of record. Signed by JUDGE M CASEY RODGERS on 12/18/2019. (sdw) (Entered: 12/18/2019) |
| 12/18/2019 | 881 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under SEal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/18/2019) |
| 12/18/2019 | 882 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Cover, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 12/30/2019) (djb). (Entered: 12/18/2019) |
| 12/18/2019 | 883 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Veterans Affairs and Related Medical Records* |

|            |     | by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/18/2019) |
|------------|-----|------|
| 12/18/2019 | 884 | MOTION for Disclosure *of Veterans Affairs and Related Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A (Under Seal), # 2 Exhibit B, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 12/18/2019) |
| 12/18/2019 | 885 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 12/18/2019. (Court Reporter Donna Boland, Official) (atm) (Entered: 12/18/2019) |
| 12/19/2019 |     | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 883 MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Veterans Affairs and Related Medical Records*, 882 MOTION for Disclosure *of Military Records*, 881 MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under SEal Exhibits to Their Motion to Authorize Disclosure of Military Records*, 884 MOTION for Disclosure *of Veterans Affairs and Related Military Records*. (sdw) (Entered: 12/19/2019) |
| 12/19/2019 | 886 | ORDER granting 881 Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 12/19/2019. (sdw) (Entered: 12/19/2019) |
| 12/19/2019 | 887 | ORDER granting 882 Unopposed Motion to Authorize Disclosure of Military Records. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 882 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 12/19/2019. (sdw) (Entered: 12/19/2019) |
| 12/26/2019 | 888 | MOTION to Appear Pro Hac Vice by Bradley M. Lakin.( Filing fee $ 201 receipt number AFLNDC-4755402.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LAKIN, BRADLEY) (Entered: 12/26/2019) |
| 12/26/2019 | 940 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 actions re: MDL 2885. (1 in CAS/3:19-cv-02277, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897) Inasmuch as no objection is pending at this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 12/18/2019. (Attachments: # 1 CTO-44 Finalized) (***Note- Order was not posted on 12/26/2019 in error. All cases listed have been transferred in.) (djb) (Entered: 01/28/2020) |
| 12/27/2019 |     | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 888 MOTION to Appear Pro Hac Vice by Bradley M. Lakin. (djb) (Entered: 12/27/2019) |
| 12/30/2019 | 889 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 1 action re: MDLNo. 2885, (NYS/1:19-cv-02593) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/27/2019. (Attachments: # 1 CTO-45 Finalized) (djb) (Entered: 12/30/2019) |
| 12/30/2019 | 890 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 3 actions re: MDLNo. 2885, (MN/0:19-cv-03079, MN/0:19-cv-03081, MN/0:19-cv-03082) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 12/27/2019. (Attachments: # 1 CTO-46 Finalized) (djb) (Entered: 12/30/2019) |

| 12/30/2019 | 891 | MOTION to Compel by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D - To Be Filed Under Seal, # 5 Exhibit E - To Be Filed Under Seal, # 6 Exhibit F - To Be Filed Under Seal, # 7 Exhibit G) # 8 Motion to Compel (Unredacted). (SEEGER, CHRISTOPHER) Modified on 12/31/2019 (djb). (Entered: 12/30/2019) |
|---|---|---|
| 12/31/2019 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 891 MOTION to Compel Production of Documents and Memorandum of Law . Referred to GARY R JONES. (djb) (Entered: 12/31/2019) |
| 01/02/2020 | 892 | ORDER directing Plaintiffs to file a certificate of service that Plaintiffs' Motion to Compel Production of Documents [ECF No. 891] was served upon counsel for the French-German Research Institute of Saint-Louis. Signed by MAGISTRATE JUDGE GARY R JONES on 01/2/20. (grj) (Entered: 01/02/2020) |
| 01/02/2020 | 893 | ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER. IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-44" filed on December 10, 2019, is REINSTATED insofar as it relates to this action. As to Zamudio v. 3M Company Inc., S.D. California, C.A. No. 3:19-02277, only. FLND case number 3:19cv5069-MCR/GRJ. Signed by John W. Nichols, Clerk of the Panel. (djb) (Entered: 01/06/2020) |
| 01/02/2020 | 894 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-47) - 2 actions (AK/3:19-cv-00286, MN/0:19-cv-03085) re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/2/2020. (Attachments: # 1 CTO-47 Finalized) (djb) (Entered: 01/06/2020) |
| 01/06/2020 | 895 | NOTICE of Appearance by BRIAN MCNIFF on behalf of NOTICE ONLY (MCNIFF, BRIAN) Modified on 1/6/2020 to note civil case 3:19cv4808-MCR/GRJ, Drago v. 3M Company et al, transferred in 11/21/2019 (djb). (Entered: 01/06/2020) |
| 01/06/2020 | 896 | CERTIFICATE OF SERVICE by CO-LEAD COUNSEL FOR PLAINTIFFS re 891 MOTION to Compel , 892 Order, (SEEGER, CHRISTOPHER) (Entered: 01/06/2020) |
| 01/07/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 896 Certificate of Service, 891 MOTION to Compel , per 893 Order. Referred to GARY R JONES. (djb) (Entered: 01/07/2020) |
| 01/07/2020 | 897 | NOTICE of Appearance by LARRY R WOOLFORD on behalf of NOTICE ONLY (WOOLFORD, LARRY) (Entered: 01/07/2020) |
| 01/07/2020 | 898 | PRETRIAL ORDER NO. 22. This Order replaces and supersedes 864 Pretrial Order No. 20 and 865 Pretrial Order No. 21 in all respects. The administrative docket will be renamed, In re 3M Administrative Docket, 3:19mc87. Signed by JUDGE M CASEY RODGERS on 1/7/2020. (djb) (Entered: 01/07/2020) |
| 01/08/2020 | 899 | NOTICE of Appearance by MACY D HANSON on behalf of LAMAR SETTLEMIRES (HANSON, MACY) (Entered: 01/08/2020) |
| 01/09/2020 | 900 | COMMON BENEFIT ORDER NO. 2. This Order amends the Court's prior 392 Order of Appointment and 488 Common Benefit Order No. 1, to reflect that Ellen Reisman will no longer serve as Common Benefit Fund (CBF) Special Master in the 3M MDL and instead Randall Sansom, CPA will serve in that same capacity with all of the authority conferred on the special master in the prior Order of Appointment. Signed by JUDGE M CASEY RODGERS on 1/9/2019. (djb) (Entered: 01/09/2020) |
| 01/09/2020 | 901 | NOTICE of Appearance by MATIAS J ADROGUE on behalf of LAKELTRA |

| | | AMBROSHA JONES (ADROGUE, MATIAS) (Entered: 01/09/2020) |
|---|---|---|
| 01/09/2020 | 902 | MOTION Renewed Motion to Appear Pro Hac Vice by NOTICE ONLY. (ROTHMANN, MICHAEL) Modified on 1/9/2020 to correct filer as notice only party (djb). (Entered: 01/09/2020) |
| 01/09/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 902 MOTION Renewed Motion to Appear Pro Hac Vice by Michael Rothman (djb) (Entered: 01/09/2020) |
| 01/10/2020 | 903 | ORDER granting 902 Renewed Motion to Appear Pro Hac Vice. Signed by JUDGE M CASEY RODGERS on 1/10/2020. Attorney MICHAEL ROTHMANN for NOTICE ONLY added. (djb) (Entered: 01/10/2020) |
| 01/13/2020 | 904 | SEALED ORDER - For the foregoing reasons, the Court finds that Defendants have satisfied the requirements for removal under § 1442(a)(1) and that it has subject matter jurisdiction over Plaintiffs' claims. Accordingly: (1.) Plaintiffs' motions to remand are DENIED. Due to the sealed nature of this Order, the Clerk is directed to enter it only on the master docket for the MDL, until further order of the Court. (2.) The Clerk is further directed to sever the Minnesota multi-plaintiff actions as follows: all plaintiffs, except for the first-named plaintiff, are hereby DISMISSED WITHOUT PREJUDICE, with the right to refile an individual short complaint in the approved form for the MDL at ECF No. 705 . The filing fee will be waived for any Minnesota plaintiff who is severed pursuant to this order and who timely files a short form complaint within 30 days of the dismissal without prejudice. The provisions of Pretrial Order No. 16, ECF No. 761 , govern the severance process. (3.) All other deadlines applicable to 3M MDL plaintiff-- including census obligations--are now reinstated as to the Minnesota plaintiffs. Signed by JUDGE M CASEY RODGERS on 1/13/2020. (djb) (Entered: 01/13/2020) |
| 01/13/2020 | 905 | ORDER - The Court has now entered an omnibus Order resolving the Minnesota Plaintiffs' motions to remand. The omnibus Order was provisionally sealed to protect from disclosure any confidential information previously determined to be subject to seal. The parties are granted until January 21, 2020 to file an appropriate motion, supported by good cause, for maintaining any specific portions of the Order under seal. Signed by JUDGE M CASEY RODGERS on 1/13/2020. (djb) (Entered: 01/13/2020) |
| 01/14/2020 | 906 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Eighth Case Management Conference held on 1/14/2020. (Court Reporter Donna Boland.) (Attachments: # 1 Census Data Presentation) (sps) (Entered: 01/14/2020) |
| 01/14/2020 | 907 | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on January 16, 2020 at 11:00 AM (EST). Signed by MAGISTRATE JUDGE GARY R JONES on 01/14/20. (grj) (Entered: 01/14/2020) |
| 01/15/2020 | 908 | NOTICE of Appearance by JARED M REAMS on behalf of NOTICE ONLY (REAMS, JARED) (Entered: 01/15/2020) |
| 01/16/2020 | 909 | MOTION for Emergency Admission of Counsel for Non-Party French-German Research Institute of Saint Louis (ISL). (Attachments: # 1 Text of Proposed Order) (djb) (Entered: 01/16/2020) |
| 01/16/2020 | 910 | UNOPPOSED MOTION for Extension of Time to Respond to Plaintiffs' 891 MOTION to Compel Production of Documents filed by Attorney Charles F. B. McAleer, Jr. (djb) (Entered: 01/16/2020) |
| 01/16/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 910 UNOPPOSED |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Response to 891 MOTION to Compel , 909 MOTION for Leave to Appear for Emergency Admission of Counsel for Non-Party French-German Research Institute of Saint Louis (ISL). Referred to GARY R JONES. (djb) (Entered: 01/16/2020) |
| 01/16/2020 | 911 | MOTION to Appear Pro Hac Vice by Eric J. O'Bell.( Filing fee $ 201 receipt number AFLNDC-4780856.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (O'BELL, ERIC) (Entered: 01/16/2020) |
| 01/16/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 911 MOTION to Appear Pro Hac Vice by Eric J. O'Bell. (Civil Complaint filed 3:20-cv138-MCR/GRJ) (djb) (Entered: 01/16/2020) |
| 01/16/2020 | 912 | ORDER granting 911 Motion to Appear Pro Hac Vice (Appointed ERIC J O'BELL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/16/2020. (djb) (Entered: 01/16/2020) |
| 01/16/2020 | 913 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES:Telephone Conference held on 1/16/2020. Written order to follow. (Court Reporter Donna Boland, Official Court Reporter, Pens.) (atm) (Entered: 01/16/2020) |
| 01/16/2020 | 914 | NOTICE of Appearance by DAVID WAYNE HODGES on behalf of NOTICE ONLY (HODGES, DAVID) (Entered: 01/16/2020) |
| 01/16/2020 | 915 | ORDER granting 910 Motion for Extension of Time to File Response as to 891 MOTION to Compel (ISL's response due by: 2/4/2020). Signed by MAGISTRATE JUDGE GARY R JONES on 1/16/2020. (kdm) (Entered: 01/16/2020) |
| 01/16/2020 | 916 | ORDER granting 909 Motion for Leave to Appear CHARLES F B MCALEER JR PHV on an emergency and limited basis for non-party French-German Research Institute of Saint Louis (ISL)signed by MAGISTRATE JUDGE GARY R JONES on 1/16/20. (Entered: 01/16/2020) |
| 01/16/2020 | 917 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - EIGHTH CASE MANAGEMENT CONFERENCE held on January 14, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189 ******FOR TRANSCRIPT COPIES Email:Donna_Boland@flnd.uscourts.gov.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due 1/23/2020. Release of Transcript Restriction set for 4/22/2020. (dlb) (Entered: 01/16/2020) |
| 01/16/2020 | 918 | ORDER. (Parties to advise Court of their selected documents on 1/28/2020., Defendants must provide the Court with a copy of privilege log in camera on 1/28/2020., Defendants remaining privilege objections to the 200 selected documents and those selected by the Court on or before 2/21/2020., Parties must file any response to the opposing partys brief on or before: 2/24/2020). Signed by MAGISTRATE JUDGE GARY R JONES on 1/16/2020. (kdm) (Entered: 01/17/2020) |
| 01/17/2020 | 919 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 actions in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 |

| | | |
|---|---|---|
| | | in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv00043) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/17/2020. (Attachments: # 1 CTO-48 Finalized) (djb) (Entered: 01/17/2020) |
| 01/17/2020 | 920 | NOTICE of Appearance by BRETT J NOVICK on behalf of NOTICE ONLY (NOVICK, BRETT) (Entered: 01/17/2020) |
| 01/17/2020 | 921 | MOTION to Appear Pro Hac Vice by William B. Shinoff.( Filing fee $ 201 receipt number AFLNDC-4785489.) by NOTICE ONLY. (SHINOFF, WILLIAM) (Entered: 01/17/2020) |
| 01/21/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 921 MOTION to Appear Pro Hac Vice by William B. Shinoff. (djb) (Entered: 01/21/2020) |
| 01/21/2020 | 922 | PRETRIAL ORDER NO. 23 Bellwether Selection Protocol. Signed by JUDGE M CASEY RODGERS on 1/21/2020. (djb) (Entered: 01/21/2020) |
| 01/21/2020 | 923 | ORDER granting 888 Motion to Appear Pro Hac Vice (Appointed BRADLEY MATTHEW LAKIN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/21/2020. (djb) (Entered: 01/21/2020) |
| 01/21/2020 | 924 | CASE MANAGEMENT ORDER NO. 7. The Eighth Case Management Conference in this matter was held on January 14, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Signed by JUDGE M CASEY RODGERS on 1/21/2020. (djb) (Entered: 01/21/2020) |
| 01/22/2020 | 925 | MOTION to Appear Pro Hac Vice by Evan D. Buxner.( Filing fee $ 201 receipt number AFLNDC-4792134.) by NOTICE ONLY. (Attachments: # 1 Exhibit A (Certificates of Good Standing)) (BUXNER, EVAN) (Entered: 01/22/2020) |
| 01/22/2020 | 926 | ORDER of Deficiency. It is ORDERED that Attorney's Shinoff's Application for Admission of Attorney Pro Hac Vice, ECF No. 921 , will remain in the electronic file, but the Court will not consider it until the above deficiencies have been corrected through the filing of a renewed amended document. The motion is DENIED without prejudice to refiling. Signed by JUDGE M CASEY RODGERS on 1/22/2020. (sdw) (Entered: 01/22/2020) |
| 01/22/2020 | 927 | AMENDED ORDER - This Order amends the Court's sealed 904 Order dated January 13, 2020 denying the Minnesota plaintiffs' motions to remand, by redacting references to materials subject to a protective order in a prior related litigation. The Clerk is directed to enter a copy of this Amended Order on the master docket for the MDL, and also on the individual dockets for Minnesota cases in which motions to remand were pending on January 13, 2020. Signed by JUDGE M CASEY RODGERS on 1/22/2020. (tvj) (Entered: 01/22/2020) |
| 01/23/2020 | 928 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49)- 83 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/22/2020. (Attachments: # 1 CTO-49 Finalized) (djb) (Entered: 01/23/2020) |
| 01/23/2020 | 929 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50) - re: MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20- cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John |

| | | |
|---|---|---|
| | | W. Nichols on 1/23/2020. (Attachments: # 1 CTO-50 Finalized) (djb) (Entered: 01/23/2020) |
| 01/23/2020 | 930 | MOTION to Appear Pro Hac Vice by David S. Alllard-Reyes.( Filing fee $ 201 receipt number AFLNDC-4794603.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A - Cert. of Good Standing) (ALLARD-REYES, DAVID) (Entered: 01/23/2020) |
| 01/23/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 930 MOTION to Appear Pro Hac Vice by David S. Alllard-Reyes. (djb) (Entered: 01/23/2020) |
| 01/23/2020 | 931 | NOTICE of Appearance by GARY STUART FISH on behalf of NOTICE ONLY. (FISH, GARY) (Main Document 931 replaced on 1/24/2020) (djb). Modified on 1/24/2020 to correct "on behalf of NOTICE ONLY" and the pdf was upside down. Rasheem Thomas was deleted off the docket.) (djb). (Entered: 01/23/2020) |
| 01/24/2020 | 932 | ORDER granting 930 Motion to Appear Pro Hac Vice (Appointed DAVID SCOTT ALLARD-REYES for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/24/2020. (djb) (Entered: 01/24/2020) |
| 01/24/2020 | 933 | NOTICE of Appearance by BRADLEY MATTHEW LAKIN on behalf of NOTICE ONLY (LAKIN, BRADLEY) (Entered: 01/24/2020) |
| 01/25/2020 | 934 | PRETRIAL ORDER NO. 24 - Amendment to Pretrial Order No. 23 922 . The deadline for the parties to jointly advise the Court of their discovery selections for the initial discovery pool is extended to February 25, 2020. Signed by JUDGE M CASEY RODGERS on 01/25/2020. (tvj) Modified on 1/25/2020 (Jacobs, Tevenia). (Entered: 01/25/2020) |
| 01/27/2020 | 935 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-51) - 6 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/24/2020. (Attachments: # 1 CTO-51 Finalized) (djb) (Entered: 01/27/2020) |
| 01/27/2020 | 936 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/24/2020. (Attachments: # 1 CTO-52 Finalized) (djb) (Entered: 01/27/2020) |
| 01/27/2020 | 937 | MOTION to Appear Pro Hac Vice by Charles F. B. McAleer, Jr..( Filing fee $ 201 receipt number AFLNDC-4804855.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - VA Certificate of Good Standing, # 2 Exhibit B - DC Certificate of Good Standing) (MCALEER, CHARLES) (Entered: 01/27/2020) |
| 01/27/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 937 MOTION to Appear Pro Hac Vice by Charles F. B. McAleer, Jr. (djb) (Entered: 01/27/2020) |
| 01/27/2020 | 938 | MOTION to Appear Pro Hac Vice by Hannah Cory.( Filing fee $ 201 receipt number AFLNDC-4802906.) by NOTICE ONLY. (CORY, HANNAH) (Entered: 01/27/2020) |
| 01/28/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 938 MOTION to Appear Pro Hac Vice by Hannah Cory. (djb) (Entered: 01/28/2020) |
| 01/28/2020 | 939 | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER (CTO-44) - MDL No. 2885. (CAS/3:19-cv-02277, Zamudio). IT IS THEREFORE ORDERED that the stay of CTO-44 is LIFTED insofar as it relates to this action. Signed by Clerk of the Panel John W. Nichols on 1/28/2020. (Attachments: # 1 CTO-44 Stay Lifted) (djb) (Entered: 01/28/2020) |

| 01/28/2020 | 941 | ORDER granting 925 Motion to Appear Pro Hac Vice (Appointed EVAN D BUXNER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/28/2020. (djb) (Entered: 01/28/2020) |
|---|---|---|
| 01/28/2020 | 942 | ORDER granting 938 Motion to Appear Pro Hac Vice (Appointed HANNAH NICOLE CORY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/28/2020. (djb) (Entered: 01/28/2020) |
| 01/28/2020 | 943 | First MOTION to Appear Pro Hac Vice by Gary S. Fish.( Filing fee $ 201 receipt number AFLNDC-4807935.) by Rasheem Thomas. (FISH, GARY) Modified on 1/28/2020 to note motion filed in error. Fee has been refunded and Plaintiff taken off the docket (djb). (Entered: 01/28/2020) |
| 01/28/2020 | 945 | MOTION to Appear Pro Hac Vice by Eashaan Vajpeyi.( Filing fee $ 201 receipt number AFLNDC-4809976.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (VAJPEYI, EASHAAN) (Entered: 01/28/2020) |
| 01/29/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 945 MOTION to Appear Pro Hac Vice by Eashaan Vajpeyi. (djb) (Entered: 01/29/2020) |
| 01/29/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 918 Order. Parties to advise Court of their selected documents on 1/28/2020. Defendants must provide the Court with a copy of privilege log in camera on 1/28/2020. (djb) (Entered: 01/29/2020) |
| 01/29/2020 | 946 | ORDER granting 945 Motion to Appear Pro Hac Vice (Appointed EASHAAN VAJPEYI for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 1/29/2020. (djb) (Entered: 01/29/2020) |
| 01/29/2020 | 947 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 actions re: MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/29/2020. (Attachments: # 1 CTO-53 Finalized) (djb) (Entered: 01/29/2020) |
| 01/29/2020 | 948 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 01/29/2020) |
| 01/29/2020 | 949 | ORDER granting 937 Motion to Appear Pro Hac Vice by Charles F.B. McAleer, Jr. Signed by JUDGE M CASEY RODGERS on 1/29/2020. (sdw) (Entered: 01/29/2020) |
| 01/29/2020 | 950 | MOTION for Disclosure *Joint Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 1 replaced on 1/30/2020) (djb). (Entered: 01/29/2020) |
| 01/29/2020 | 951 | ORDER granting 948 Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 1/29/2020. (tvj) (Entered: 01/29/2020) |
| 01/29/2020 | 952 | PRIVACY ACT ORDER NO. 11. The 950 Joint Motion to Authorize Disclosure of Military Records is GRANTED. Signed by JUDGE M CASEY RODGERS on 1/29/2020. (tvj) (Entered: 01/29/2020) |
| 01/30/2020 | 953 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Eal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR |

| | | |
|---|---|---|
| | | PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 01/30/2020) |
| 01/30/2020 | 954 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 Under Seal, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 2/3/2020) (djb). (Entered: 01/30/2020) |
| 01/31/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 953 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records, re: 954 MOTION for Disclosure of Military Records (djb) (Entered: 01/31/2020) |
| 01/31/2020 | 955 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 1/31/2020. (Attachments: # 1 CTO-54 Finalized) (djb) (Entered: 01/31/2020) |
| 01/31/2020 | 956 | ORDER granting 953 Motion for Leave to File Under Seal Exhibit to Plaintiffs' Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 1/31/2020. (tvj) (Entered: 01/31/2020) |
| 01/31/2020 | 957 | PRIVACY ACT ORDER NO. 12. Plaintiffs' 954 Motion to Authorize Disclosure of Military Records is GRANTED. Signed by JUDGE M CASEY RODGERS on 1/31/2020. (tvj) (Entered: 01/31/2020) |
| 02/03/2020 | 958 | MOTION to Amend/Correct 800 Answer to Complaint, *Master Long Form Complaint [Unopposed]* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 02/03/2020) |
| 02/03/2020 | 959 | AMENDED ANSWER to *Master Long Form Complaint 704* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 02/03/2020) |
| 02/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 958 MOTION to Amend 800 Answer to Master Long Form Complaint [Unopposed], see 959 Amended Answer to Complaint (djb) (Entered: 02/03/2020) |
| 02/03/2020 | 960 | MOTION to Appear Pro Hac Vice by Jennifer L. Lawrence.( Filing fee $ 201 receipt number AFLNDC-4827142.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LAWRENCE, JENNIFER) (Entered: 02/03/2020) |
| 02/03/2020 | 961 | MOTION to Appear Pro Hac Vice by Lindsay A. Lawrence.( Filing fee $ 201 receipt number AFLNDC-4827232.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LAWRENCE, JENNIFER) (Entered: 02/03/2020) |
| 02/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 960 MOTION to Appear Pro Hac Vice by Jennifer L. Lawrence; 961 MOTION to Appear Pro Hac Vice by Lindsay A. Lawrence. (djb) (Entered: 02/03/2020) |
| 02/03/2020 | 962 | ORDER - The 960 Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 2/3/2020. (djb) (Entered: 02/03/2020) |

| 02/03/2020 | 963 | ORDER - The 961 Motion to Appear Pro Hac Vice is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. See ECF No. 86 , II. Signed by JUDGE M CASEY RODGERS on 2/3/2020. (djb) (Entered: 02/03/2020) |
| 02/03/2020 | 964 | ORDER granting 958 MOTION to Amend 800 Answer to Master Long Form Complaint. Signed by JUDGE M CASEY RODGERS on 2/3/2020. (djb) (Entered: 02/03/2020) |
| 02/03/2020 | 965 | STIPULATION *JOINT STIPULATION RE PRODUCTION OF PLAINTIFF RECORDS* by 3M COMPANY. (HILL, THOMAS) (Entered: 02/03/2020) |
| 02/03/2020 | 966 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, Teleconference, held on 12/18/19, before Judge Gary R. Jones. Court Reporter/Transcriber Julie A. Wycoff, Telephone number 850-470-8196.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **2/10/2020**. Release of Transcript Restriction set for **5/11/2020**. (jaw) (Entered: 02/03/2020) |
| 02/04/2020 | 967 | MOTION to Appear Pro Hac Vice by Hamilton Jordan.( Filing fee $ 201 receipt number AFLNDC-4831390.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (DIGIORGIO, GEORGE) (Entered: 02/04/2020) |
| 02/04/2020 | 968 | First MOTION to Appear Pro Hac Vice by Robert K. Jassoy.( Filing fee $ 201 receipt number AFLNDC-4833478.) by NOTICE ONLY. (JASSOY, ROBERT) (Entered: 02/04/2020) |
| 02/04/2020 | 969 | MEMORANDUM in Opposition re 891 MOTION to Compel filed by NOTICE ONLY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit A to Exhibit 2, # 4 Exhibit B to Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8) (MCALEER, CHARLES) (Entered: 02/04/2020) |
| 02/05/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 968 First MOTION to Appear Pro Hac Vice by Robert K. Jassoy; 967 MOTION to Appear Pro Hac Vice by Hamilton Jordan. (djb) (Entered: 02/05/2020) |
| 02/05/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 969 Memorandum in Opposition to Motion, 891 MOTION to Compel . Referred to GARY R JONES. (djb) (Entered: 02/05/2020) |
| 02/05/2020 | 970 | MOTION to Appear Pro Hac Vice by Jennifer L. Lawrence.( Filing fee $ 201 receipt number AFLNDC-4834448.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LAWRENCE, JENNIFER) (Entered: 02/05/2020) |
| 02/05/2020 | 971 | MOTION to Appear Pro Hac Vice by Lindsay A. Lawrence.( Filing fee $ 201 receipt number AFLNDC-4834513.) by NOTICE ONLY. (Attachments: # 1 Exhibit Exhibit A) (LAWRENCE, JENNIFER) (Entered: 02/05/2020) |
| 02/05/2020 | 972 | ORDER granting 967 Motion to Appear Pro Hac Vice (Appointed HAMILTON GREEN JORDAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/5/2020. (djb) (Entered: 02/05/2020) |
| 02/05/2020 | 973 | ORDER granting 968 Motion to Appear Pro Hac Vice (Appointed ROBERT KEVIN |

| | | |
|---|---|---|
| | | JASSOY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/5/2020. (djb) (Entered: 02/05/2020) |
| 02/05/2020 | 974 | ORDER granting 970 Motion to Appear Pro Hac Vice (Appointed JENNIFER LEE LAWRENCE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/5/2020. (djb) (please note, requested refund from Finance Department for second PHV fee) (Entered: 02/05/2020) |
| 02/05/2020 | 975 | ORDER granting 971 Motion to Appear Pro Hac Vice by Lindsay A. Lawrence. Signed by JUDGE M CASEY RODGERS on 2/5/2020. (djb) (please note, requested refund from Finance Department for second PHV fee. Ms. Lawrence you are not added to NOTICE ONLY party because you have not finished the attorney admissions process) (Entered: 02/05/2020) |
| 02/05/2020 | 976 | NOTICE of Appearance by KEVIN REEVE DUCK on behalf of NOTICE ONLY (DUCK, KEVIN) (Entered: 02/05/2020) |
| 02/05/2020 | 977 | PRETRIAL ORDER NO. 25 - Confidentiality of Certain Medical Information, 38 U.S.C. § 7332. Signed by JUDGE M CASEY RODGERS on 2/5/2020. (tvj) (Entered: 02/05/2020) |
| 02/07/2020 | 978 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 actions. re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/7/2020. (Attachments: # 1 CTO-55 Finalized) (djb) (Entered: 02/07/2020) |
| 02/07/2020 | 979 | First MOTION to Appear Pro Hac Vice by Elizabeth E. Chambers.( Filing fee $ 201 receipt number AFLNDC-4843792.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (CHAMBERS, ELIZABETH) (Entered: 02/07/2020) |
| 02/07/2020 | 980 | Amended MOTION to Appear Pro Hac Vice by William B. Shinoff.( Filing fee $ 201 receipt number AFLNDC-4845028.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex A Certificate of Good Standing) (SHINOFF, WILLIAM) Modified on 2/10/2020 to correct filer to NOTICE ONLY(djb). (Entered: 02/07/2020) |
| 02/10/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 979 First MOTION to Appear Pro Hac Vice by Elizabeth E. Chambers. (djb) (Entered: 02/10/2020) |
| 02/10/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 980 Amended MOTION to Appear Pro Hac Vice by William B. Shinoff. (see 926 Deficiency Order) (djb) (Entered: 02/10/2020) |
| 02/10/2020 | 981 | ORDER granting 979 Motion to Appear Pro Hac Vice (Appointed ELIZABETH ELLIS CHAMBERS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/10/2020. (djb) (Entered: 02/10/2020) |
| 02/10/2020 | 982 | ORDER granting 980 Motion to Appear Pro Hac Vice (Appointed WILLIAM B SHINOFF for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/10/2020. (djb) (Entered: 02/10/2020) |
| 02/10/2020 | 983 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of PHONE CONFERENCE Proceedings held on January 16, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189.EMAIL:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of* |

| | | |
|---|---|---|
| | | *Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **2/18/2020**. Release of Transcript Restriction set for **5/18/2020**. (dlb) (Entered: 02/10/2020) |
| 02/10/2020 | 984 | MOTION to Appear Pro Hac Vice by Tabitha J. De Paulo.( Filing fee $ 201 receipt number AFLNDC-4849412.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Certificate of Good Standing)) (DE PAULO, TABITHA) (Entered: 02/10/2020) |
| 02/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 984 MOTION to Appear Pro Hac Vice by Tabitha J. De Paulo. (djb) (Entered: 02/11/2020) |
| 02/11/2020 | 985 | ORDER granting 984 Motion to Appear Pro Hac Vice (Appointed TABITHA JOY DE PAULO for 3M COMPANY,TABITHA JOY DE PAULO for 3M OCCUPATIONAL SAFETY LLC,TABITHA JOY DE PAULO for AEARO HOLDING LLC,TABITHA JOY DE PAULO for AEARO INTERMEDIATE LLC,TABITHA JOY DE PAULO for AEARO LLC,TABITHA JOY DE PAULO for AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 2/11/2020. (djb) (Entered: 02/11/2020) |
| 02/11/2020 | 986 | MOTION to Appear Pro Hac Vice by Naomi Pontious.( Filing fee $ 201 receipt number AFLNDC-4851252.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex. A - Certificate of Good Standing) (PONTIOUS, NAOMI) (Entered: 02/11/2020) |
| 02/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 986 MOTION to Appear Pro Hac Vice by Naomi Pontious. (djb) (Entered: 02/11/2020) |
| 02/11/2020 | 987 | PRETRIAL ORDER NO. 26. Phase 1 Discovery and Dispositive Motions. Discovery on issues related to Defendants' federal affirmative defenses is ongoing and no deadline will be imposed for its completion. To the extent either side wishes to file a dispositive motion on the merits of a particular affirmative defense, that motion must be filed by **April 1, 2020**, with responses due by **April 14, 2020** and replies due by **April 21, 2020**. This will be the parties' only opportunity to move for summary judgment on the federal government contractor defense-neither side will be permitted to so move in an individual case. Signed by JUDGE M CASEY RODGERS on 2/11/2020. (djb) (Entered: 02/11/2020) |
| 02/11/2020 | 988 | ORDER granting 986 Motion to Appear Pro Hac Vice (Appointed NAOMI C PONTIOUS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/11/2020. (djb) (Entered: 02/11/2020) |
| 02/11/2020 | 989 | NOTICE of Appearance by JENNIFER LEE LAWRENCE on behalf of NOTICE ONLY (LAWRENCE, JENNIFER) (Entered: 02/11/2020) |
| 02/11/2020 | 990 | MOTION to Seal Document *Plaintiff's Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 02/11/2020) |
| 02/11/2020 | 991 | MOTION for Disclosure *of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-4, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) Modified on 2/12/2020 (djb). (Entered: 02/11/2020) |
| 02/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY |

| | | |
|---|---|---|
| | | RODGERS notified that action is needed Re: 990 Plaintiff's MOTION for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 991 MOTION for Disclosure of Military Records (djb) (Entered: 02/11/2020) |
| 02/12/2020 | 992 | ORE TENUS MOTION for Protective Order under Rule 30(d)(3). (kdm) (Entered: 02/12/2020) |
| 02/12/2020 | 993 | ORDER denying 992 ORE TENUS MOTION for Protective Order under Rule 30(d)(3. Signed by MAGISTRATE JUDGE GARY R JONES on 2/12/2020. (kdm) (Entered: 02/12/2020) |
| 02/12/2020 | 994 | ORDER granting 990 Plaintiff's Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, as requested. Signed by JUDGE M CASEY RODGERS on 2/12/20. (djb) (Entered: 02/12/2020) |
| 02/12/2020 | 995 | PRIVACY ACT ORDER NO. 13. Plaintiffs' 991 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 991 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 2/12/2020. (djb) (Entered: 02/12/2020) |
| 02/13/2020 | 996 | ORDER - The case management conference on Friday, February 21, 2020 at 9:30 a.m. Central will be held in Courtroom 1, which is on the first floor of the Winston E. Arnow Federal Building. The Court will hold a preconference meeting at 8:30 a.m. Central with those attorneys permitted to attend under Case Management Order No. 2, ECF No. 452 , in the jury room adjacent to Courtroom 1. Signed by JUDGE M CASEY RODGERS on 2/13/2020. (djb) (Entered: 02/13/2020) |
| 02/13/2020 | 997 | NOTICE of Appearance by WILLIAM B SHINOFF on behalf of NOTICE ONLY. (SHINOFF, WILLIAM) Modified on 2/13/2020 to correct filer (djb). (Entered: 02/13/2020) |
| 02/13/2020 | 998 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 actions re: MDL 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 2/13/2020. (Attachments: # 1 CTO-56 Finalized) (djb) (Entered: 02/13/2020) |
| 02/13/2020 | 999 | PRETRIAL ORDER NO. 27 - Suspension of Initial Census Deadlines. Signed by JUDGE M CASEY RODGERS on 2/13/2020. (tvj) (Entered: 02/13/2020) |
| 02/18/2020 | 1000 | ORDER denying 891 Motion to Compel and denying ISL request for an award of attorney's fees and costs re: 969 at 34 MEMORANDUM in Opposition signed by MAGISTRATE JUDGE GARY R JONES on 2/18/20. (bkp) (Entered: 02/18/2020) |
| 02/19/2020 | 1001 | NOTICE of Change of Address by KIMBERLY O BRANSCOME (BRANSCOME, KIMBERLY) (Entered: 02/19/2020) |
| 02/19/2020 | 1021 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s). Inasmuch as no objection is pendingat this time, the stay is lifted.Signed by Clerk of the Panel John W. Nichols on 2/19/2020. (Attachments: # 1 CTO-57 Finalized) (djb) (order not posted on 2/19/2020 in error - all cases listed were transferred in on 2/19/2020) (Entered: 03/06/2020) |
| 02/20/2020 | 1002 | NOTICE of Appearance by NAOMI C PONTIOUS on behalf of NOTICE ONLY (PONTIOUS, NAOMI) (Entered: 02/20/2020) |
| 02/20/2020 | 1003 | NOTICE of Counsel to Stop Receiving Notices of Electronic Filings by NOTICE ONLY (WILLIAMS, JESSICA) (Entered: 02/20/2020) |
| 02/21/2020 | 1004 | NOTICE of Appearance by ZEFFERY MIMS on behalf of NOTICE ONLY (MIMS, |

| | | ZEFFERY) (Entered: 02/21/2020) |
|---|---|---|
| 02/21/2020 | 1005 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Ninth Case Conference held on 2/21/2020. (Court Reporter DONNA BOLAND.) (sps) (Main Document 1005 replaced on 2/25/2020) (sps). (Entered: 02/24/2020) |
| 02/24/2020 | 1006 | MOTION Plaintiffs' Unopposed Motion to Appoint Lien Resolution Administrator and Memorandum of Law by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (HUTSON, SHELLEY) (Entered: 02/24/2020) |
| 02/24/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1006 MOTION Plaintiffs' Unopposed Motion to Appoint Lien Resolution Administrator and Memorandum of Law (djb) (Entered: 02/24/2020) |
| 02/25/2020 | 1007 | ORDER OF APPOINTMENT. On Plaintiffs' unopposed motion to appoint Lien Resolution Administrator, ECF No. 1006 , and for good cause shown, the Court hereby appoints ARCHER Systems, LLC ("ARCHER") to serve as the Lien Resolution Administrator for this MDL. Signed by JUDGE M CASEY RODGERS on 2/25/2020. (djb) (Entered: 02/25/2020) |
| 02/25/2020 | 1008 | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on March 4, 2020 at 11:00 AM (EST) Re: Outstanding Discovery Issues. Call-in instructions in order. Signed by MAGISTRATE JUDGE GARY R JONES on 02/25/20. (grj) (Entered: 02/25/2020) |
| 02/25/2020 | 1009 | PRETRIAL ORDER NO. 28 Discovery & Trial Schedule for Initial Bellwether Cases. Signed by JUDGE M CASEY RODGERS on 2/25/2020. (djb) (Entered: 02/25/2020) |
| 02/25/2020 | 1010 | CASE MANAGEMENT ORDER NO. 8. The Ninth Case Management Conference in this matter was held on February 21, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Case management conferences are scheduled at 9:30 a.m. Central on the following dates: **Friday, March 27, 2020**; Friday, April 24, 2020; Friday, May 29, 2020. Signed by JUDGE M CASEY RODGERS on 2/25/2020. (djb) (Entered: 02/25/2020) |
| 02/25/2020 | 1011 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings NINTH CASE MANAGEMENT CONFERENCE held on February 21, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 840.470.8189 FOR TRANSCRIPT COPIES EMAIL:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **3/3/2020**. Release of Transcript Restriction set for **6/1/2020**. (dlb) (Entered: 02/25/2020) |
| 02/26/2020 | 1012 | CASE MANAGEMENT ORDER NO 9. Case management conferences schedule through the end of the year. Signed by JUDGE M CASEY RODGERS on 2/26/2020. (djb) (Entered: 02/26/2020) |
| 02/26/2020 | 1013 | MOTION to Appear Pro Hac Vice by M. Regina Bagdasarian.( Filing fee $ 201 receipt number AFLNDC-4902575.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (BAGDASARIAN, MILDRED) (Entered: 02/26/2020) |

| 02/26/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1013 MOTION to Appear Pro Hac Vice by M. Regina Bagdasarian. (djb) (Entered: 02/26/2020) |
|---|---|---|
| 02/26/2020 | 1014 | ORDER granting 1013 Motion to Appear Pro Hac Vice (Appointed MILDRED REGINA BAGDASARIAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 2/26/2020. (djb) (Entered: 02/27/2020) |
| 02/27/2020 | 1015 | PRETRIAL ORDER NO. 29 Initial Bellwether Cases. In accordance with the procedures set forth in Pretrial Order Nos. 23 and 24, the following cases (see order) have been selected for the initial bellwether pool. The Clerk is directed to enter a copy of this Order on the individual docket for each of the 25 cases, transfer the administrative cases to the 3M MDL docket, 3:19md2885, and send electronic notices of same to the attorneys of record for both sides. Signed by JUDGE M CASEY RODGERS on 2/27/2020. (djb) (Entered: 02/27/2020) |
| 03/03/2020 | 1016 | NOTICE of Appearance by LARRY D DRURY on behalf of NOTICE ONLY (DRURY, LARRY) (Entered: 03/03/2020) |
| 03/04/2020 | 1017 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Telephone Conference held on 3/4/2020. Written order to follow. (Court Reporter Donna Boland, Official Court Reporter (Pensacola). (atm) (Entered: 03/04/2020) |
| 03/04/2020 | 1018 | MOTION to Appear Pro Hac Vice by Katharine Krottinger.( Filing fee $ 201 receipt number AFLNDC-4927173.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (KROTTINGER, KATHARINE) Modified on 3/5/2020 to correct filer to NOTICE ONLY party (djb). (Entered: 03/04/2020) |
| 03/05/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1018 MOTION to Appear Pro Hac Vice by Katharine Krottinger. (djb) (Entered: 03/05/2020) |
| 03/05/2020 | 1019 | ORDER granting 1018 Motion to Appear Pro Hac Vice (Appointed KATHARINE GALE KROTTINGER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/5/2020. (djb) (Entered: 03/05/2020) |
| 03/05/2020 | 1020 | ORDER re 1017 Telephone Conference. Signed by MAGISTRATE JUDGE GARY R JONES on 3/5/2020. (kdm) (Entered: 03/05/2020) |
| 03/06/2020 | 1022 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-58) - 1 action re: MDL No. 2885, 1 in MN/0:20-cv-00516). Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/6/2020. (Attachments: # 1 CTO-58 Finalized) (djb) (Entered: 03/06/2020) |
| 03/06/2020 | 1023 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 03/06/2020) |
| 03/06/2020 | 1024 | MOTION for Disclosure *Joint Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 1 replaced on 3/9/2020) (djb). (Entered: 03/06/2020) |
| 03/06/2020 | 1025 | PRETRIAL ORDER NO. 30 Amendment to Pretrial Order No. 29, ECF 1015 . By agreement of the parties, the deadline for initial bellwether plaintiffs to file a Notice of Designated Forum is extended to **March 20, 2020**, and the deadline for the parties to file Lexecon statements for each initial bellwether case is extended to **March 24, 2020**. Signed by JUDGE M CASEY RODGERS on 3/6/2020. (djb) (Entered: 03/06/2020) |

| | | |
|---|---|---|
| 03/06/2020 | 1026 | ORDER - Judge David R. Herndon (ret.) was previously appointed as a Special Master in this MDL to assist the Court in moving the affirmative defenses into a posture for dispositive motion practice and, in particular, to help facilitate discovery from the United States. See ECF No. 760 . The Court now finds it appropriate to expand that role. (see order) Judge Herndon may communicate ex parte with counsel and/or the Court in fulfilling his duties. All other provisions of the prior Order of Appointment, ECF No. 760 , remain unchanged. Signed by JUDGE M CASEY RODGERS on 3/6/2020. (djb) (Entered: 03/06/2020) |
| 03/07/2020 | 1027 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONE CONFERENCE Proceedings held on March 4, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 840.470.8189 FOR TRANSCRIPT COPIES EMAIL:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **3/16/2020**. Release of Transcript Restriction set for **6/12/2020**. (dlb) (Entered: 03/07/2020) |
| 03/09/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1023 Plaintiffs' Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records, re: 1024 Joint Motion to Authorize Disclosure of Military Records (djb) (Entered: 03/09/2020) |
| 03/09/2020 | 1028 | AMENDED ORDER re 1017 Telephone Conference. Signed by MAGISTRATE JUDGE GARY R JONES on 3/9/2020. (kdm) (Entered: 03/09/2020) |
| 03/09/2020 | 1029 | ORDER granting 1023 Plaintiffs' Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 3/9/2020. (djb) (Entered: 03/09/2020) |
| 03/09/2020 | 1030 | PRIVACY ACT ORDER NO. 14. The 1024 Joint Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibit A to the joint motion, ECF No. 1024 -1, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 3/9/2020. (djb) (Entered: 03/09/2020) |
| 03/09/2020 | 1031 | MOTION to Appear Pro Hac Vice by Deborah Kay Levy.( Filing fee $ 201 receipt number AFLNDC-4938750.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standings) (LEVY, DEBORAH) (Entered: 03/09/2020) |
| 03/10/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1031 MOTION to Appear Pro Hac Vice by Deborah Kay Levy. (djb) (Entered: 03/10/2020) |
| 03/10/2020 | 1032 | ORDER granting 1031 Motion to Appear Pro Hac Vice (Appointed DEBORAH K LEVY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/10/2020. (djb) (Entered: 03/10/2020) |
| 03/10/2020 | 1033 | NOTICE of Appearance by EDWARD KIRKSEY WOOD, JR on behalf of NOTICE ONLY (WOOD, EDWARD) (Entered: 03/10/2020) |
| 03/10/2020 | 1034 | MOTION to Appear Pro Hac Vice by Thomas P. Valet.( Filing fee $ 201 receipt number AFLNDC-4943833.) by NOTICE ONLY. (VALET, THOMAS) Modified on 3/11/2020 to correct filer. Plaintiff party name removed from the docket. (djb). (Entered: 03/10/2020) |

| 03/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1034 MOTION to Appear Pro Hac Vice by Thomas P. Valet. (djb) (Entered: 03/11/2020) |
|---|---|---|
| 03/11/2020 | 1035 | ORDER granting 1034 Motion to Appear Pro Hac Vice (Appointed THOMAS P VALET for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/11/2020. (djb) (Entered: 03/11/2020) |
| 03/11/2020 | 1036 | MOTION to Seal Document *Plaintiffs Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 03/11/2020) |
| 03/11/2020 | 1037 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit SEALED COVER A1-A4, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 3/11/2020) (djb). (Entered: 03/11/2020) |
| 03/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1036 Plaintiffs Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, re: 1037 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 03/11/2020) |
| 03/11/2020 | 1038 | ORDER granting 1036 Plaintiffs Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, as requested. Signed by JUDGE M CASEY RODGERS on 3/11/2020. (djb) (Entered: 03/11/2020) |
| 03/11/2020 | 1039 | PRIVACY ACT ORDER NO. 15. 1037 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1037 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 3/11/2020. (djb) (Entered: 03/11/2020) |
| 03/12/2020 | 1040 | NOTICE of Appearance by ASHLEY BETH DILIBERTO on behalf of NOTICE ONLY (DILIBERTO, ASHLEY) (Entered: 03/12/2020) |
| 03/12/2020 | 1041 | NOTICE of Appearance by THOMAS JAMES CONROY on behalf of NOTICE ONLY (CONROY, THOMAS) (Entered: 03/12/2020) |
| 03/16/2020 | 1042 | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on Tuesday, March 24, 2020 at 2:00 PM (EDST). Defendants must provide their letter brief by March 20, 2020. Plaintiffs must provide their letter brief by March 23, 2020. Signed by MAGISTRATE JUDGE GARY R JONES on 03/16/20. (grj) (Entered: 03/16/2020) |
| 03/17/2020 | | Set Hearings re: 1042 Order. Telephonic hearing scheduled for **Tuesday, 3/24/2020 at 02:30 PM (Eastern Time)** before MAGISTRATE JUDGE GARY R JONES. Defendants letter brief due on or before **March 20, 2020**. Plaintiffs letter brief due on or before **March 23, 2020**. (djb) (Entered: 03/17/2020) |
| 03/17/2020 | 1043 | ORDER - The case management conference currently set for Friday, March 27, 2020 is hereby cancelled. The Court will instead hold a conference call with leadership counsel for both sides only. Signed by JUDGE M CASEY RODGERS on 3/17/2020. (djb) (Entered: 03/17/2020) |
| 03/17/2020 | 1044 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-59) - 3 action(s) re: pldg. ( 721 in MDL No. 2885, 1 in MN/0:20-cv-00665, 1 in MN/0:20-cv-00667, 1 in MN/0:20-cv-00668) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by |

| | | |
|---|---|---|
| | | Clerk of the Panel John W. Nichols on 3/17/2020. (Attachments: # 1 CTO-59 Finalized) (djb) (Entered: 03/17/2020) |
| 03/18/2020 | 1045 | NOTICE of Appearance by KRISTINA J ANDERSON on behalf of NOTICE ONLY (ANDERSON, KRISTINA) (Entered: 03/18/2020) |
| 03/18/2020 | 1046 | PRETRIAL ORDER NO. 31 Plaintiff Leadership Reappointment Process. On May 22, 2019, the plaintiff leadership team for this litigation was appointed to a one-year term, expiring on May 22, 2020, with the option to apply for reappointment annually. See Pretrial Order No. 7, ECF No. 376 . This Order establishes the reappointment application process. Signed by JUDGE M CASEY RODGERS on 3/18/2020. (djb) (Entered: 03/18/2020) |
| 03/19/2020 | 1047 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-60) - 1 action re: MDL No. 2885, 1 in PAE/2:20-cv-01049) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 3/19/2020. (Attachments: # 1 CTO-60 Finalized) (djb) (Entered: 03/19/2020) |
| 03/20/2020 | 1048 | ORDER re 918 and Plaintiffs' Motion to Compel documents on Defendants' privilege logs, as set forth in the parties letter briefs. Plaintiffs' Motion to Compel Defendants to produce exemplar documents on Defendants' privilege logs is granted in part and denied in part as to those documents identified in the Court's order. Signed by MAGISTRATE JUDGE GARY R JONES on 03/20/20. (grj) (Entered: 03/20/2020) |
| 03/20/2020 | 1049 | MOTION to Appear Pro Hac Vice by Quinn R. Wilson.( Filing fee $ 201 receipt number AFLNDC-4988576.) by NOTICE ONLY. (Attachments: # 1 Exhibit A) (WILSON, QUINN) (Entered: 03/20/2020) |
| 03/20/2020 | 1050 | MOTION to Appear Pro Hac Vice by RUSSELL ENDSLEY.( Filing fee $ 201 receipt number AFLNDC-4988592.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (ENDSLEY, RUSSELL) (Entered: 03/20/2020) |
| 03/20/2020 | 1051 | MOTION to Withdraw as Attorney *Motion to WIthdraw Harold A. Barza as Counsel for Plaintiffs Gilbert Formoso and Scott E. Lambert* by NOTICE ONLY. (BARZA, HAROLD) (Entered: 03/20/2020) |
| 03/23/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1050 MOTION to Appear Pro Hac Vice by RUSSELL ENDSLEY; 1049 MOTION to Appear Pro Hac Vice by Quinn R. Wilson; 1051 MOTION to WIthdraw Harold A. Barza as Counsel for Plaintiffs Gilbert Formoso and Scott E. Lambert (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1052 | MOTION to Appear Pro Hac Vice by Robert W. Cowan.( Filing fee $ 201 receipt number AFLNDC-4990831.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (COWAN, ROBERT) (Entered: 03/23/2020) |
| 03/23/2020 | 1053 | MOTION to Appear Pro Hac Vice by K. Camp Bailey.( Filing fee $ 201 receipt number AFLNDC-4990912.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (BAILEY, KENNETH) (Entered: 03/23/2020) |
| 03/23/2020 | 1054 | MOTION to Appear Pro Hac Vice by Aaron Heckaman.( Filing fee $ 201 receipt number AFLNDC-4990944.) by NOTICE ONLY. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (HECKAMAN, AARON) (Entered: 03/23/2020) |
| 03/23/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1054 MOTION to Appear Pro Hac Vice by Aaron Heckaman; 1052 MOTION to Appear Pro Hac Vice by Robert W. Cowan; 1053 MOTION to Appear Pro Hac Vice by K. Camp Bailey. (djb) (Entered: 03/23/2020) |

| | | |
|---|---|---|
| 03/23/2020 | 1055 | ORDER granting 1049 Motion to Appear Pro Hac Vice (Appointed QUINN ROBERT WILSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1056 | ORDER granting 1050 Motion to Appear Pro Hac Vice (Appointed RUSSELL WILLIAM ENDSLEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1057 | ORDER - The 1051 Motion to WIthdraw Harold A. Barza as Counsel for Plaintiffs Gilbert Formoso and Scott E. Lambert is DENIED without prejudice. For cases associated with the 3M MDL docket, motions to withdraw as counsel must be filed on individual plaintiffs' dockets. For cases on the 3M administrative docket, a Notice of Representation Issue must be submitted through MDL Centrality. Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1058 | ORDER granting 1052 Motion to Appear Pro Hac Vice (Appointed ROBERT W COWAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/23/2020) |
| 03/23/2020 | 1059 | MOTION to Compel by CO-LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A - Plaintiffs' First Set of Interrogatories, # 2 Exhibit B - Defendants' Response to Plaintiffs' First Set of Interrogatories, # 3 Exhibit C - Oct. 30, 2019 D. Buchanan Ltr. to M. Nomellini, # 4 Exhibit D - Jan. 1, 2020, D. Buchanan Ltr. to M. Nomellini, # 5 Exhibit E - Feb. 28, 2020, N. Wasdin email to D. Buchanan, # 6 Exhibit F - TO BE FILED UNDER SEAL, # 7 Exhibit G - TO BE FILED UNDER SEAL, # 8 Exhibit H - TO BE FILED UNDER SEAL, # 9 Exhibit I - TO BE FILED UNDER SEAL, # 10 Exhibit J - TO BE FILED UNDER SEAL) (SEEGER, CHRISTOPHER) Modified on 3/24/2020 (djb). (Entered: 03/23/2020) |
| 03/23/2020 | 1060 | ORDER granting 1053 Motion to Appear Pro Hac Vice (Appointed KENNETH CAMP BAILEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/24/2020) |
| 03/23/2020 | 1061 | ORDER granting 1054 Motion to Appear Pro Hac Vice (Appointed AARON M HECKAMAN for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/23/2020. (djb) (Entered: 03/24/2020) |
| 03/24/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1059 MOTION to Compel . Referred to GARY R JONES. (djb) (Entered: 03/24/2020) |
| 03/24/2020 | 1062 | NOTICE of Appearance by HENRY M GEORGE, JR on behalf of NOTICE ONLY. (GEORGE, HENRY) Modified on 3/24/2020 to correct filer name. Party deleted from the docket. (djb). (Entered: 03/24/2020) |
| 03/25/2020 | 1063 | NOTICE of Appearance by ADAM J LANGINO on behalf of NOTICE ONLY (LANGINO, ADAM) (Entered: 03/25/2020) |
| 03/26/2020 | 1064 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of DEFENSE MOTIONS TELECONFERENCE Proceedings held on March 24, 2020, before Judge Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. EMAIL:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* |

| | | Redaction Request due **4/2/2020**. Release of Transcript Restriction set for **7/1/2020**. (dlb) (Entered: 03/26/2020) |
|---|---|---|
| 03/26/2020 | [1065](#) | ORDER memorializing the Court's ruling at the March 24, 2020 telephonic hearing. [1042](#) . Defendants' motion to compel the Bellwether Plaintiffs to execute authorizations is granted in part and denied in part.. Signed by MAGISTRATE JUDGE GARY R JONES on 03/26/20. (grj) (Entered: 03/26/2020) |
| 03/27/2020 | | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Telephone Conference / 10th Case Management Conference held on 3/27/2020. [From 9:31 am to 11:16 am] (Court Reporter Donna Boland.) (sps) (Entered: 03/31/2020) |
| 03/30/2020 | [1066](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - TENTH CASE MANAGEMENT CONFERENCE held on March 27, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. Email:Donna_Boland@flnd.uscourts.gov. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **4/6/2020**. Release of Transcript Restriction set for **7/6/2020**. (dlb) (Entered: 03/30/2020) |
| 03/30/2020 | [1067](#) | MOTION to Appear Pro Hac Vice by Eric E. Holm.( Filing fee $ 201 receipt number AFLNDC-5015319.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit Certificate of Good Standing) (HOLM, ERIC) Modified on 3/31/2020 to correct filer to NOTICE ONLY (djb). (Entered: 03/30/2020) |
| 03/31/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [1067](#) MOTION to Appear Pro Hac Vice by Eric E. Holm. (djb) (Entered: 03/31/2020) |
| 03/31/2020 | [1068](#) | MOTION to Appear Pro Hac Vice by Rebecca Fredona.( Filing fee $ 201 receipt number AFLNDC-5017507.) by NOTICE ONLY. (Attachments: # [1](#) Exhibit) (FREDONA, REBECCA) (Entered: 03/31/2020) |
| 03/31/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [1068](#) MOTION to Appear Pro Hac Vice by Rebecca Fredona. (djb) (Entered: 03/31/2020) |
| 03/31/2020 | [1069](#) | ORDER granting [1067](#) Motion to Appear Pro Hac Vice (Appointed ERIC E HOLM for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/31/2020. (djb) (Entered: 03/31/2020) |
| 03/31/2020 | [1070](#) | ORDER granting [1068](#) Motion to Appear Pro Hac Vice (Appointed REBECCA LAINE FREDONA for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 3/31/2020. (djb) (Entered: 03/31/2020) |
| 04/01/2020 | [1071](#) | MOTION for Summary Judgment *on the Government Contractor Defense (Redacted Version)* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **4/22/2020)**. (Attachments: # [1](#) Affidavit of Cole Carter, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6, # [8](#) Exhibit 7, # [9](#) Exhibit 8, # [10](#) Exhibit 9, # [11](#) Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12, # [14](#) Exhibit 13 (Sealed), # [15](#) Exhibit 14, # [16](#) Exhibit 15, # [17](#) Exhibit 16, # [18](#) |

| | | |
|---|---|---|
| | | Exhibit 17, # [19](#) Exhibit 18, # [20](#) Exhibit 19, # [21](#) Exhibit 20, # [22](#) Exhibit 21, # [23](#) Exhibit 22, # [24](#) Exhibit 23, # [25](#) Exhibit 24, # [26](#) Exhibit 25, # [27](#) Exhibit 26, # [28](#) Exhibit 27 (Sealed), # [29](#) Exhibit 28, # [30](#) Exhibit 29, # [31](#) Exhibit 30, # [32](#) Exhibit 31, # [33](#) Exhibit 32, # [34](#) Exhibit 33, # [35](#) Exhibit 34, # [36](#) Exhibit 35, # [37](#) Exhibit 36, # [38](#) Exhibit 37, # [39](#) Exhibit 38, # [40](#) Exhibit 39, # [41](#) Exhibit 40, # [42](#) Exhibit 41, # [43](#) Exhibit 42, # [44](#) Exhibit 43, # [45](#) Exhibit 44 (Sealed), # [46](#) Exhibit 45, # [47](#) Exhibit 46, # [48](#) Exhibit 47, # [49](#) Exhibit 48, # [50](#) Exhibit 49, # [51](#) Exhibit 50, # [52](#) Exhibit 51, # [53](#) Exhibit 52, # [54](#) Exhibit 53, # [55](#) Exhibit 54, # [56](#) Exhibit 55, # [57](#) Exhibit 56, # [58](#) Exhibit 57, # [59](#) Exhibit 58, # [60](#) Exhibit 59, # [61](#) Exhibit 60, # [62](#) Exhibit 61, # [63](#) Exhibit 62, # [64](#) Exhibit 63, # [65](#) Exhibit 64, # [66](#) Exhibit 65, # [67](#) Exhibit 66), # [68](#) Defendants' Motion for Summary Judgment on the Government Contractor Defense (Sealed)) (BRANSCOME, KIMBERLY) Modified on 4/8/2020 (djb). Modified on 4/20/2020 (djb). (Entered: 04/01/2020) |
| 04/01/2020 | [1072](#) | MOTION for Summary Judgment *on Government Contractor Defense* by LEAD COUNSEL FOR PLAINTIFFS. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **4/22/2020**). (Attachments: # [1](#) Exhibit Memo ISO Plaintiffs' MSJ, # [2](#) Exhibit Declaration of M. Sacchet, # [3](#) Exhibit PX1-SEALED, # [4](#) Exhibit PX2-SEALED, # [5](#) Exhibit PX3-SEALED, # [6](#) Exhibit PX4-SEALED, # [7](#) Exhibit PX5-SEALED, # [8](#) Exhibit PX6-SEALED, # [9](#) Exhibit PX7-SEALED, # [10](#) Exhibit PX8-SEALED, # [11](#) Exhibit PX9-SEALED, # [12](#) Exhibit PX10-SEALED, # [13](#) Exhibit PX11-SEALED, # [14](#) Exhibit PX12-SEALED, # [15](#) Exhibit PX13-SEALED, # [16](#) Exhibit PX14-SEALED, # [17](#) Exhibit PX14A-SEALED, # [18](#) Exhibit PX15-SEALED, # [19](#) Exhibit PX16-SEALED, # [20](#) Exhibit PX17-SEALED, # [21](#) Exhibit PX18-SEALED, # [22](#) Exhibit PX19-SEALED, # [23](#) Exhibit PX20-SEALED, # [24](#) Exhibit PX21-SEALED, # [25](#) Exhibit PX22-SEALED, # [26](#) Exhibit PX23-SEALED, # [27](#) Exhibit PX24-SEALED, # [28](#) Exhibit PX25-SEALED, # [29](#) Exhibit PX26-SEALED, # [30](#) Exhibit PX27-SEALED, # [31](#) Exhibit PX28-SEALED, # [32](#) Exhibit PX29-SEALED, # [33](#) Exhibit PX30, # [34](#) Exhibit PX31-SEALED, # [35](#) Exhibit PX32-SEALED, # [36](#) Exhibit PX33-SEALED, # [37](#) Exhibit PX34-SEALED, # [38](#) Exhibit PX35-SEALED, # [39](#) Exhibit PX36-SEALED, # [40](#) Exhibit PX37-SEALED, # [41](#) Exhibit PX38-SEALED, # [42](#) Exhibit PX39-SEALED, # [43](#) Exhibit PX40-SEALED, # [44](#) Exhibit PX41-SEALED, # [45](#) Exhibit PX42, # [46](#) Exhibit PX43-SEALED, # [47](#) Exhibit PX44-SEALED, # [48](#) Exhibit PX45-SEALED, # [49](#) Exhibit PX46-SEALED, # [50](#) Exhibit PX47-SEALED, # [51](#) Exhibit PX48-SEALED, # [52](#) Exhibit PX49-SEALED, # [53](#) Exhibit PX50-SEALED, # [54](#) Exhibit PX51-SEALED, # [55](#) Exhibit PX52-SEALED, # [56](#) Exhibit PX53-SEALED, # [57](#) Exhibit PX54-SEALED, # [58](#) Exhibit PX55-SEALED, # [59](#) Exhibit PX56-SEALED, # [60](#) Exhibit PX57-SEALED, # [61](#) Exhibit PX58-SEALED, # [62](#) Exhibit PX59-SEALED, # [63](#) Exhibit PX60-SEALED, # [64](#) Exhibit PX61-SEALED, # [65](#) Exhibit PX62, # [66](#) Exhibit PX63-SEALED, # [67](#) Exhibit PX64-SEALED, # [68](#) Exhibit PX65-SEALED, # [69](#) Exhibit PX66-SEALED, # [70](#) Exhibit PX67-SEALED, # [71](#) Exhibit PX47_Part 2-SEALED, # [72](#) Exhibit PX47_Part 3-SEALED) # [73](#) Exhibit Memorandum in Support - Unredacted) (AYLSTOCK, BRYAN) Modified on 4/2/2020 (djb). Modified on 4/20/2020 (djb). (Entered: 04/01/2020) |
| 04/02/2020 | [1073](#) | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-61) - re: pldg. ( [731](#) in MDL No. 2885, 1 in NYE/1:20-cv-01447) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 4/2/2020. (Attachments: # [1](#) CTO-61 Finalized) (djb) (Entered: 04/02/2020) |
| 04/02/2020 | [1074](#) | MOTION to Appear Pro Hac Vice by Katie L. Merrill.( Filing fee $ 201 receipt number AFLNDC-5030378.) by NOTICE ONLY. (MERRILL, KATIE) (Entered: 04/02/2020) |
| 04/02/2020 | [1075](#) | NOTICE of Appearance by KATIE LANETTE MERRILL on behalf of NOTICE ONLY |

| | | |
|---|---|---|
| | | (MERRILL, KATIE) (Entered: 04/02/2020) |
| 04/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1074 MOTION to Appear Pro Hac Vice by Katie L. Merrill. (djb) (Entered: 04/03/2020) |
| 04/03/2020 | 1076 | ORDER granting 1074 Motion to Appear Pro Hac Vice (Appointed KATIE LANETTE MERRILL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/3/2020. (djb) (Entered: 04/03/2020) |
| 04/03/2020 | 1077 | MEMORANDUM in Opposition re 1059 MOTION to Compel *Discovery (Redacted - Public Version)* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal), # 4 Exhibit D (Filed Under Seal), # 5 Exhibit E (Filed Under Seal), # 6 Exhibit F (Filed Under Seal)) # 7 Defendants' Opposition (Unredacted)) (BRANSCOME, KIMBERLY). Modified on 4/6/2020 (djb). (Entered: 04/03/2020) |
| 04/06/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 1059 MOTION to Compel, 1077 Memorandum in Opposition to Motion. Referred to GARY R JONES. (djb) (Entered: 04/06/2020) |
| 04/08/2020 | 1078 | NOTICE of Appearance by JULIE KATHLEEN KURTZ on behalf of NOTICE ONLY (KURTZ, JULIE) (Entered: 04/08/2020) |
| 04/09/2020 | 1079 | MOTION to Appear Pro Hac Vice by Nathaniel Morse.( Filing fee $ 201 receipt number AFLNDC-5054557.) by NOTICE ONLY. (MORSE, NATHANIEL) (Entered: 04/09/2020) |
| 04/09/2020 | 1080 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Miltary Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 04/09/2020) |
| 04/09/2020 | 1081 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 4/10/2020) (djb). (Entered: 04/09/2020) |
| 04/10/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1079 MOTION to Appear Pro Hac Vice by Nathaniel Morse; 1080 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records, 1081 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 04/10/2020) |
| 04/10/2020 | 1082 | ORDER - Plaintiffs' 1080 Motion for Leave to File Under Seal Exhibits to their 1081 Motion to Authorize Disclosure of Military Records is GRANTED, as requested. Signed by JUDGE M CASEY RODGERS on 4/10/2020. (djb) (Entered: 04/10/2020) |
| 04/10/2020 | 1083 | PRIVACY ACT ORDER NO. 16. Plaintiffs' 1081 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1081 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 4/10/2020. (djb) (Entered: 04/10/2020) |
| 04/10/2020 | 1084 | ORDER granting 1079 Motion to Appear Pro Hac Vice (Appointed NATHANIEL B MORSE for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/10/2020. (djb) (Entered: 04/10/2020) |

| 04/10/2020 | 1085 | ORDER granting in part and denying in part 1059 Plaintiffs' Motion to Compel Discovery. Signed by MAGISTRATE JUDGE GARY R JONES on 04/10/20. (grj) (Entered: 04/10/2020) |
|---|---|---|
| 04/13/2020 | | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE GARY R JONES:Telephone Conference with leadership counsel held on 4/13/2020. [11:01 am to 12:35 pm] (Court Reporter Donna Boland.) (sps) (Entered: 04/16/2020) |
| 04/14/2020 | 1086 | CASE MANAGEMENT ORDER NO. 10. Due to the continued public health crisis from the coronavirus, there will not be an in-person case management conference on Friday, April 24, 2020. Instead, the case management conference will be conducted telephonically with leadership counsel for both sides only.The case management conference currently set for July 31, 2020 at 9:30 a.m. Central has been rescheduled for **Wednesday, 7/29/2020 at 09:30 AM Central . All future in-person case management conferences will be conducted in the 5th Floor Courtroom at One N. Palafox Street, Pensacola, FL 32502.** Attorney Jeff Eckland has recently filed motions to remand in a number of individual cases. For purposes of efficiency and judicial economy, Defendants are granted leave to submit a single, consolidated response to the motions on the 3M MDL docket by **5/8/2020**. Initial bellwether plaintiffs must provide signed authorizations (i.e., wet signatures) for the release of medical records (excluding mental health records) by previously identified healthcare providers, on a rolling basis, not later than April 27, 2020. Signed by JUDGE M CASEY RODGERS on 4/14/2020. (djb) (Entered: 04/14/2020) |
| 04/14/2020 | 1087 | PRETRIAL ORDER NO. 32 Amendment to Pretrial Order No. 31. ECF No. 1046 . The Court hereby amends Pretrial Order No. 31 to require that applications for reappointment be submitted to chambers at flnd_rodgers@flnd.uscourts.gov, for in camera review, by close of business on April 22, 2020. The applications should not be filed on the public MDL docket. All other provisions of Pretrial Order No. 31 remain unchanged. Signed by JUDGE M CASEY RODGERS on 4/14/2020. (djb) (Entered: 04/14/2020) |
| 04/14/2020 | 1088 | MEMORANDUM in Opposition re 1072 MOTION for Summary Judgment *on Government Contractor Defense (Redacted Version)* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Affidavit of Cole Carter, # 2 Exhibit DX1, # 3 Exhibit DX2, # 4 Exhibit DX3, # 5 Exhibit DX4, # 6 Exhibit DX5, # 7 Exhibit DX6, # 8 Exhibit DX7, # 9 Exhibit DX8, # 10 Exhibit DX9 (SEALED), # 11 Exhibit DX10, # 12 Memorandum in Opposition (UNREDACTED) (BRANSCOME, KIMBERLY) Modified on 4/15/2020 (djb). (djb). Modified on 4/22/2020 (djb). (Entered: 04/14/2020) |
| 04/14/2020 | 1089 | MEMORANDUM in Opposition re 1071 MOTION for Summary Judgment *on the Government Contractor Defense (Redacted Version)* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit Declaration of Michael Sacchet, # 2 Exhibit PX68-SEALED, # 3 Exhibit PX69-SEALED, # 4 Exhibit PX70-SEALED, # 5 Exhibit PX71-SEALED, # 6 Exhibit PX72, # 7 Exhibit PX73-SEALED, # 8 Exhibit PX74-SEALED, # 9 Exhibit PX75-SEALED, # 10 Exhibit PX76-SEALED, # 11 Exhibit PX77-SEALED, # 12 Exhibit PX78-SEALED, # 13 Exhibit PX79-SEALED, # 14 Exhibit PX80-SEALED, # 15 Exhibit PX81-SEALED, # 16 Exhibit PX82-SEALED, # 17 Exhibit PX 83, # 18 Exhibit PX84, # 19 Exhibit PX85, # 20 Exhibit PX86, # 21 Exhibit PX87-SEALED, # 22 Exhibit PX88-SEALED, # 23 Exhibit PX89, # 24 Exhibit PX90-SEALED, # 25 Exhibit PX91-SEALED, # 26 Exhibit PX92-SEALED, # 27 Exhibit PX93-SEALED, # 28 Exhibit PX94-SEALED, # 29 Exhibit PX95-SEALED, # |

| | | |
|---|---|---|
| | | 30 Exhibit PX96-SEALED, # 31 Exhibit PX97-SEALED, # 32 Exhibit PX98-SEALED, # 33 Exhibit PX99-SEALED, # 34 Exhibit PX100-SEALED, # 35 Exhibit PX101-SEALED, # 36 Exhibit PX102-SEALED, # 37 Exhibit PX103-SEALED, # 38 Exhibit PX104-SEALED, # 39 Exhibit PX105-SEALED, # 40 Exhibit PX106-SEALED, # 41 Exhibit PX107-SEALED, # 42 Exhibit PX108-SEALED, # 43 Exhibit PX109-SEALED, # 44 Exhibit PX110-SEALED, # 45 Exhibit PX111-SEALED, # 46 Exhibit PX112-SEALED, # 47 Memorandum in Opposition (UNREDACTED)) (AYLSTOCK, BRYAN) Modified on 4/15/2020 (djb). Modified on 4/22/2020 (djb). (Entered: 04/14/2020) |
| 04/15/2020 | 1090 | MOTION to Appear Pro Hac Vice( Filing fee $ 201 receipt number AFLNDC-5081921.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (BIASIELLO, TIMOTHY) Modified on 4/15/2020 to correct filer name (djb). Modified on 4/15/2020 to note civil case number 3:20cv5395-MCR/GRJ (djb). (Entered: 04/15/2020) |
| 04/15/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1090 MOTION to Appear Pro Hac Vice by Timothy M. Biasiello. (djb) (Entered: 04/15/2020) |
| 04/15/2020 | 1091 | MOTION to Appear Pro Hac Vice by Jason W. Earley.( Filing fee $ 201 receipt number AFLNDC-5082880.) by NOTICE ONLY. (EARLEY, JASON) (Entered: 04/15/2020) |
| 04/15/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1091 MOTION to Appear Pro Hac Vice by Jason W. Earley. (djb) (Entered: 04/15/2020) |
| 04/15/2020 | 1092 | ORDER granting 1090 Motion to Appear Pro Hac Vice (Appointed TIMOTHY M BIASIELLO for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/15/2020. (djb) (Entered: 04/15/2020) |
| 04/15/2020 | 1093 | ORDER granting 1091 Motion to Appear Pro Hac Vice (Appointed JASON W EARLEY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/15/2020. (djb) (Entered: 04/15/2020) |
| 04/15/2020 | 1094 | Second MOTION to Appear Pro Hac Vice by Kevin W. Connell.( Filing fee $ 201 receipt number AFLNDC-5084621.) by NOTICE ONLY. (CONNELL, KEVIN) Modified on 4/15/2020 to correct filer to NOTICE ONLY (djb). (Entered: 04/15/2020) |
| 04/15/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1094 Second MOTION to Appear Pro Hac Vice by Kevin W. Connell. (motion previously filed in civil case) (djb) (Entered: 04/15/2020) |
| 04/15/2020 | 1095 | ORDER granting 1094 Motion to Appear Pro Hac Vice (Appointed KEVIN WILLIAM CONNELL for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 4/15/2020. (djb) Modified on 4/16/2020 (djb). (Entered: 04/16/2020) |
| 04/16/2020 | 1096 | MOTION to Appear Pro Hac Vice by Stephen L. Drummond.( Filing fee $ 201 receipt number AFLNDC-5091646.) by NOTICE ONLY. (DRUMMOND, STEPHEN) (Entered: 04/16/2020) |
| 04/16/2020 | 1097 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings - LEADERSHIP CONFERENCE CALL - held on April 13, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPIES:Email:Donna_Boland@flnd.uscourts.gov. |

| | | |
|---|---|---|
| | | *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **4/23/2020**. Release of Transcript Restriction set for **7/22/2020**. (dlb) (Entered: 04/16/2020) |
| 04/17/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1096 MOTION to Appear Pro Hac Vice by Stephen L. Drummond. (djb) (Entered: 04/17/2020) |
| 04/17/2020 | 1098 | ORDER denying 1096 Motion to Appear Pro Hac Vice filed by Stephen L. Drummond. Signed by JUDGE M CASEY RODGERS on 4/17/2020. (djb) (Entered: 04/17/2020) |
| 04/18/2020 | 1099 | NOTICE of Appearance by STEPHEN L DRUMMOND on behalf of NOTICE ONLY (DRUMMOND, STEPHEN) (Entered: 04/18/2020) |
| 04/20/2020 | 1100 | NOTICE of Appearance by STEPHEN L DRUMMOND on behalf of NOTICE ONLY (DRUMMOND, STEPHEN) (Entered: 04/20/2020) |
| 04/21/2020 | 1101 | RESPONSE in Support re 1071 MOTION for Summary Judgment *on the Government Contractor Defense (Redacted Version)* filed by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Affidavit of Cole Carter, # 2 Exhibit 67, # 3 Exhibit 68, # 4 Exhibit 69, # 5 Exhibit 70) (WASDIN, NICHOLAS) (Additional attachment(s) added on 5/20/2020: # 6 Reply Memorandum In Support (Sealed) (djb). (Entered: 04/21/2020) |
| 04/21/2020 | 1102 | RESPONSE in Support re 1072 MOTION for Summary Judgment *on Government Contractor Defense* filed by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Affidavit Declaration of Michael Sacchet, # 2 Exhibit PX113-SEALED, # 3 Exhibit PX114-SEALED, # 4 Exhibit PX115-SEALED, # 5 Exhibit PX116-SEALED, # 6 Exhibit PX117-SEALED, # 7 Exhibit PX118-SEALED, # 8 Exhibit PX119-SEALED, # 9 Exhibit PX120, # 10 Exhibit PX121-SEALED, # 11 Exhibit PX122-SEALED) (AYLSTOCK, BRYAN) Modified on 4/22/2020 (djb). (Attachment 2 replaced on 4/24/2020) (djb). (Attachment 3 replaced on 4/24/2020) (djb). (Attachment 4 replaced on 4/24/2020) (djb). (Attachment 5 replaced on 4/24/2020) (djb). (Attachment 6 replaced on 4/24/2020) (djb). (Attachment 7 replaced on 4/24/2020) (djb). (Attachment 8 replaced on 4/24/2020) (djb). (Attachment 10 replaced on 4/24/2020) (djb). (Attachment 11 replaced on 4/24/2020) (djb). (Main Document 1102 replaced on 4/24/2020) (djb). (Entered: 04/21/2020) |
| 04/24/2020 | 1103 | PRETRIAL ORDER NO. 33 Court-Appointed Expert Witness. Accordingly, pursuant to Federal Rule of Evidence 706, the parties are hereby ORDERED TO SHOW CAUSE why an independent expert, such as a biostatistician, should not be appointed to assist the Court in a manner consistent with this Order, by **Friday, May 8, 2020**. If there is no objection to the appointment of an independent expert for the above-described purposes, then a statement to that effect should be filed on the docket by that same date. In any event, the parties are encouraged to confer and nominate an expert for this role. Signed by JUDGE M CASEY RODGERS on 4/24/2020. (djb) (Entered: 04/24/2020) |
| 04/24/2020 | 1104 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: 11th Case Management Conference (by telephone w/leadership counsel only) held on 4/24/2020. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 04/24/2020) |
| 04/24/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1071 MOTION for Summary Judgment |

| | | |
|---|---|---|
| | | on the Government Contractor Defense (Redacted Version), 1072 MOTION for Summary Judgment on Government Contractor Defense, 1088 Memorandum in Opposition to Motion, 1089 Memorandum in Opposition to Motion, 1101 Reply Memorandum in Support of Motion, 1102 Reply Memorandum in Support of Motion. (djb) (Entered: 04/24/2020) |
| 04/24/2020 | 1105 | MOTION to Seal *an Exhibit from Plaintiffs' Motion for Summary Judgment 1072* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A) (BROCK, ROBERT) (Entered: 04/24/2020) |
| 04/27/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1105 MOTION to Seal an Exhibit from 1072 Plaintiffs' Motion for Summary Judgment (djb) (Entered: 04/27/2020) |
| 04/28/2020 | 1106 | ORDER - For good cause shown, the 1105 Motion for Leave to File Under Seal an Exhibit from Plaintiffs' Motion for Summary Judgment is GRANTED. The Clerk is directed to maintain Exhibit 58 to Plaintiffs' MOTION for Summary Judgment ECF No. 1072 -61, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 4/28/2020. (djb) (Entered: 04/28/2020) |
| 04/28/2020 | 1107 | PRETRIAL ORDER NO. 34 Changes in Firm and/or Representation. It is not uncommon for law firms to reorganize and/or attorneys to change firms during the course of an MDL. However, in this MDL, and indeed in any case, it is imperative that the Court be formally notified of any such changes and that the record accurately reflect a partys current counsel of record at all times. To that end, the following notice procedures must be followed with respect to cases on the 3M MDL docket within 14 days after an attorney of record leaves a law firm or a law firm of record dissolves. Signed by JUDGE M CASEY RODGERS on 4/28/2020. (djb) (Entered: 04/28/2020) |
| 04/28/2020 | 1108 | ORDER granting in part and denying in part Defendants' Motion to Compel as presented in the parties April 22, 2020 letter briefs concerning the number of interrogatories and the disclosure of Plaintiffs' mental health records. Signed by MAGISTRATE JUDGE GARY R JONES on 04/28/20. (grj) (Entered: 04/28/2020) |
| 04/29/2020 | 1109 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 04/29/2020) |
| 04/29/2020 | 1110 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 - UNDER SEAL, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 4/29/2020) (djb). (Entered: 04/29/2020) |
| 04/29/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1109 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records, re: 1110 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 04/29/2020) |
| 04/29/2020 | 1111 | ORDER granting 1109 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 4/29/2020. (djb) (Entered: 04/29/2020) |
| 04/29/2020 | 1112 | PRIVACY ACT ORDER NO. 17. Plaintiffs' 1110 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain |

| | | |
|---|---|---|
| | | Exhibits A1 through A4 to Plaintiffs' motion, ECF No. 1110 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 4/29/2020. (djb) (Entered: 04/29/2020) |
| 04/29/2020 | 1113 | CASE MANAGEMENT ORDER NO. 11. The Eleventh Case Management Conference in this matter was held by telephone with leadership counsel for both sides on April 24, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Signed by JUDGE M CASEY RODGERS on 4/29/2020. (djb) (Entered: 04/29/2020) |
| 04/30/2020 | 1114 | NOTICE of Change of Address by B KRISTIAN W RASMUSSEN (RASMUSSEN, B KRISTIAN) (Entered: 04/30/2020) |
| 04/30/2020 | 1115 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of 11th CASE MANAGEMENT CONFERENCE Proceedings held on April 24, 2020, before Judge M. Casey Rodgers and Gary R. Jones. Court Reporter/Transcriber Donna L. Boland, Telephone number 850.470.8189. ***FOR TRANSCRIPT COPY:Email:Donna_Boland@flnd.uscourts.gov. <br><br> *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* <br><br> Redaction Request due **5/7/2020**. Release of Transcript Restriction set for **8/5/2020**. (dlb) (Entered: 04/30/2020) |
| 05/04/2020 | 1116 | NOTICE of Change of Address by DANAE N BENTON (BENTON, DANAE) (Entered: 05/04/2020) |
| 05/07/2020 | 1117 | NOTICE of Appearance by MICHAEL DUSTIN SECHREST on behalf of NOTICE ONLY (SECHREST, MICHAEL) Modified on 5/7/2020 to reference the correct civil case number 3:20cv5445-MCR/GRJ Waddell v. 3M Company et al (djb). (Entered: 05/07/2020) |
| 05/07/2020 | 1118 | MOTION to Appear Pro Hac Vice by Kristin Michelle Kizziah.( Filing fee $ 201 receipt number AFLNDC-5189800.) by NOTICE ONLY. (Attachments: # 1 Affidavit Certificate of Good Standing) (KIZZIAH, KRISTIN) (Entered: 05/07/2020) |
| 05/07/2020 | 1119 | NOTICE *of Change in Representation* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BROCK, ROBERT) (Entered: 05/07/2020) |
| 05/07/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1118 MOTION to Appear Pro Hac Vice by Kristin Michelle Kizziah. (djb) (Entered: 05/07/2020) |
| 05/07/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1119 Notice of Change in Representation (djb) (Entered: 05/07/2020) |
| 05/07/2020 | 1120 | ORDER granting 1118 Motion to Appear Pro Hac Vice (Appointed KRISTIN MICHELLE KIZZIAH for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/7/2020. (djb) (Entered: 05/07/2020) |
| 05/08/2020 | 1121 | RESPONSE by LEAD COUNSEL FOR PLAINTIFFS re 1103 Order,,, Set Deadlines/Hearings,, *Plaintiffs' Response to PTO 33 Regarding Court Appointed Witness*. (AYLSTOCK, BRYAN) (Entered: 05/08/2020) |
| 05/08/2020 | 1122 | Defendants' Consolidated Opposition to Plaintiffs' Motions to Remand by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO |

| | | |
|---|---|---|
| | | INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 1086 Order. (Attachments: # 1 Addendum A, # 2 Affidavit of Cole Carter, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13 (Sealed), # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28 (Sealed), # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Defendants' Consolidated Opposition (Sealed)) (BROCK, ROBERT) . Modified on 5/11/2020 (djb). (Entered: 05/08/2020) |
| 05/08/2020 | 1123 | RESPONSE by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 1103 Order,,, Set Deadlines/Hearings,, *Defendants' Opposition to Appointment of a Rule 706 Expert*. (BROCK, ROBERT) (Entered: 05/08/2020) |
| 05/08/2020 | 1124 | RESPONSE in Opposition re 1105 MOTION to Seal *an Exhibit from Plaintiffs' Motion for Summary Judgment 1072* filed by LEAD COUNSEL FOR PLAINTIFFS. # 1 Plaintiffs' Response in Opposition (Unredacted)). (AYLSTOCK, BRYAN) Modified on 5/11/2020 (djb). (Entered: 05/08/2020) |
| 05/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1121 Plaintiffs' Response to Pretrial Order No. 33 Regarding Court Appointed Witness, 1123 Defendants' Opposition to Appointment of a Rule 706 Expert, re: 1103 Pretrial Order No. 33 (djb) (Entered: 05/11/2020) |
| 05/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1105 MOTION to Seal an Exhibit from Plaintiffs' Motion for Summary Judgment 1072 , 1124 Response in Opposition to Motion, (djb) (Entered: 05/11/2020) |
| 05/11/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1122 Defendants' Consolidated Opposition to Plaintiffs' Motions to Remand, re: 1086 CASE MANAGEMENT ORDER NO. 10. (djb) (Entered: 05/11/2020) |
| 05/13/2020 | 1125 | PRETRIAL ORDER NO. 35 Remote Depositions. Signed by JUDGE M CASEY RODGERS on 5/13/2020. (djb) (Entered: 05/13/2020) |
| 05/13/2020 | 1127 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Telephone Conference held on 5/13/2020. [Time: 11:58 am to 12:18 pm, 20 minutes.] (Court Reporter Donna Boland.) (sps) (Entered: 05/15/2020) |
| 05/14/2020 | 1126 | PRETRIAL ORDER NO. 36. Given Defendants' objections to the appointment of an independent expert under Federal Rule of Evidence 706, the Court will table the matter for now. Signed by JUDGE M CASEY RODGERS on 5/14/2020. (djb) (Entered: 05/14/2020) |
| 05/15/2020 | 1128 | MOTION to Appear Pro Hac Vice by Jinan M. Hamood.( Filing fee $ 201 receipt number AFLNDC-5219142.) by NOTICE ONLY. (Attachments: # 1 Exhibit Michigan Bar Certificate of Good Standing) (HAMOOD, JINAN) (Entered: 05/15/2020) |
| 05/15/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1128 MOTION to Appear Pro Hac Vice by Jinan M. Hamood. (djb) (Entered: 05/15/2020) |

| 05/15/2020 | 1129 | ORDER granting 1128 Motion to Appear Pro Hac Vice (Appointed JINAN HAMOOD for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/15/2020. (djb) (Entered: 05/15/2020) |
|---|---|---|
| 05/16/2020 | 1130 | PRETRIAL ORDER NO. 37 - Plaintiff Leadership Reappointments. Signed by JUDGE M CASEY RODGERS on 5/16/2020. (tvj) (Entered: 05/16/2020) |
| 05/17/2020 | 1131 | PRETRIAL ORDER NO. 38 - Amended Plaintiff Leadership Reappointments. Signed by JUDGE M CASEY RODGERS on 5/17/2020. (tvj) (Entered: 05/17/2020) |
| 05/20/2020 | 1132 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 05/20/2020) |
| 05/20/2020 | 1133 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit A1-A4 COVER_UNDER SEAL, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) Modified on 5/27/2020 (djb). (Entered: 05/20/2020) |
| 05/20/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1132 Plaintiffs' Motion for Leave to File Under Seal Exhibits to Their Motion to Authorize Disclosure of Military Records, re: 1133 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 05/20/2020) |
| 05/20/2020 | 1134 | MOTION to Appear Pro Hac Vice by Sean B. Swords.( Filing fee $ 201 receipt number AFLNDC-5244773.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (SWORDS, SEAN) Modified on 5/21/2020 to correct filer (djb). (Entered: 05/20/2020) |
| 05/21/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1134 MOTION to Appear Pro Hac Vice by Sean B. Swords. (djb) (Entered: 05/21/2020) |
| 05/21/2020 | 1135 | MOTION to Appear Pro Hac Vice by Eugene E. Lester III.( Filing fee $ 201 receipt number AFLNDC-5246800.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (LESTER, EUGENE) (Entered: 05/21/2020) |
| 05/21/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1135 MOTION to Appear Pro Hac Vice by Eugene E. Lester III. (djb) (Entered: 05/21/2020) |
| 05/21/2020 | 1136 | ORDER granting 1134 Motion to Appear Pro Hac Vice (Appointed SEAN BURTON SWORDS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/21/2020. (djb) Modified on 5/27/2020 to correct filing date (djb). (Entered: 05/22/2020) |
| 05/21/2020 | 1137 | ORDER granting 1135 Motion to Appear Pro Hac Vice (Appointed EUGENE E LESTER, III for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 5/21/2020. (djb) Modified on 5/27/2020 to correct filing date (djb). (Entered: 05/22/2020) |
| 05/22/2020 | 1138 | NOTICE of Appearance by DAVID ROY HEFFERNAN on behalf of NOTICE ONLY (HEFFERNAN, DAVID) (Entered: 05/22/2020) |
| 05/22/2020 | 1139 | NOTICE of Appearance by SEAN BURTON SWORDS on behalf of NOTICE ONLY (SWORDS, SEAN) Modified on 5/22/2020 to remove plaintiff from docket. (djb). (Entered: 05/22/2020) |

| 05/26/2020 | 1140 | NOTICE of Appearance by EUGENE E LESTER, III on behalf of NOTICE ONLY (LESTER, EUGENE) (Entered: 05/26/2020) |
|---|---|---|
| 05/26/2020 | 1141 | NOTICE of Appearance by KIMBERLY O BRANSCOME on behalf of 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 05/26/2020) |
| 05/27/2020 | 1142 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-64). (1 in LAW/2:20-cv-00604, 754 in MDL No. 2885) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 5/27/2020. (Attachments: # 1 CTO-64 Finalized) (djb) (Entered: 05/27/2020) |
| 05/27/2020 | 1143 | ORDER granting 1132 Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 5/27/2020. (djb) (Entered: 05/27/2020) |
| 05/27/2020 | 1144 | PRIVACY ACT ORDER NO. 18. Plaintiffs' 1133 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain Exhibits A1 through A4 to Plaintiffs motion, ECF No. 1133 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 5/27/2020. (djb) (Entered: 05/27/2020) |
| 05/28/2020 | 1145 | MOTION to Compel *Interrogatory Responses* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A (Sealed), # 2 Exhibit B (Sealed), # 3 Exhibit C, # 4 Exhibit D (Sealed), # 5 Exhibit E) (BROCK, ROBERT) (Entered: 05/28/2020) |
| 05/29/2020 | 1146 | DECLARATION OF ELLEN K. REISMAN. (tvj) (Entered: 05/29/2020) |
| 05/29/2020 | 1147 | ORDER OF APPOINTMENT - Ellen K. Reisman, Special Master. Signed by JUDGE M CASEY RODGERS on 5/29/2020. (tvj) (Entered: 05/29/2020) |
| 05/29/2020 | 1148 | ORDER regarding May 28, 2020 telephone hearing concerning production of documents from Eric Fallon. Signed by MAGISTRATE JUDGE GARY R JONES on 05/29/20. (grj) (Entered: 05/29/2020) |
| 05/29/2020 | 1149 | MOTION to Appear Pro Hac Vice by Svitlana Elliott.( Filing fee $ 201 receipt number AFLNDC-5282663.) by NOTICE ONLY. (ELLIOTT, SVITLANA) (Entered: 05/29/2020) |
| 05/29/2020 | 1150 | NOTICE of Appearance by SVITLANA V ELLIOTT on behalf of NOTICE ONLY (ELLIOTT, SVITLANA) (Entered: 05/29/2020) |
| 05/29/2020 | 1151 | ORDER granting Defendants' Motion to Compel Interrogatory Responses, ECF No. 1145 , and overruling Plaintiffs' objections to the interrogatories based on Department of Defense Directive 5405.2. Signed by JUDGE M CASEY RODGERS on 5/29/2020. (tvj) (Entered: 05/29/2020) |
| 05/29/2020 | 1153 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES: Twelfth Case Management Conference held on 5/29/2020. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 06/01/2020) |
| 06/01/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1149 MOTION to Appear Pro Hac Vice by Svitlana Elliott. (djb) (Entered: 06/01/2020) |
| 06/01/2020 | 1152 | ORDER granting 1149 Motion to Appear Pro Hac Vice (Appointed SVITLANA V |

| | | |
|---|---|---|
| | | ELLIOTT for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/1/2020. (djb) (Entered: 06/01/2020) |
| 06/01/2020 | 1154 | PRETRIAL ORDER NO. 39 Amendments to Pretrial Order No. 25. On February 5, 2020, the Court entered an Order setting forth the manner in which the parties in this litigation may obtain, review, share, and use certain confidential records produced by the Department of Veterans Affairs ("VA"). See Pretrial Order No. 25, ECF No. 977 ("PTO 25"). The Court now clarifies and amends certain provisions of that Order. Signed by JUDGE M CASEY RODGERS on 6/1/2020. (djb) (Entered: 06/01/2020) |
| 06/02/2020 | 1155 | MOTION to Appear Pro Hac Vice by Christopher Michael Glass.( Filing fee $ 201 receipt number AFLNDC-5292041.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (GLASS, CHRISTOPHER) Modified on 6/2/2020 to correct filer. (djb). (Entered: 06/02/2020) |
| 06/02/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1155 MOTION to Appear Pro Hac Vice by Christopher Michael Glass. (djb) (Entered: 06/02/2020) |
| 06/02/2020 | 1156 | MOTION to Appear Pro Hac Vice by Emmet D. Alexander.( Filing fee $ 201 receipt number BFLNDC-5294320.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate if Good Standing) (ALEXANDER, EMMET) Modified on 6/3/2020 to correct filer (djb). (Entered: 06/02/2020) |
| 06/02/2020 | 1157 | CASE MANAGEMENT ORDER NO. 12. The Twelfth Case Management Conference in this matter was held on May 29, 2020. This Order serves as a non-exhaustive recitation of the key points of discussion during the conference. Signed by JUDGE M CASEY RODGERS on 6/02/2020. (tvj) (Entered: 06/02/2020) |
| 06/02/2020 | 1158 | PRETRIAL ORDER NO. 40. Amendments to the discovery and trial schedule for the initial bellwether cases set forth in Pretrial Order No. 28 1009 . Signed by JUDGE M CASEY RODGERS on 6/02/2020. (tvj) (Entered: 06/02/2020) |
| 06/02/2020 | 1159 | ORDER granting 1155 Motion to Appear Pro Hac Vice (Appointed CHRISTOPHER MICHAEL GLASS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/2/2020. (djb) (Entered: 06/03/2020) |
| 06/03/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1156 MOTION to Appear Pro Hac Vice by Emmet D. Alexander. (djb) (Entered: 06/03/2020) |
| 06/03/2020 | 1160 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-65) - 1 action in MDLNo. 2885. Inasmuch as no objection is pending at this time, the stay islifted.Signed by Clerk of the Panel John W. Nichols on 6/3/2020. (Attachments: # 1 CTO-65 Finalized) (djb) (Entered: 06/03/2020) |
| 06/03/2020 | 1161 | ORDER granting 1156 Motion to Appear Pro Hac Vice (Appointed EMMET D ALEXANDER for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/3/2020. (djb) (Entered: 06/03/2020) |
| 06/03/2020 | 1162 | PRETRIAL ORDER NO. 41 Joint Coordination Order Relating to Minnesota Actions. Signed by JUDGE M CASEY RODGERS on 6/3/2020. (djb) (Entered: 06/03/2020) |
| 06/04/2020 | 1163 | MOTION to Appear Pro Hac Vice by Bobby D. Davidson.( Filing fee $ 201 receipt number AFLNDC-5303861.) by NOTICE ONLY. (Attachments: # 1 Certificate of Good Standing) (DAVIDSON, BOBBY) Modified on 6/4/2020 to correct filer(djb). (djb). Modified on 6/5/2020 (djb). (Entered: 06/04/2020) |
| 06/04/2020 | 1164 | MOTION to Appear Pro Hac Vice by William P. Harris III.( Filing fee $ 201 receipt |

| | | |
|---|---|---|
| | | number AFLNDC-5307425.) by NOTICE ONLY. (Attachments: # 1 Exhibit Ex A) (HARRIS, WILLIAM) Modified on 6/5/2020 to correct filer (djb). (Entered: 06/04/2020) |
| 06/05/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1164 MOTION to Appear Pro Hac Vice by William P. Harris III. (djb) (Entered: 06/05/2020) |
| 06/05/2020 | 1165 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-66) - 3 actions re: MDL No. 2885. Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel John W. Nichols on 6/5/2020. (Attachments: # 1 CTO-66 Finalized) (djb) (Entered: 06/05/2020) |
| 06/05/2020 | 1166 | ORDER granting 1164 Motion to Appear Pro Hac Vice (Appointed WILLIAM PATRICK HARRIS, III for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/5/2020. (djb) (Entered: 06/05/2020) |
| 06/05/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1163 MOTION to Appear Pro Hac Vice by Bobby D. Davidson. (djb) (Entered: 06/05/2020) |
| 06/08/2020 | 1167 | ORDER granting 1163 Motion to Appear Pro Hac Vice (Appointed BOBBY DEAN DAVIDSON for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/8/2020. (djb) (Entered: 06/09/2020) |
| 06/09/2020 | 1168 | MOTION to Seal Document *Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (AYLSTOCK, BRYAN) (Entered: 06/09/2020) |
| 06/09/2020 | 1169 | MOTION for Disclosure *Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records* by LEAD COUNSEL FOR PLAINTIFFS. (Attachments: # 1 Errata A, # 2 Exhibit A1-A4 Cover, # 3 Text of Proposed Order) (AYLSTOCK, BRYAN) (Attachment 2 replaced on 6/11/2020) (djb). (Entered: 06/09/2020) |
| 06/09/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1168 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records RE 1169 Plaintiffs' Unopposed Motion to Authorize Disclosure of Military Records (djb) (Entered: 06/09/2020) |
| 06/10/2020 | 1170 | NOTICE of Appearance by BOBBY DEAN DAVIDSON on behalf of NOTICE ONLY (DAVIDSON, BOBBY) (Entered: 06/10/2020) |
| 06/11/2020 | 1171 | PRETRIAL ORDER No. 42 Governing Bellwether Plaintiffs' Obligation to Review and Produce Electronically Stored Information. Signed by MAGISTRATE JUDGE GARY R JONES on 6/11/20. (grj) (Entered: 06/11/2020) |
| 06/11/2020 | 1172 | ORDER memorializing the Court's ruling at the June 10, 2020 telephonic hearing re: additional custodians, Plaintiffs' privilege logs and search terms for Bellwether Plaintiffs' ESI Protocol. Signed by MAGISTRATE JUDGE GARY R JONES on 6/11/20. (grj) (Entered: 06/11/2020) |
| 06/11/2020 | 1173 | ORDER granting 1168 Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records. Signed by JUDGE M CASEY RODGERS on 6/11/2020. (djb) (Entered: 06/11/2020) |
| 06/11/2020 | 1174 | PRIVACY ACT ORDER NO. 19. Plaintiffs' 1169 Unopposed Motion to Authorize Disclosure of Military Records is GRANTED. The Clerk is directed to maintain |

| | | |
|---|---|---|
| | | Exhibits A1 through A4 to Plaintiffs motion, ECF No. 1169 -2, UNDER SEAL. Signed by JUDGE M CASEY RODGERS on 6/11/2020. (djb) (Entered: 06/11/2020) |
| 06/11/2020 | 1175 | MOTION to Appear Pro Hac Vice by Ashley Neglia.( Filing fee $ 201 receipt number AFLNDC-5337363.) by 3M COMPANY, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (NEGLIA, ASHLEY) (Entered: 06/11/2020) |
| 06/12/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1175 MOTION to Appear Pro Hac Vice by Ashley Neglia. (djb) (Entered: 06/12/2020) |
| 06/12/2020 | 1176 | MOTION to Appear Pro Hac Vice by Scott E. Brady.( Filing fee $ 201 receipt number AFLNDC-5338477.) by NOTICE ONLY. (Attachments: # 1 Exhibit) (BRADY, SCOTT) (Entered: 06/12/2020) |
| 06/12/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1176 MOTION to Appear Pro Hac Vice by Scott E. Brady. (djb) (Entered: 06/12/2020) |
| 06/12/2020 | 1177 | MOTION to Appear Pro Hac Vice by James R. Morris.( Filing fee $ 201 receipt number AFLNDC-5339601.) by NOTICE ONLY. (Attachments: # 1 Exhibit Cert of Good Standing, # 2 Text of Proposed Order) (MORRIS, JAMES) (Entered: 06/12/2020) |
| 06/12/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1177 MOTION to Appear Pro Hac Vice by James R. Morris. (djb) (Entered: 06/12/2020) |
| 06/12/2020 | 1178 | MOTION to Compel *Against The Department of Defense (PUBLIC - Redacted)* by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (BROCK, ROBERT) (Entered: 06/12/2020) |
| 06/12/2020 | 1179 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS and MAGISTRATE JUDGE GARY R JONES:Telephone Conference w/leadership counsel held on 6/12/2020. [40 minutes] (Court Reporter Donna Boland.) (sps) Modified on 6/14/2020 (sps). (Entered: 06/14/2020) |
| 06/15/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1178 MOTION to Compel Against The Department of Defense (PUBLIC - Redacted). Referred to GARY R JONES. (djb) (Entered: 06/15/2020) |
| 06/15/2020 | 1180 | ORDER granting 1175 Motion to Appear Pro Hac Vice (Appointed ASHLEY ELIZABETH NEGLIA for 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC). Signed by JUDGE M CASEY RODGERS on 6/15/2020. (djb) Modified on 6/15/2020 to correct appointments. (djb). (Entered: 06/15/2020) |
| 06/15/2020 | 1181 | ORDER granting 1176 Motion to Appear Pro Hac Vice (Appointed SCOTT EARL BRADY for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/15/2020. (djb) (Main Document 1181 replaced on 6/15/2020) (djb). (Entered: 06/15/2020) |
| 06/15/2020 | 1182 | ORDER granting 1177 Motion to Appear Pro Hac Vice (Appointed JAMES R MORRIS for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/15/2020. (djb) (Entered: 06/15/2020) |

| 06/15/2020 | 1183 | MOTION to Appear Pro Hac Vice by Douglas C. Monsour.( Filing fee $ 201 receipt number AFLNDC-5348481.) by NOTICE ONLY. (Attachments: # 1 Exhibit Certificate of Good Standing) (MONSOUR, DOUGLAS) (Entered: 06/15/2020) |
|---|---|---|
| 06/15/2020 | 1186 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Oral Argument/Motion Hearing held on 6/15/2020 re 1071 MOTION for Summary Judgment *on the Government Contractor Defense (Redacted Version)* filed by 3M OCCUPATIONAL SAFETY LLC, 3M COMPANY, AEARO LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO TECHNOLOGIES LLC and 1072 MOTION for Summary Judgment *on Government Contractor Defense* filed by LEAD COUNSEL FOR PLAINTIFFS. Argument heard. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 06/16/2020) |
| 06/16/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1183 MOTION to Appear Pro Hac Vice by Douglas C. Monsour. (djb) (Entered: 06/16/2020) |
| 06/16/2020 | 1184 | NOTICE of Appearance by SCOTT EARL BRADY on behalf of NOTICE ONLY (BRADY, SCOTT) (Entered: 06/16/2020) |
| 06/16/2020 | 1185 | ORDER granting 1183 Motion to Appear Pro Hac Vice (Appointed DOUGLAS C MONSOUR for NOTICE ONLY). Signed by JUDGE M CASEY RODGERS on 6/16/2020. (djb) (Entered: 06/16/2020) |
| 06/16/2020 | 1187 | ORDER referring Defendants' 1178 MOTION to Compel *Against The Department of Defense (PUBLIC - Redacted)* to United States Magistrate Judge Gary Jones for further proceedings, including a hearing, if necessary, and the preparation of a report and recommendation. Signed by JUDGE M CASEY RODGERS on 6/16/2020. (TVJ) (Entered: 06/16/2020) |
| 06/17/2020 | 1188 | MOTION to Appear Pro Hac Vice by Clinton E. Blanck.( Filing fee $ 201 receipt number AFLNDC-5358962.) by Kaleb R. Britton. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Confirmation Number, # 3 Text of Proposed Order Order Granting Motion to Appear Pro Hac Vice) (BLANCK, CLINTON) (Entered: 06/17/2020) |
| 06/17/2020 | 1189 | NOTICE of Appearance by WILLIAM PATRICK HARRIS, III on behalf of All Plaintiffs (HARRIS, WILLIAM) (Entered: 06/17/2020) |
| 06/17/2020 | 1190 | NOTICE of Appearance by JAESON W HOMOLA on behalf of NOTICE ONLY (HOMOLA, JAESON) (Entered: 06/17/2020) |
| 06/17/2020 | 1191 | ORDER re 1178 MOTION to Compel *Against The Department of Defense.* Signed by MAGISTRATE JUDGE GARY R JONES on 6/17/2020. The Department of Defense must file a response to Defendants' motion to compel within fourteen (14) days of service. (kdm) (Entered: 06/18/2020) |
| 06/18/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1188 MOTION to Appear Pro Hac Vice by Clinton E. Blanck. (sdw) (Entered: 06/18/2020) |
| 06/18/2020 | 1192 | ORDER granting 1188 Motion to Appear Pro Hac Vice by Clinton E. Blanck. Signed by JUDGE M CASEY RODGERS on 06/18/2020. (sdw) (Entered: 06/18/2020) |
| 06/18/2020 | 1193 | CERTIFICATE OF SERVICE by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC re 1178 MOTION to Compel *Against The Department* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Paul D. Clement
Paul D. Clement